## U.S. DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK CURTIS | * |
| 310 Elmleaf Avenue | |
| Capital Heights, Maryland | * |
| | * |

Civil Action No.:

| | |
|---|---|
| Plaintiff | |
| | * |
| v. | |
| | * |
| CHARLES RAMSEY, CHIEF OF POLICE | |
| METROPOLITAN POLICE DEPARTMENT | * |
| 300 Indiana Avenue, N.W. | |
| Washington, D.C. 2005 | * |
| | |
| DETECTIVE VINCENT TUCCI | * |
| 300 Indiana Avenue, N.W. | |
| Washington, D.C. 2005 | * |
| | |
| ROGER GERSTENFELD | * |
| 733 15TH Street, N.W. | |
| Washington, D.C. 20005 | * |
| | |
| FIFTEENTH STREET EXECUTIVE SUITES | * |
| 805 15TH Street, N.W. | |
| Washington, D.C. 20005 | * |
| Serve:  Roger Gerstenfeld or | |
| Michael Gerstenfeld | * |
| | |
| OFFICE DEPOT | * |
| 2200 Old Georgetown Road | |
| Delray Beach, FL  33455 | * |
| Serve:  Resident Agent | |
| | * |
| RENEE FENNER, Badge # | |
| 415 4TH Street, NW | * |
| Washington, D.C. 20024 | |
| | * |
| GEORGE RADA, Badge #D2-249 | |
| METROPOLITAN POLICE DEPARTMENT | * |
| 415 4TH Street, NW | |
| Washington, D.C. 20024 | * |

MICHAEL GERSTENFELD                    *
805 15TH Street, N.W.
Washington, D.C. 20005                 *

SAMUEL J. GERSTENFELD                  *
c/o SBJ Property
805 15TH Street, N.W.                  *
Washington, D.C. 20005
                                       *
        Defendants
                                       *
*    *    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF REMOVAL

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorney, Michael

J. Carlson, respectfully presents this Notice Of Removal from the Superior Court of the District of

Columbia, Civil Division, pursuant to 28 U.S.C. §1441, et. seq., and states as grounds for removal:

1.   Plaintiff, Derek Curtis, has filed an action against Defendants Roger Gerstenfeld, Fifteenth

Street Executive Suites, and various other defendants, including Chief Ramsey of the Metropolitan

Police Department and three other police officers, in the Superior Court for the District of Columbia,

Civil Division, Case No. 2006 CA 006789 B, alleging that the Defendants acting for reasons of

Plaintiff's race, violated Plaintiff's rights under the United States Constitution and 42 USC §§ 1983-

1986 by having him illegally evicted, harassed, and arrested and stealing his possessions.

2.   A copy of the Complaint together with an Initial Order, dated September 6, 2006, a case

Information Sheet, and Summonses to Defendants Michael Gerstenfeld, Charles Ramsey, Renee Fenner,

George Rada, and Michael Gerstenfeld, all of which were or may have been filed in the Superior Court

for the District of Columbia, Civil Division, are attached hereto as Exhibit 1.  It is believed that there

may be additional papers in the Superior Court file, but they are not available for copying from the

Superior Court until such time as they have been scanned in. These Defendants will provide any additional documents to the Court as soon as they can be obtained. Defendants are further attaching, as Exhibit 2, a second Complaint, which has listed as a defendant, Mr. Samuel J. Gerstenfeld, which does not appear to have been filed in the Superior Court, but which was served on Samuel Gerstenfeld and provided to Roger Gerstenfeld, and a summons to Samuel Gerstenfeld (with the name of Michael Gerstenfeld crossed out). [1]

3. This action is removable to this Court because of the existence of federal questions raised by Plaintiff's Complaint. Specifically, Plaintiff raises claims under the 42 U.S.C. §§ 1983-1986.

4. Defendants Fifteenth Street Executive Suites and Roger Gerstenfeld first received a copy of the Complaint, although not through proper service, in early November, 2006 and, accordingly, this Notice of Removal is timely.

5. These Defendants have attempted to identify counsel for the other Defendants to seek their consent, but has been unable to do so and does not know if they have been properly served.

---

[1] The Complaint provided in Exhibit 1 has Michael Gerstenfeld in lieu of Samuel Gerstenfeld. Roger Gerstenfeld obtained the Complaint in Exhibit 1 from the Superior Court and was told there was no second Complaint containing Samuel Gerstenfeld as a Defendant. Consistent with this, counsel for these Defendants (Michael Carlson) spoke to the clerk of the Superior Court and was told that Michael Gerstenfeld is a named Defendant, but that Samuel Gerstenfeld is not.

WHEREFORE, Defendants Fifteenth Street Executive Suites and Roger Gerstenfeld pray the

action now pending against them in the Superior Court for the District of Columbia, Civil Division, be

removed to this Court.

Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21202
T (410) 752-1630; F (410) 752-0085
*Attorneys for Defendants, Fifteenth Street Executive*
*Suites and Roger Gerstenfeld*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27$^h$ day of November, 2006, a copy of the foregoing Notice of

Removal was mailed first-class postage prepaid to:

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, Maryland

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 2005

DETECTIVE VINCENT TUCCI
300 Indiana Avenue, N.W.
Washington, D.C. 2005

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL 33455
Serve: Resident Agent

RENEE FENNER, Badge #
415 4TH Street, NW
Washington, D.C. 20024

GEORGE RADA, Badge #D2-249
METROPOLITAN POLICE DEPARTMENT
415 4TH Street, NW
Washington, D.C. 20024

MICHAEL GERSTENFELD
805 15TH Street, N.W.
Washington, D.C. 20005

SAMUEL J. GERSTENFELD
c/o SBJ Property
805 15TH Street, N.W.
Washington, D.C. 20005

Robert H. Bouse, Esquire

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, MD.,
             Plaintiff,

V.

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 20005

DET. VINCENT TUCCI
300 Indiana Avenue, NW.
Washington, D.C. 20005

ROGER GERSTENFELD
733 15TH Street, NW.
Washington, D.C. 20005

FIFTEENTH STREET EXECUTIVE SUITES
805 15TH Street, N.W.
Washington, D.C. 20005
serve - Roger Gerstenfeld or Micheal Gerstenfeld

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL. 33455
serve - Registered Agent
RENEE FENNER, Badge #
415 4TH Street, S.W.
Washington, D.C. 20024

GEORGE RADA, Badge # D2-249
METROPOLITAN POLICE DEPARTMENT
415 4th Street, S.W.
Washington, D.C.

Micheal Gerstenfeld
805 15th Street, NW
Wash. DC. 20005

                    Defendants.

Civil Action No. _____ 0006789-06



RECEIVED

2006 SEP -5 P 11: 21

DISTRICT OF COLUMBIA
COURTS

FILED
CIVIL ACTIONS BRANCH

SEP 0 5 2006

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC





EXHIBIT
1

## COMPLAINT

Plaintiff is a United States citizen. Plaintiff suffered constitutional deprivations when defendants conspired together and executed their racially motivated scheme to deprive him of his civil rights guaranteed by the 4th, 5th, and 14th Amendments to the United States Constitution.

Plaintiff avers that he and his company, (Office of Healthcare Systems & Management) suffered substantial injury ( personally and the company) because of the false arrest, illegal imprisonment, malicious prosecution and the wide-range of civil and criminal acts against plaintiff all in violation of the Constitution and laws of the United States.

## JURISDICTION

This court has jurisdiction of any civil action to redress the deprivation of any right secured by the United States Constitution. Jurisdiction for this civil action is pursuant to 42 USC 1983, 28 USC 1343, 42 USC 1984, 42 USC 1985 and 42 USC 1986.

## RELIEF

Plaintiff is entitled to damages, injunctive and equitable relief and redress because of the deprivation of federal constitutional and statutory rights and personal injuries he suffered which were caused by the acts and omission of the defendants who acted "under color" and/or "under color of law". Plaintiff was irreparably harmed by the violations of his civil rights protected by the Constitution and laws of the United States.

## DEPRIVATION OF CIVIL RIGHTS

Defendants devised an elaborate conspiracy to harm and deprive plaintiff of his constitutional rights to liberty and property. Defendants acts were deliberate and with criminal intent including the racial harassment, unlawful arrest, illegal imprisonment and other acts all in violation of 18 USC 242, deprivation of civil rights under color of law, fraud, perjury and obstruction of justice.

## STATEMENT OF FACTS

1. Defendant Roger Gerstenfeld, knowingly and willfully stole plaintiff's wallet, brief case, and other personal property and used this property to perfect his scheme to illegally evict plaintiff and his company OHSM from the 15th Street Executive Suites.

2. Defendants Metropolitan Police Department including Renee Fenner conspired with others to perfect Defendant Gerstenfeld's scheme via enforcing an illegal eviction from the 15th Street Executive Officce Suites where plaintiff and his company operated business pursuant to a lease agreement established by plaintiff and defendant..

3. Defendants knowingly and willfully misrepresented and/or abused their authority via lying to the Magistrate/Judge as an effort to obtain an arrest warrant for plaintiff.

4. Defendants knowingly and willfully executed their plan to illegally arrest and imprison plaintiff.

5. Defendants obstructed justice when they knowingly withheld evidence and/or information that would have kept plaintiff from being arrested and imprisoned.

6. Plaintiff was arrested and placed in custody for several days.

7. Plaintiff went to his office at the 15th Street Executive Sutie and was denied access to this office by Gerstenfeld who declared that Defendant Tucci ordered that plaintiff have no access to his office nor to his wallet, briefcase, personal property, company documents and company furniture and equipment.

Plaintiff asks this court to :

1. Take jurisdiction of this civil action..

2. Grant declaratory judgment.

3. Grant a jury trial.

4. Order defendants to pay all legal fees incurred by plaintiff throughout this civil action.

5. Grant compensatory damages of $27,000,000.00.

6. Grant punitive damages of $30 Million Dollars.

7. Other action as this court deems proper and just.

I, _____Derek Curtis_____, declare under the penalty of perjury that the above is true

and correct.

Respectfully Submitted,                    DATE: _____

Derek Curtis
310 Elmleaf Avenue
Capital Heights, MD. 20743

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DEREK CURTIS
    Vs.                                           C.A. No.        2006 CA 006789 B
METROPOLITAN POLICE DEPARTMENT

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge **NATALIA COMBS GREENE**
Date:  September 6, 2006
Initial Conference: 9:00 am, Friday, December 22, 2006
Location:  Courtroom 312
                500 Indiana Avenue N.W.
                WASHINGTON, DC 20001

Caio.doc

## Superior Court of the District of Columbia
### CIVIL DIVISION — CIVIL ACTIONS BRANCH

### INFORMATION SHEET

RECEIVED

2006 SEP -5 P 11

DISTRICT OF COLUI
COURTS

Derek Curtis

vs.

Charles Ramsey, et al

Case Number: _____

Date: 23 August 2006

| | |
|---|---|
| Name: *(please print)* _____ | Relationship to Lawsuit |
| Firm Name: _____ | ☐ Attorney for Plaintiff |
| Telephone No.: _____ Unified Bar No.: _____ | ☐ Self (Pro Se) |
| | Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☒ 12 Person Jury

Demand: $ 57,000, PIV, PO        Other: _____

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

### NATURE OF SUIT:   *(Check One Box Only)*

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____

- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441

- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage

- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud

- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence

- ☒ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis _Plaintiff_

vs.
Micheal Gerstenfeld _Defendant_

0000789 06

Civil Action No. _____

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

Derek Curtis
Name of Plaintiff's Attorney

310 Elmleaf Avenue
Address
Capital Heights, md) 20743

202  215 - 0336
Telephone

By _____
Deputy Clerk

Date  9/5/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(s)-4 feb(ey 33)

CA Form 1          RECEIVED

# Superior Court of the District of Columbia

**CIVIL DIVISION**
500 Indiana Avenue, N.W., Room JM-170.
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis
_____
                    *Plaintiff*

Civil Action No. _____

vs.

Charles Ramsey Dept.
Metropolitan Police Dept.
_____
                    *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Derek Curtis
_____
Name of Plaintiff's Attorney

310 Elmleaf Avenue
_____
Address

Capital Heights, MD 20743

202 215 0336
_____
Telephone

By _____
              Deputy Clerk

Date _____9/5/06_____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(b)-I M/Mar) 01

CV(b)-20/-m11 00

11/15/2006 14:25 FAX 7036662133        HP LASERJET 3200

NOV 10 2006 3:54PM    HP LASERJET 3200

CA Form 1                    RECEIVED

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis                    *Plaintiff*

vs.                                          Civil Action No: _____

Renee Fenner
Badge #                         *Defendant*

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                                *Clerk of the Court*

Derek Curtis
Name of Plaintiff's Attorney                    By _____
310 Elmleaf Avenue                                      Deputy Clerk
Capitol Heights, MD 20943
Address                                                      Date _____9/5/06_____
212 215-0336
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(A)-4586(Rev) 43

NOV 10 2006 3:55PM    HP LASERJET 3200

CA Form 1

RECEIVED

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Dereh Curtis
*Plaintiff*

vs.

George Rada
Badge # 32-249
*Defendant*

Civil Action No. _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Derek Curtis
Name of Plaintiff's Attorney

310 Elmleaf Avenue
Address
Capital Heights md 20743

202 215 0336
Telephone

By _____
Deputy Clerk

Date 9/5/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(b)-45M/May 03

CA Form 1

## Superior Court of the District of Columbia

### CIVIL DIVISION
#### 500 Indiana Avenue, N.W., Room JM-170
#### Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis

_Plaintiff_

vs.

Michael Gerstenfeld

_Defendant_

0006789-06

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

Derek Curtis
Name of Plaintiff's Attorney

310 Elmleaf Avenue
Address
Capital Heights, MD 20743

202 215-0336
Telephone

By _____
    Deputy Clerk

Date ____9/5/06____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-45-M May 03



**ANDERSON | COE | KING**
ATTORNEYS AT LAW

EDWIN L. KEATING, III
DIRECT DIAL 443-573-9312
DIRECT FAX 410-752-9173
KEATING@ACKLAW.COM

November 24, 2006

Civil Clerk, Room JM-170
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Moultrie Courthouse
500 Indiana Avenue, N.W.
Washington, D.C. 20001

  Re: Derek Curtis v. Charles Ramsey et al.
     Civil Case No. 2006 CA 06789 B

M. Clerk:

  Enclosed for filing in the above-referenced matter on behalf of Defendants Roger Gerstenfeld and Fifteenth Street Executive Suites is a Notice of Removal of Action to Federal Court. .

  Thank you for your time and attention to this matter.

       Very truly yours,

       Edwin L. Keating, III

Cc:
Charles Ramsey
Detective Vincent Tucci
Office Depot
Renee Fenner
George Rada
Michael Gerstenfeld
Samuel J. Gerstenfeld

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION

DEREK CURTIS                              *

        Plaintiff              *

v.                                        *       Civil Case No.
                                                  2006 CA 006789 B
CHARLES RAMSEY, CHIEF OF      *
POLICE, METROPOLITAN
POLICE DEPARTMENT                         *       Judge Natalia Combs Greene

        et al.                 *

        Defendants             *

  *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorney,

Edwin L. Keating, III, hereby give notice to the Superior Court of the District of Columbia, Civil

Division, and to Plaintiff, Derek Curtis, pursuant to 28 U.S.C. §1446(d), that they have filed with

the United States District Court for the District of Columbia a Notice of Removal, removing this

action to Federal Court.  A copy of the Notice of Removal, along with the exhibits filed with the

United States District Court for the District of Columbia, is attached to this Notice.

                                     Edwin L. Keating, III *(Bar No. 492915 )*
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21202
T  (410) 752-1630
F  (410) 752-0085
*Attorneys for Defendants, Roger Gerstenfeld and*
*Fifteenth Street Executive Suites*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2006, a copy of the foregoing

Notice of Removal of Action to Federal Court was sent via first-class mail, postage pre-paid, to:

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 2005

DETECTIVE VINCENT TUCCI
300 Indiana Avenue, N.W.
Washington, D.C. 2005

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL 33455
Serve: Resident Agent

RENEE FENNER, Badge #
415 4TH Street, NW
Washington, D.C. 20024

GEORGE RADA, Badge #D2-249
METROPOLITAN POLICE DEPARTMENT
415 4TH Street, NW
Washington, D.C. 20024

MICHAEL GERSTENFELD
805 15TH Street, N.W.
Washington, D.C. 20005

SAMUEL J. GERSTENFELD
c/o SBJ Property
805 15TH Street, N.W.
Washington, D.C. 20005

Edwin L. Keating, III

- 2 -

U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

DEREK CURTIS                                          *
310 Elmleaf Avenue
Capital Heights, Maryland                             *

                                                      *       Civil Action No.:
        Plaintiff
                                                      *

v.
                                                      *

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT                        *
300 Indiana Avenue, N.W.
Washington, D.C.  2005                                *

DETECTIVE VINCENT TUCCI                               *
300 Indiana Avenue, N.W.
Washington, D.C.  2005                                *

ROGER GERSTENFELD                                     *
733 15TH Street, N.W.
Washington, D.C.  20005                               *

FIFTEENTH STREET EXECUTIVE SUITES                     *
805 15TH Street, N.W.
Washington, D.C. 20005                                *
Serve:  Roger Gerstenfeld or
Michael Gerstenfeld                                   *

OFFICE DEPOT                                          *
2200 Old Georgetown Road
Delray Beach, FL  33455                               *
Serve:  Resident Agent
                                                      *

RENEE FENNER, Badge #
415 4TH Street, NW                                    *
Washington, D.C. 20024
                                                      *

GEORGE RADA, Badge #D2-249
METROPOLITAN POLICE DEPARTMENT                        *
415 4TH Street, NW
Washington, D.C. 20024                                *

MICHAEL GERSTENFELD                          *
805 15TH Street, N.W.
Washington, D.C. 20005                       *

SAMUEL J. GERSTENFELD                        *
c/o SBJ Property
805 15TH Street, N.W.                   *
Washington, D.C. 20005
                                             *
        Defendants
                                             *
*    *    *    *    *    *    *    *    *    *    *    *    *    *

### NOTICE OF REMOVAL

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorney, Michael

J. Carlson, respectfully presents this Notice Of Removal from the Superior Court of the District of

Columbia, Civil Division, pursuant to 28 U.S.C. §1441, et. seq., and states as grounds for removal:

1. Plaintiff, Derek Curtis, has filed an action against Defendants Roger Gerstenfeld, Fifteenth

Street Executive Suites, and various other defendants, including Chief Ramsey of the Metropolitan

Police Department and three other police officers, in the Superior Court for the District of Columbia,

Civil Division, Case No. 2006 CA 006789 B, alleging that the Defendants acting for reasons of

Plaintiff's race, violated Plaintiff's rights under the United States Constitution and 42 USC §§ 1983-

1986 by having him illegally evicted, harassed, and arrested and stealing his possessions.

2. A copy of the Complaint together with an Initial Order, dated September 6, 2006, a case

Information Sheet, and Summonses to Defendants Michael Gerstenfeld, Charles Ramsey, Renee Fenner,

George Rada, and Michael Gerstenfeld, all of which were or may have been filed in the Superior Court

for the District of Columbia, Civil Division, are attached hereto as Exhibit 1. It is believed that there

may be additional papers in the Superior Court file, but they are not available for copying from the

Superior Court until such time as they have been scanned in.  These Defendants will provide any additional documents to the Court as soon as they can be obtained.  Defendants are further attaching, as Exhibit 2, a second Complaint, which has listed as a defendant, Mr. Samuel J. Gerstenfeld, which does not appear to have been filed in the Superior Court, but which was served on Samuel Gerstenfeld and provided to Roger Gerstenfeld, and a summons to Samuel Gerstenfeld (with the name of Michael Gerstenfeld crossed out). [1]

3.  This action is removable to this Court because of the existence of federal questions raised by Plaintiff's Complaint.  Specifically, Plaintiff raises claims under the 42 U.S.C. §§ 1983-1986.

4.  Defendants Fifteeth Street Executive Suites and Roger Gerstenfeld first received a copy of the Complaint, although not through proper service, in early November, 2006 and, accordingly, this Notice of Removal is timely.

5.  These Defendants have attempted to identify counsel for the other Defendants to seek their consent, but has been unable to do so and does not know if they have been properly served.

WHEREFORE, Defendants Fifteenth Street Executive Suites and Roger Gerstenfeld pray the action now pending against them in the Superior Court for the District of Columbia, Civil Division, be removed to this Court.

Robert H. Bouse, Esquire (MD01926)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21202
T (410) 752-1630
F (410) 752-0085

---

[1] The Complaint provided in Exhibit 1 has Michael Gerstenfeld in lieu of Samuel Gerstenfeld.  Roger Gerstenfeld obtained the Complaint in Exhibit 1 from the Superior Court and was told there was no second Complaint containing Samuel Gerstenfeld as a Defendant.  Consistent with this, counsel for these Defendants (Michael Carlson) spoke to the clerk of the Superior Court and was told that Michael Gerstenfeld is a named Defendant, but that Samuel Gerstenfeld is not.

*Attorneys for Defendants, Fifteenth Street Executive*
*Suites and Roger Gerstenfeld*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24[h] day of November, 2006, a copy of the foregoing Notice of

Removal was mailed first-class postage prepaid to:

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 2005

DETECTIVE VINCENT TUCCI
300 Indiana Avenue, N.W.
Washington, D.C. 2005

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL 33455
Serve: Resident Agent

RENEE FENNER, Badge #
415 4TH Street, NW
Washington, D.C. 20024

GEORGE RADA, Badge #D2-249
METROPOLITAN POLICE DEPARTMENT
415 4TH Street, NW
Washington, D.C. 20024

MICHAEL GERSTENFELD
805 15TH Street, N.W.
Washington, D.C. 20005

SAMUEL J. GERSTENFELD
c/o SBJ Property
805 15TH Street, N.W.
Washington, D.C. 20005

Robert H. Bouse, Esquire

- 4 -

NOV 10 2006 3:53PM    HP LASERJET 3200

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, MD.,
                    Plaintiff,

V.                                      Civil Action No. 0006789-06

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W,
Washington, D.C. 20005

DET. VINCENT TUCCI
300 Indiana Avenue, NW.
Washington, D.C. 20005

ROGER GERSTENFELD
733 15TH Street, NW.
Washington, D.C. 20005

FIFTEENTH STREET EXECUTIVE SUITES
805 15TH Street, N.W.
Washington, D.C. 20005
Serve - Roger Gerstenfeld or Micheal Gerstenfeld

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL. 33455
Serve - Registered Agent
RENEE FENNER, Badge #
415 4TH Street, S.W.
Washington, D.C. 20024

GEORGE RADA, Badge # D2-249
METROPOLITAN POLICE DEPARTMENT
415 4th Street, S.W.
Washington, D.C.

RECEIVED

2006 SEP -5 P 11: 21

FILED
CIVIL ACTIONS BRANCH

SEP 0 5 2006

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Micheal Gerstenfeld
805 15th Street, NW
Wash, DC. 20005

            Defendants.





## COMPLAINT

Plaintiff is a United States citizen. Plaintiff suffered constitutional deprivations when defendants conspired together and executed their racially motivated scheme to deprive him of his civil rights guaranteed by the 4th, 5th, and 14th Amendments to the United States Constitution.

Plaintiff avers that he and his company, (Office of Healthcare Systems & Management) suffered substantial injury ( personally and the company) because of the false arrest, illegal imprisonment, malicious prosecution and the wide-range of civil and criminal acts against plaintiff all in violation of the Constitution and laws of the United States.

## JURISDICTION

This court has jurisdiction of any civil action to redress the deprivation of any right secured by the United States Constitution. Jurisdiction for this civil action is pursuant to 42 USC 1983, 28 USC 1343, 42 USC 1984, 42 USC 1985 and 42 USC 1986.

## RELIEF

Plaintiff is entitled to damages, injunctive and equitable relief and redress because of the deprivation of federal constitutional and statutory rights and personal injuries he suffered which were caused by the acts and omission of the defendants who acted "under color" and/or "under color of law". Plaintiff was irreparably harmed by the violations of his civil rights protected by the Constitution and laws of the United States.

## DEPRIVATION OF CIVIL RIGHTS

Defendants devised an elaborate conspiracy to harm and deprive plaintiff of his constitutional rights to liberty and property. Defendants acts were deliberate and with criminal intent including the racial harassment, unlawful arrest, illegal imprisonment and other acts all in violation of 18 USC 242, deprivation of civil rights under color of law, fraud, perjury and obstruction of justice.

## STATEMENT OF FACTS

1.  Defendant Roger Gerstenfeld, knowingly and willfully stole plaintiff's wallet, brief case, and other personal property and used this property to perfect his scheme to illegally evict plaintiff and his company OHSM from the 15th Street Executive Suites.

2.  Defendants Metropolitan Police Department including Renee Fenner conspired with others to perfect Defendant Gerstenfeld's scheme via enforcing an illegal eviction from the 15th Street Executive Office Suites where plaintiff and his company operated business pursuant to a lease agreement established by plaintiff and defendant..

3.  Defendants knowingly and willfully misrepresented and/or abused their authority via lying to the Magistrate/Judge as an effort to obtain an arrest warrant for plaintiff.

4.  Defendants knowingly and willfully executed their plan to illegally arrest and imprison plaintiff.

5.  Defendants obstructed justice when they knowingly withheld evidence and/or information that would have kept plaintiff from being arrested and imprisoned.

6.  Plaintiff was arrested and placed in custody for several days.

7.  Plaintiff went to his office at the 15th Street Executive Sutie and was denied access to this office by Gerstenfeld who declared that Defendant Tucci ordered that plaintiff have no access to his office nor to his wallet, briefcase, personal property, company documents and company furniture and equipment.

NOV 10 2006 3:53PM    HP LASERJET 3200

Plaintiff asks this court to :

1. Take jurisdiction of this civil action..

2. Grant declaratory judgment.

3. Grant a jury trial.

4. Order defendants to pay all legal fees incurred by plaintiff throughout this civil action.

5. Grant compensatory damages of $27,000,000.00.

6. Grant punitive damages of $30 Million Dollars.

7. Other action as this court deems proper and just.

I, _____Derek Curtis_____ declare under the penalty of perjury that the above is true

and correct.

Respectfully Submitted,                                      DATE: _____

Derek Curtis
310 Elmleaf Avenue
Capital Heights, MD.  20743



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DEREK CURTIS
    Vs.                                          C.A. No.          2006 CA 006789 B
METROPOLITAN POLICE DEPARTMENT

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge **NATALIA COMBS GREENE**
Date: _September 6, 2006_
Initial Conference: 9:00 am, Friday, December 22, 2006
Location: Courtroom 312
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

Caio.doc

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

### INFORMATION SHEET

RECEIVED

2006 SEP -5 P 11

DISTRICT OF COLUM
COURTS

*Derek Curtis*

vs.

*Charles Ramsey, et al*

Case Number: _____

Date: 23 August 200(

Name: (please print) _____

Firm Name: _____

Telephone No.: _____ Unified Bar No.: _____

| Relationship to Lawsuit |
| --- |
| ☐ Attorney for Plaintiff |
| ☐ Self (Pro Se) |
| Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ 57, 000, ATV. Po    Other: _____

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____

Case No. _____ Judge _____ Calendar # _____

_____ Calendar # _____

## NATURE OF SUIT:    (Check One Box Only)

**A. CONTRACTS**

| | | COLLECTION CASES |
| --- | --- | --- |
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,600 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 |
| ☐ 15 Other: _____ | | |

**B. PROPERTY TORTS**

| | | |
| --- | --- | --- |
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Other: _____ |
| ☐ 07 Shoplifting, D.C. Code § 3-441 | | |

**C. PERSONAL TORTS**

| | | |
| --- | --- | --- |
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☒ 17 Personal Injury |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile | ☐ 12 Malicious Interference | ☐ 20 Other: _____ |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical | |
| ☐ 08 Fraud | ☐ 16 Negligence | |

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis _____ *Plaintiff*

vs.

Michael Gerstenfeld _____
*Defendant*

Civil Action No. _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Derek Curtis _____
Name of Plaintiff's Attorney

310 Elmleaf Avenue _____
Address
Capital Heights, MD 20743 _____

202 215-0336 _____
Telephone

By _____
Deputy Clerk

Date ___9/5/06___

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(s)-4 Series 03

CA Form 1                RECEIVED

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis
                    *Plaintiff*

vs.                                    Civil Action No. _____

Charles Ramsey Dept.
Metropolitan Police    *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                            *Clerk of the Court*

Derek Curtis
Name of Plaintiff's Attorney                    By _____
310 Elmleaf Avenue                                    Deputy Clerk
Address
Capital Heights, MD 20743

202 25 0336                                    Date    9/5/06
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(s)-0442/Dec) 07

CV(9)-0307/WEF 03

CA Form 1                    RECEIVED

## Superior Court of the District of Columbia    P 11: 16
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis

*Plaintiff*                    Civil Action No:

vs.

Renee Fenner
Badge #

*Defendant*

### SUMMONS

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Derek Curtis
Name of Plaintiff's Attorney

318 Elmleaf Avenue
Address
Capitol Heights, Md 20743

By _____
                    Deputy Clerk

212 215-0336
Telephone

Date    9/5/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-4560/ey 43

CA Form 1

RECEIVED

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

_Derek Curtis_

_Plaintiff_

vs.

_George Rader_
_Badge # 32-249_

_Defendant_

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

_Derek Curtis_
Name of Plaintiff's Attorney

_310 Elm Leaf Avenue_
Address
_Capital Heights, MD 20743_

_202 215 0336_
Telephone

By _____
Deputy Clerk

Date ___9/5/06___

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(3)-456(Rev 03)

NOV 10 2006 3:56PM    HP LASERJET 3200

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis            *Plaintiff*

vs.

Micheal Gerstenfeld

*Defendant*

0006789-06

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Derek Curtis
Name of Plaintiff's Attorney

310 Elmleaf Avenue

Address

Capital Heights, MD 20743

202  215-0336
Telephone

By _____

Deputy Clerk

Date  9/5/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(0)-450/May 03

NOV 10 2006 3:56PM    HP L..SERJET 3200



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DEREK CURTIS                                       C.A. No.     2006 CA 006789 B
Vs.
METROPOLITAN POLICE DEPARTMENT

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On the filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NATALIA COMBS GREENE
Date:  September 6, 2006
Initial Conference: 9:00 am, Friday, December 22, 2006
Location: Courtroom 312
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

RECEIVED

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, MD.,
                    Plaintiff.

2006 SEP -5  P 11: 15

V.                                    Civil Action No. _DISTRICT OF COLUMBIA_
                                                        COURTS

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT          RECEIVED
300 Indiana Avenue, N,W,            Civil Clerk's Office        0006789-06
Washington, D.C. 20005

DET. VINCENT TUCCI                      SEP  0 5 2006
300 Indiana Avenue, NW.            Superior Court of the
Washington, D.C. 20005             District of Columbia
                                   Washington, D.C. ✓
ROGER GERSTENFELD
733 15TH Street, NW.
Washington, D.C. 20005

FIFTEENTH STREET EXECUTIVE SUITES
805 15TH Street, N.W.
Washington, D.C. 20005

UNKNOWN
OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL. 33455

RENEE FENNER, Badge #
415 4TH Street, S.W.
Washington, D.C. 20024

GEORGE RADA, Badge # D2-249
METROPOLITAN POLICE DEPARTMENT
415 4th Street, S.W.
Washington, D.C.

*Samuel J. Gerstenfeld*
*C/o S&T Property Suite 200*
*805 12th St. NW Suite 200*
*Washington D.C. 20005*
                    Defendants.


EXHIBIT
2

## COMPLAINT

Plaintiff is a United States citizen. Plaintiff suffered constitutional deprivations when defendants conspired together and executed their racially motivated scheme to deprive him of his civil rights guaranteed by the 4th, 5th, and 14th Amendments to the United States Constitution.

Plaintiff avers that he and his company, (Office of Healthcare Systems & Management) suffered substantial injury ( personally and the company) because of the false arrest, illegal imprisonment, malicious prosecution and the wide-range of civil and criminal acts against plaintiff all in violation of the Constitution and laws of the United States.

## JURISDICTION

This court has jurisdiction of any civil action to redress the deprivation of any right secured by the United States Constitution. Jurisdiction for this civil action is pursuant to 42 USC 1983, 28 USC 1343, 42 USC 1984, 42 USC 1985 and 42 USC 1986.

## RELIEF

Plaintiff is entitled to damages, injunctive and equitable relief and redress because of the deprivation of federal constitutional and statutory rights and personal injuries he suffered which were caused by the acts and omission of the defendants who acted "under color" and/or "under color of law". Plaintiff was irreparably harmed by the violations of his civil rights protected by the Constitution and laws of the United States.

# DEPRIVATION OF CIVIL RIGHTS

Defendants devised an elaborate conspiracy to harm and deprive plaintiff of his constitutional rights to liberty and property. Defendants acts were deliberate and with criminal intent including the racial harassment, unlawful arrest, illegal imprisonment and other acts all in violation of 18 USC 242, deprivation of civil rights under color of law, fraud, perjury and obstruction of justice.

## STATEMENT OF FACTS

1.  Defendant Roger Gerstenfeld, knowingly and willfully stole plaintiff's wallet, brief case, and other personal property and used this property to perfect his scheme to illegally evict plaintiff and his company OHSM from the 15th Street Executive Suites.

2.  Defendants Metropolitan Police Department including Renee Fenner conspired with others to perfect Defendant Gerstenfeld's scheme via enforcing an illegal eviction from the 15th Street Executive Officee Suites where plaintiff and his company operated business pursuant to a lease agreement established by plaintiff and defendant..

3.  Defendants knowingly and willfully misrepresented and/or abused their authority via lying to the Magistrate/Judge as an effort to obtain an arrest warrant for plaintiff.

4.  Defendants knowingly and willfully executed their plan to illegally arrest and imprison plaintiff.

5.  Defendants obstructed justice when they knowingly withheld evidence and/or information that would have kept plaintiff from being arrested and imprisoned.

6.  Plaintiff was arrested and placed in custody for several days.

7.  Plaintiff went to his office at the 15th Street Executive Suite and was denied access to this office by Gerstenfeld who declared that Defendant Tucci ordered that plaintiff have no access to his office nor to his wallet, briefcase, personal property, company documents and company furniture and equipment.

8. Defendant Roger Gerstenfeld stole plaintiff's wallet, briefcase, $3,800.00 U.S. Currency, personal checks, business checks, and other items from plaintiff's private office.

9. Defendant Tucci "knowingly" received the stolen goods from Gerstenfeld and used the wallet contents to illegally obtain a search warrant and seize unknown items and/or documents.

10. Defendant's stole plaintiff's laptop computer, desktops computers, printers, calculators, office furniture, office equipment and other personal and business property which were in plaintiff's leased office space.

11. Defendant Ramsey and others at the Metropolitan Police Department "knowingly" aided and abetted Defendants Roger Gerstenfeld and Samuel J.Gerstenfeld in illegally evicting plaintiff and his business from the office and illegally taking possession of plaintiff's property. At all times defendants denied plaintiff access to his property.

12. Defendant Rada "knowingly" initiated the harassment against plaintiff via submitting a bogus allegations of a bad check. Rada NEVER saw or possessed a bad check from plaintiff. Rada abused his police powers via lying to obtain a warrant for an alleged bad check. Court records will clearly demonstrate that Rada falsely accused plaintiff as an effort to perfect the harassment and wrongful imprisonment.

13. Defendant Office Depot "knowingly" participated in this malicious scheme against plaintiff when they offered false information to other defendants and agreed with defendants to provide the court with false information to perfect their scheme against plaintiff. Defendant Office Depot actions were slanderous, accusative, and was used to illegally obtain some office furniture and equipment.

14. Defendant Fenner and unknown officer (defendant's partner at the time) illegally seized plaintiff's wallet, money, briefcase, and other items of value and turned them over to defendant's Gerstenfeld (Roger & Samuel). Defendant's refused to give property back to plaintiff.

15. Defendant Fenner and the unknown officer ordered illegally evicted plaintiff from the Executive Office Suite. Fenner ordered plaintiff to sign documents for Gerstenfeld and to stay out of the office building.

16. Defendant Metropolitan Police Department were racially motivated and the department was used to perfect the illegal acts and/or actions against plaintiff. The defendants police powers and/or position was a factor in this scheme and was illegally exercised against plaintiff which caused irrevocable harm, pain, and suffering.

17. Plaintiff called defendants M.P.D. to assist him in obtaining his wallet and personal property and all furniture and equipment in this leased office space, but defendant refused assist plaintiff that they were supporting co-officers actions.

18. Defendant's conspired to harm plaintiff and did so with malice.

19. Defendants deprived plaintiff of his right to privacy, liberty, and property.

20. Defendants Samuel Gerstenfeld and Roger Gerstenfeld never applied for and/or obtained a court order to evict plaintiff from the leased office space.

21. Defendants used the judicial system to perfect their malicious conspiracy against plaintiff.

22. Plaintiff's business was irreparably harmed by defendants actions, especially when defendant's stole business documents and allowed others to illegally enter plaintiff's leased office space.

23. Defendant took full possession of all stolen goods and refused to return property to plaintiff.

24. Plaintiff suffered substantial loss because of defendant's actions including, but not limited to reputation, wages/income, health, cash money in office, personal items, business items, and other things of value. The estimated cost for the office equipment is $82,420.00: Wages $173,400.00: Business $3,695,900.00: Total cash in wallet and office $5,800.00 U.S. Currency.

25. Defendants never appeared for court hearings and/or never offered the truth about the false allegations against plaintiff. Defendants remained silent at all times while plaintiff was being wrongfully imprisoned and prosecuted.

26. Both criminal cases (Nos.2002 F-7825 and 2003 F-2897) were dismissed.

Plaintiff asks this court to :

1. Take jurisdiction of this civil action.

2. Grant declaratory judgment.

3. Grant a jury trial.

4. Order defendants to pay all legal fees incurred by plaintiff throughout this civil action.

5. Grant compensatory damages of $27,000,000.00.

6. Grant punitive damages of $30 Million Dollars.

7. Other action as this court deems proper and just.

I, _Derek Curtis_, declare under the penalty of perjury that the above is true and correct.



Respectfully Submitted,                    DATE: 23 August 2006

Derek Curtis
310 Elmleaf Avenue
Capital Heights, MD. 20743

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis
_____ *Plaintiff*
    vs.
Seinfeld Gerstenfeld
SJG Property
_____ *Defendant*

0006789-06

Civil Action No. _____

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served a copy of the Answer on the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Derek Curtis
_____
Name of Plaintiff's Attorney

3101 Elmleaf Avenue
_____
Address
Capital Heights, MD  20743

202  215 - 0336
_____
Telephone

*Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

¡PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

11/15/2006 14:26 FAX 7036562135    HARTFORD INSURANCE

306026527    HARTFORD FIRE INS

NOV 02 2006 5:45PM    HP LASERJET 3200    P.3

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, MD.,
        Plaintiff.

V.

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 20005

DET. VINCENT TUCCI
300 Indiana Avenue, NW.
Washington, D.C. 20005

ROGER GERSTENFELD
733 15TH Street, NW.
Washington, D.C. 20005

FIFTEENTH STREET EXECUTIVE SUITES
805 15TH Street, N.W.
Washington, D.C. 20005

UNKNOWN
OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL. 33455

RENEE FENNER, Badge #
415 4TH Street, S.W.
Washington, D.C. 20024

GEORGE RADA, Badge # D2-249
METROPOLITAN POLICE DEPARTMENT
415 4th Street. S.W.
Washington, D.C.

**RECEIVED**

2006 SEP -5 P II: 15

Civil Action No. _____ DISTRICT OF COLUMBIA
                COURTS

**RECEIVED**
Civil Clerk's Office

SEP 0 5 2006

Superior Court of the
District of Columbia
Washington, D.C.

0006789-06

*Samuel J. Gerstenfeld*
*C/o S&T Property Suite 200*
*805 12th St. NW*
*Washington DC. 20005*
        **Defendants.**

**EXHIBIT**
**2**

## COMPLAINT

Plaintiff is a United States citizen. Plaintiff suffered constitutional deprivations when defendants conspired together and executed their racially motivated scheme to deprive him of his civil rights guaranteed by the 4th, 5th, and 14th Amendments to the United States Constitution.

Plaintiff avers that he and his company, (Office of Healthcare Systems & Management) suffered substantial injury ( personally and the company) because of the false arrest, illegal imprisonment, malicious prosecution and the wide-range of civil and criminal acts against plaintiff all in violation of the Constitution and laws of the United States.

## JURISDICTION

This court has jurisdiction of any civil action to redress the deprivation of any right secured by the United States Constitution. Jurisdiction for this civil action is pursuant to 42 USC 1983, 28 USC 1343.

42 USC 1984, 42 USC 1985 and 42 USC 1986.

## RELIEF

Plaintiff is entitled to damages, injunctive and equitable relief and redress because of the deprivation of federal constitutional and statutory rights and personal injuries he suffered which were caused by the acts and omission of the defendants who acted "under color" and/or "under color of law". Plaintiff was irreparably harmed by the violations of his civil rights protected by the Constitution and laws of the United States.

# DEPRIVATION OF CIVIL RIGHTS

Defendants devised an elaborate conspiracy to harm and deprive plaintiff of his constitutional rights to liberty and property. Defendants acts were deliberate and with criminal intent including the racial harassment, unlawful arrest, illegal imprisonment and other acts all in violation of 18 USC 242, deprivation of civil rights under color of law, fraud, perjury and obstruction of justice.

## STATEMENT OF FACTS

1. Defendant Roger Gerstenfeld, knowingly and willfully stole plaintiff's wallet, brief case, and other personal property and used this property to perfect his scheme to illegally evict plaintiff and his company OHSM from the 15th Street Executive Suites.

2. Defendants Metropolitan Police Department including Renee Fenner conspired with others to perfect Defendant Gerstenfeld's scheme via enforcing an illegal eviction from the 15th Street Executive Offices Suites where plaintiff and his company operated business pursuant to a lease agreement established by plaintiff and defendant.

3. Defendants knowingly and willfully misrepresented and/or abused their authority via lying to the Magistrate/Judge as an effort to obtain an arrest warrant for plaintiff.

4. Defendants knowingly and willfully executed their plan to illegally arrest and imprison plaintiff.

5. Defendants obstructed justice when they knowingly withheld evidence and/or information that would have kept plaintiff from being arrested and imprisoned.

6. Plaintiff was arrested and placed in custody for several days.

7. Plaintiff went to his office at the 15th Street Executive Suite and was denied access to this office by Gerstenfeld who declared that Defendant Tucci ordered that plaintiff have no access to his office nor to his wallet, briefcase, personal property, company documents and company furniture and equipment.

8. Defendant Roger Gerstenfeld stole plaintiff's wallet, briefcase, $3,800.00 U.S. Currency, personal checks, business checks, and other items from plaintiff's private office.

9. Defendant Tucci "knowingly" received the stolen goods from Gerstenfeld and used the wallet contents to illegally obtain a search warrant and seize unknown items and/or documents.

10. Defendant's stole plaintiff's laptop computer, desktops computers, printers, calculators, office furniture, office equipment and other personal and business property which were in plaintiff's leased office space.

11. Defendant Ramsey and others at the Metropolitan Police Department "knowingly" aided and abetted Defendants Roger Gerstenfeld and Samuel J.Gerstenfeld in illegally evicting plaintiff and his business from the office and illegally taking possession of plaintiff's property. At all times defendants denied plaintiff access to his property.

12. Defendant Rada "knowingly" initiated the harassment against plaintiff via submitting a bogus allegations of a bad check. Rada NEVER saw or possessed a bad check from plaintiff, Rada abused his police powers via lying to obtain a warrant for an alleged bad check. Court records will clearly demonstrate that Rada falsely accused plaintiff as an effort to perfect the harassment and wrongful imprisonment.

13. Defendant Office Depot "knowingly" participated in this malicious scheme against plaintiff when they offered false information to other defendants and agreed with defendants to provide the court with false information to perfect their scheme against plaintiff. Defendant Office Depot actions were slanderous, accusative, and was used to illegally obtain some office furniture and equipment.

14. Defendant Fenner and unknown officer (defendant's partner at the time) illegally seized plaintiff's wallet, money, briefcase, and other items of value and turned them over to defendant's Gerstenfeld (Roger & Samuel). Defendant's refused to give property back to plaintiff.

15. Defendant Fenner and the unknown officer ordered illegally evicted plaintiff from the Executive Office Suite. Fenner ordered plaintiff to sign documents for Gerstenfeld and to stay out of the office building.

16. Defendant Metropolitan Police Department were racially motivated and the department was used to perfect the illegal acts and/or actions against plaintiff. The defendants police powers and/or position was a factor in this scheme and was illegally exercised against plaintiff which caused irrevocable harm, pain, and suffering.

17. Plaintiff called defendants M.P.D. to assist him in obtaining his wallet and personal property and all furniture and equipment in this leased office space, but defendant refused assist plaintiff that they were supporting co-officers actions.

18. Defendant's conspired to harm plaintiff and did so with malice.

19. Defendants deprived plaintiff of his right to privacy, liberty, and property.

20. Defendants Samuel Gerstenfeld and Roger Gerstenfeld never applied for and/or obtained a court order to evict plaintiff from the leased office space.

21. Defendants used the judicial system to perfect their malicious conspiracy against plaintiff.

22. Plaintiff's business was irreparably harmed by defendants actions, especially when defendant's stole business documents and allowed others to illegally enter plaintiff's leased office space.

23. Defendant took full possession of all stolen goods and refused to return property to plaintiff.

24. Plaintiff suffered substantial loss because of defendant's actions including, but not limited to reputation, wages/income, health, cash money in office, personal items, business items, and other things of value. The estimated cost for the office equipment is $82,420.00: Wages $173,400.00: Business $3,695,900.00: Total cash in wallet and office $5,800.00 U.S. Currency.

25. Defendants never appeared for court hearings and/or never offered the truth about the false allegations against plaintiff. Defendants remained silent at all times while plaintiff was being wrongfully imprisoned and prosecuted.

26. Both criminal cases (Nos.2002 F-7825 and 2003 F-2897) were dismissed.

Plaintiff asks this court to :

1. Take jurisdiction of this civil action.

2. Grant declaratory judgment.

3. Grant a jury trial.

4. Order defendants to pay all legal fees incurred by plaintiff throughout this civil action.

5. Grant compensatory damages of $27,000,000.00.

6. Grant punitive damages of $30 Million Dollars.

7. Other action as this court deems proper and just.

I, _Derek Curtis_, declare under the penalty of perjury that the above is true and correct.

Respectfully Submitted,                    DATE: 23 August 2006

Derek Curtis
310 Elmleaf Avenue
Capital Heights, MD. 20743

NOV 02 2006 5:44PM    HP LASERJET 3200

P.2

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Derek Curtis
_____ *Plaintiff*

Samuel J Gerstenfeld
SJG Property
_____ *Defendant*

0006789-06

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Derek Curtis
_____
Name of Plaintiff's Attorney

3105 Elm leaf Avenue
_____
Address
Capital Heights, MD 20743
_____
202 215-0336
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, MD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Prince George's_
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DEREK CURTIS - Plaintiff pro se
310 Elmleaf Avenue
Capital Heights, MD  20743
Telephone: 202-215-0336

## DEFENDANTS

CHARLES RAMSEY, Chief of Police, Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20005
et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _Washington, DC_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

ATTORNEYS (IF KNOWN)

Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21202
Telephone: 410-752-1630
Attorneys for Defendants Roger Gerstenfeld and Fifteenth Street Executive Suites

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
  Plaintiff

◉ 3 Federal Question
  (U.S. Government Not a Party)

○ 2 U.S. Government
  Defendant

○ 4 Diversity
  (Indicate Citizenship of
  Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ○ E. *General Civil (Other)*    OR    ◉ F. *Pro Se General Civil*

| **Real Property** | **Bankruptcy** | **Forfeiture/Penalty** | ☐ 470 Racketeer Influenced & Corrupt Organizations |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| O  G. *Habeas Corpus/ 2255* | O  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | O  L. *Other Civil Rights (non-employment)* | O  M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

O 1 Original Proceeding  ☒ 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 U.S.C. §§1983-1986:  Plaintiff claims he was falsely arrested and evicted based on his race

**VII.  REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $  $57,000,000   Check YES only if demanded in complaint    JURY DEMAND:   YES ☒   NO ☐

**VIII.  RELATED CASE(S) IF ANY**    (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  November 27, 2006    SIGNATURE OF ATTORNEY OF RECORD

---

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.