# U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEREK CURTIS                                              *

                                             *   Civil Action No.:

    Plaintiff

                                             *

v.

                                             *

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT   *
*et al.*

                                             *

    Defendants

                                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER OF DEFENDANTS ROGER GERSTENFELD AND FIFTEENTH STREET EXECUTIVE SUITES

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorney, Michael J. Carlson, hereby answer the Complaint of Plaintiff, Derek Curtis as follows:

### I. Answer to Factual Averments of the Complaint

1. Defendants deny the factual allegations of the unnumbered paragraphs under the title, "Complaint,", except that they admit that Plaintiff is likely a United States citizen.

2. The unnumbered paragraph under the title, "Jurisdiction," requires no response as it presents a legal conclusion.

3. The unnumbered paragraph under the title, "Relief," requires no response as it presents a legal conclusion, although to the extent it alleges violations of Plaintiffs rights, Defendants deny the allegations.

4. Defendants deny the allegations contained in the unnumbered paragraph under the title, "Deprivation of Civil Rights."

5. Defendants deny the allegations contained in the following numbered paragraphs: 1, 2, 3, 4, 5, 7, 8, 10, 11, 14, 15 (Defendants further state that Plaintiff voluntarily vacated the premises), 18, 19, 21, 22, 23, 24, and 25.

6. Defendants do not have sufficient information at this time to either admit or deny the allegations contained in paragraphs 9, 12, 13 (although these Defendants deny that they were part of any "malicious scheme"), 16, 17, and 26.

7. Defendants admit the allegation of Paragraph 6 that Plaintiff was arrested, but denies any assertion that these Defendants did anything illegal; these Defendants do not have sufficient information to admit or deny that Plaintiff was in custody for several days.

8. Defendants admit the allegation of Paragraph 20, but state that no legal action was needed because Plaintiff voluntarily vacated the premises and, further, state that Plaintiff took no action in landlord-tenant court, or otherwise, to dispute this.

## II. General Denial

To the extent these Defendants are deemed to have failed to respond to any allegation of the Complaint, such allegation is hereby denied. This Defendant further generally denies that it engaged in any action for which it could be held liable as alleged.

### III. Additional Defenses

1. Plaintiff's claims are barred because the Complaint fails to state a claim upon which relief can be provided.

2. Plaintiff's claims are barred by her assumption of the risk.

3. Plaintiff's claims are barred by contributory negligence.

4. Plaintiff's claims are barred by the applicable statutes of limitations.

5. Plaintiff's claims are barred by his failure to mitigate damages.

6. Plaintiff's claims are barred in whole or in part to the extent this Court does have jurisdiction over of claims involving landlord-tenant matters.

_____
Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21202
T (410) 752-1630
F (410) 752-0085
***Attorneys for Defendants, Fifteenth Street Executive Suites and Roger Gerstenfeld***

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of November, 2006, a copy of the foregoing Notice of Removal was mailed first-class postage prepaid to:

DEREK CURTIS
310 Elmleaf Avenue
Capital Heights, Maryland

CHARLES RAMSEY, CHIEF OF POLICE
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 2005

DETECTIVE VINCENT TUCCI
300 Indiana Avenue, N.W.
Washington, D.C. 2005

OFFICE DEPOT
2200 Old Georgetown Road
Delray Beach, FL 33455
Serve: Resident Agent

RENEE FENNER, Badge #
415 4TH Street, NW
Washington, D.C. 20024

GEORGE RADA, Badge #D2-249
METROPOLITAN POLICE DEPARTMENT
415 4TH Street, NW
Washington, D.C. 20024

MICHAEL GERSTENFELD
805 15TH Street, N.W.
Washington, D.C. 20005

SAMUEL J. GERSTENFELD
c/o SBJ Property
805 15TH Street, N.W.
Washington, D.C. 20005

_____
Robert H. Bouse, Esquire