## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEREK CURTIS | * | |
| Plaintiff | * | |
| v. | * | |
| CHARLES RAMSEY, CHIEF OF POLICE | * | Civil Action No.: 1:06-cv-02029 |
| METROPOLITAN POLICE DEPARTMENT | | |
| *et al.* | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ROGER GERSTENFELD'S AND FIFTEENTH STREET EXECUTIVE SUITES' MOTION FOR SUMMARY JUDGMENT

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorneys, Robert H. Bouse and Michael J. Carlson, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment as to all of Plaintiff's claims.  There is no material dispute of fact and, viewing the evidence in a light most favorable Plaintiff, these Defendants are entitled to judgment as a matter of law as to Plaintiff's Complaint since each of his claims are barred by the statute of the limitations.  Defendants attach a memorandum of law, which is fully incorporated herein, in support of this Motion.

        _____/s/_____

Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21202
T  (410) 752-1630; F  (410) 752-0085
***Attorneys for Defendants Fifteenth Street Executive Suites and Roger Gerstenfeld***

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEREK CURTIS                                      *

      Plaintiff                              *

v.                                                *

CHARLES RAMSEY, CHIEF OF POLICE         *       Civil Action No.: 1:06-cv-02029
METROPOLITAN POLICE DEPARTMENT
*et al.*                                          *

      Defendants                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM IN SUPPORT OF ROGER GERSTENFELD'S AND FIFTEENTH STREET EXECUTIVE SUITES' MOTION FOR SUMMARY JUDGMENT

Roger Gerstenfeld and Fifteenth Street Executive Suites, Defendants, by their attorneys, Robert H. Bouse and Michael J. Carlson, submit this Memorandum in support of their Motion for Summary Judgment.

## I.  Factual Background[1]

In October, 2003, Plaintiff entered into a lease for space at Fifteenth Street Executive Suites.  Plaintiff alleges that Defendant Roger Gerstenfeld ("Gerstenfeld") stole his "wallet, brief case, and other personal property and used this property to perfect his scheme to illegally evict plaintiff…from 15[th] Street Executive Suites" where Plaintiff leased commercial space to operate his business.  Complaint ¶¶ 1 and 2.  Unspecified "Defendants" then lied to a

---

[1] As required by Rule 56, all facts are presented in the light most favorable to Plaintiff.  These Defendants dispute many of Plaintiff's assertions.

"Magistrate Judge as [part of] an effort to obtain an arrest warrant for plaintiff."  Complaint, ¶ 3.

Plaintiff was subsequently arrested and detained for several days.  Complaint ¶ 6.  This arrest

occurred on December 6, 2002.  A copy of the Arrest/Prosecution Report, dated December 6,

2002, is attached as Exhibit 1.  This arrest was premised on allegations by Clarence Slash, who

is not a party to this case, that Plaintiff cancelled a check offered in payment for certain services

performed on Plaintiff's behalf.

Subsequently, Plaintiff went to his office at Fifteenth Street Executive Suites, but was

denied access to his office and his personal belongings.  Complaint, ¶ 7.  Gerstenfeld, with

assistance from other Defendants, illegally evicted Plaintiff and stole Plaintiff's property.

Complaint, ¶¶ 10 and 11.  Defendant George Rada of the Metropolitan Police Department then

abused his police powers by obtaining a warrant premised on false information for Plaintiff's

arrest for writing bad checks.  Complaint, ¶ 12.  Meanwhile, Defendant Renee Fenner, also of

the Metropolitan Police Department, forced Plaintiff to sign a document for Gerstenfeld

relinquishing the space at Fifteenth Street Executive Suites.  Complaint, ¶ 15.  A copy of the

release, dated December 6, 2002, is attached as Exhibit 2.  Plaintiff was subsequently arrested

for alleged acts of fraud on May 22, 2003.  The Arrest/Prosecution Report, dated December 22,

2002, the Criminal Intelligence System Arrest Details document, dated May 23, 2003, and other

documents related to the arrest are attached, collectively, as Exhibit 3.  This arrest was premised

on an alleged act of fraud committed on May 15, 2002 against a prior landlord, approximately

five months before Plaintiff leased space from Fifteenth Street Executive Suites.  Exhibit 3,

Arrest/Prosecution Report.

## II.  Applicable Law and Argument

While Plaintiff's Complaint does not specify with great clarity the causes of action he is

pursuing in this matter, the allegations potentially support several common law causes of action,

including wrongful eviction, breach of lease, conversion, false arrest, false imprisonment, abuse

of process, and conspiracy.  He further claims that Defendants discriminated against him in

violation of his constitutional rights and 42 U.S.C. §§ 1983-1986.  Regardless of the theory upon

which he seeks recovery, however, Plaintiff's claims are barred by the applicable statutes of

limitations.

The District of Columbia's statute of limitations provides that

> actions for the following purposes may not be brought after the expiration
> of the period specified below from the time the right to maintain the action
> accrues:
> …
> (2) for the recovery of personal property or damages for its unlawful
> detention -- 3 years;
> (3) for the recovery of damages for an injury to real or personal
> property -- 3  years;
> (4) for…false arrest or false imprisonment -- 1 year;
> …
> (7) on a simple contract, express or implied -- 3 years;
> (8) for which a limitation is not otherwise specially prescribed --
> 3 years;
>
> DC ST § 12-301.

Plaintiff's arrests occurred on December 6, 2002 and May 22, 2003 and thus occurred well outside the one-year period limitation to file a claim for false arrest or false imprisonment. Similarly, because Plaintiff waited to file his Complaint until September 5, 2006, Plaintiff's claims that his property was stolen and that he was wrongfully evicted in December, 2002 and January, 2003 are barred by the three-year statute of limitations governing these claims.

Likewise, Plaintiff's claim that he was subjected to discrimination in violation of 42 U.S.C. 1983-1986[2] is barred by limitations.  Section 1986 provides that "no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued."  In the District of Columbia, claims under Section 1983[3] and 1985 must be brought within three years.  *Owens v. Okure*, 488 U.S. 235, 248, 109 S.Ct. 573, 580 (1989) (holding that a State's general or residual statute of limitations applies to Section 1983 actions); *Hall v. Clinton*, 285 F.3d 74, 82 (D.C. Cir. 1977) (holding that the three-year statute of limitations applies to a claim under 42 U.S.C. § 1985).  Because all of the actions about which Plaintiff complains occurred well over three years prior to the filing of his Complaint, his claims are barred.

---

[2] 42 U.S.C. 1984 is no longer law:  "Sections 1 and 2 of Act Mar. 1, 1875 were declared unconstitutional in *U.S. v. Singleton,* 109 U.S. 3, and sections 3 and 4 of such Act were repealed by Act June 25, 1948, c. 645, § 21, 62 Stat. 862."  42 U.S.C.A. § 1984, Historical and Statutory Notes.

[3] In any event Gerstenfeld and Fifteenth Street Executive Suites did not act, and are not alleged to have acted, "under color of any statute, ordinance, regulation, custom, or usage, of …the District of Columbia" as would be required to establish a violation of 42 U.S.C.A. § 1983.

Further, it is undeniable on the face of the police records that the arrests about which Plaintiff complains were premised on events occurring on September 14, 2001 and May 15, 2002, before he leased property from Fifteenth Street Executive Suites.  There is simply no factual basis for holding Fifteenth Street Executive Suites or its owner, Roger Gerstenfeld, liable for the consequences of these arrests.

Accordingly, Roger Gerstenfeld and Fifteenth Street Executive Suites are entitled to judgment as a matter of law.

Respectfully submitted,

_____/s/_____
Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21202
T  (410) 752-1630; F  (410) 752-0085
***Attorneys for Defendants Fifteenth Street Executive
    Suites and Roger Gerstenfeld***

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

**ARREST/PROSECUTION REPORT**

P.D. 163 Rev. 5/2002                     G.O. 401.5

| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – ...NO (ID ONLY) | | 2. ID NUMBER (IC ONLY) 545812 |
|---|---|---|

3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY)

4. CID NUMBER

5. UNIT-ARREST NO.
1D/ 010202926

6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest)
Curtis, Derek Dione

7. DEA LAB NUMBER

8. Arresting Officer's Name
Fenner, Sheri N

9. TYPE OF RELEASE
☐ CITATION / BOND
☐ COLLATERAL

10. NICKNAME / ALIAS

11. PHONE NUMBER
(301) 702-0575

Rank        Badge #        Agency
ofc        0164        MPD

12. COURT DATE
12-7-02

13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.)
▸ 3376 Curtis Drive Suitland,MD.

14. TIME IN D.C.
7yrs.

15. ☐ CHILD ABUSE  ☐ GANG  ☐ HATE SPECIAL INTELLIGENCE  ☐ SENIOR CITIZEN  ☐ DOMESTIC VIOLENCE

16. SEX
▸ Male

17. RACE
▸ Black

18. BIRTHDATE
▸ 06-02-57

19. SOCIAL SECURITY NUMBER
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

20. NEED INTERPRETER
☐ YES  ☒ NO

21. HEIGHT
506

22. WEIGHT
135

23. HAIR
Blk

24. EYES
Bro

25. COMPLEX
Med

26. PERMIT NO/ST
N/A

27. BIRTHPLACE (City & State)
Cambridge, Mass.

28. CO-DEFENDANTS: Number 0 (If more than 3, list on back)
NAME, ADDRESS, ZIP CODE AND PHONE NUMBER.

29. IMPERSONATOR?
☐ M  ☐ F  ☒ NO

30. ETHNICITY
African American

31. CAUTION

1.

2.

3.

32. SCARS/MARKS/TATTOOS
None

33. HAT
N/A

34. JACKET
Blue

35. PANTS
Gry

36. COAT
Tan

37. SHIRT
White

38. SKIRT/DRESS
N/A

CHECK MADE BY (Name)
Harrison, K

NCIC NUMBER
38053

**39. WALES/NCIC CHECK**

WARRANT ON FILE (If Yes, enter Warrant Numbers)
Yes ☒  No ☐   USW76302

40. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.)
▸ 1310 Southern Avenue SE

DATE OF OFFENSE
▸ 09-14-01

TIME OF OFFENSE
▸ 1900

40. LOCATION OF ARREST (Exact Address, include Room / Apt No.)
▸ 733 15ᵗʰ Street NW Suite 700

DATE OF ARREST
▸ 12-06-02

TIME OF ARREST
▸ 1415

'SISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY
, Young, David Ofc. 4026 1D,        ,

ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY
▸        ,        ,        ,

**43. DEFENDANT ADVISED OF RIGHTS**

TIME
1448

LOCATION
415 4ᵗʰ Street sw

OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A
Stargel,R

BADGE NO.
D2-181

UNIT
1D

44. COMPLAINANTS / WITNESSES (If sworn member – Name, Rank, Badge No. and Unit)        MORE ☐   See Back
ADDRESS – STREET, CITY, STATE, ZIP CODE        BIRTHDATE        HOME PHONE NO.        WORK PHONE NO.

FIRST, M.I.
..sh, Clarence

46. TACTICS
2 - Radio Run

47. PREMISES
7 - Office (Private)

48. SCHOOL ZONE ☐
PUBLIC HOUSING ☐

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| 1. felony warrant | usw76302 | 046-389 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

*(left margin: ENTER THE LEAD CHARGE FIRST)*

50. PROPERTY RECOVERY / ITEMS OF EVIDENCE
PROPERTY BOOK/ PAGE NO.        CSES NO.

51. INITALS – DATE – UNIT OF PERSON TAKING PRINT

53. RIGHT THUMB PRINT

52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS

## CASE CLOSED

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK



EXHIBIT
1

| | | EMPLOYMENT (Position or type of employment - employer) | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|---|
| .esent | Office of Health Car. | | 305 D Street NW | (202) 393-0333 | Operations |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** *(Begin with immediate family)*

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| Brother | 47 yrs. | Curtis, Calvin | 21 T Street NW | (202) 285-6587 |
| | | | | |
| | | | | |

**57. MILITARY SERVICE. BRANCH/DATE FROM – TO**

**58 TELEPHONE CALL MADE** ☐ YES ☒ NO ☐ REFUSED

**59. PHONE NUMBER**

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in item 31.)*

The event occurred on 09-14-01 at approximately 1900 at 1310 Southern Avenue SE in Washington DC.

On 12-06-02 while on routine patrol in 1042 the undersigned officer received a radio run for a recovered stolen auto. Upon arrival on the scene a wales check with the dispatcher revealed that D-1 (Derek Dione Curtis) has an outstanding felony warrant held by DC Superior Court. Warrant number USW76302. D-1 (Derek Dione Curtis) was placed under arrest and transported to the First District Detectives office for debriefing and processing.

**61. DEFENDANT'S VERSION / REMARKS.** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| **62. RECORD CLERK'S NAME** Harrison, K | | 3 No Record | 5. | **64. PROPERTY BOOK/PAGE NO.** PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| **ARREST RECORD SUMMARY** 1. | 2. | 4 | 6 | N/A |

**65. BAIL REFORM ACT CASES.** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no (If yes, include in Defendant's Version/Remarks Section above.)

| **66. PRINTED NAME – OFFICER MAKING STATEMENT** Fenner, Sheri N | **BADGE NUMBER** 164 | **RANK** Ofc. | **68. SIGNATURE OF REVIEWING OFFICIAL** | |
|---|---|---|---|---|
| **67. SIGNATURE OF OFFICER MAKING STATEMENT** *Sheri N Fenner* | **UNIT ID** 1D | **DATE** 12/6/2002 | **UNIT** 1 - D | **DATE** 12/16/02 |

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 763-02

| DEFENDANT'S NAME: Curtis, Derek Dione | | | | | CCR: 046-389 | | PDID: |
|---|---|---|---|---|---|---|---|

| SEX: Male | RACE: Black | D.O.B.: 6/2/57 | HEIGHT: 5'6" | WEIGHT: 135 | EYES: Brown | HAIR: Black | COMPLEXION: Medium |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 7813 Gum Springs Valley Dr. Alexandria, Va. 22306 | TELEPHONE NUMBER: (202) 257-0735 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Slash, Clarence Dionne | | |
|---|---|---|
| LOCATION OF OFFENSE: 1310 Southern Ave. Se. | DATE OF OFFENSE: 9/14/01 | TIME OF OFFENSE: 1900 |

Police Rport:  Clarence Slash (Slash) reported to the Police that he entered into an business agreement with an individual later identified as the defendant. Upon completion of the agreed upon work the defendant passed a check to Slash as full payment for services. Slash attempted to negotiate the check and was informed that a stop payment was placed on the same. The actions of the defendant caused the complainant to suffer an economic loss.

Investigation: Slash ownes and operates a business known as Masters Choice Title Services (Masters).  Slash is the sole employee. Masters secures vehicle license plates, titles , and vehicle taxes for individuals through area  department of motor vehicle's.

On 9/7/01 Slash met with the defendant at the Greater Southeast Community Hospital where they entered into an agreement that slash would provide the aforementioned services for the defendant's new Chevy Tahoa. On or about 9/14/01 Slash completed the services and obtained vehicle license plate number M691145 and title number 31267606 for the defendant. Slash provided the Maryland Department of Motor Vehicles with his personal check to obtain the property. On the same day Slash and the defendant again met at the Greater Southeast Hospital where Slash turned over the registration, license plates, and the title obtained to the defendant.  The defendant passed check number 177 made in the amount of $2,800.00 to Slash,as full payment for his services, per their agreement. The check was drawn on Suntrust Bank and listed the defendant as the account holder. The check was also made payable to Slash.

Slash deposited the aforementioned check into his personal account and was later informed that a stop payment had been placed on the check by the defendant. Slash contacted the defendant, via telephone, on several occassions. The defendant, during each conversation with Slash, promised to make Slash whole. As of the writing of this affidavit the defendant has failed to make Slash whole.

On 3/12/02 the affiant showed a photospread array consisting of nine photographs to slash. Slash immediately identified the defendant's photograph as the individual for  whom he performed the aforementioned services and also the individual who

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR:

Derek D Curtis

CHARGED WITH:  Theft T

_____
ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:

X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22nd DAY OF May 2002

Margaret A. Haywood

OF THE DISTRICT OF COLUMBIA

2-1546 wd-382

Page # 1 of 2

*Superior Court of the District of Columbia*

*CRIMINAL DIVISION*

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | USW NO.: | 763-02 |
|---|---|---|---|

| DEFENDANT'S NAME: Curtis, Derek Dione | | | CCR: 046-389 | | PDID: | |
|---|---|---|---|---|---|---|
| SEX: Male | RACE: Black | D.O.B.: 6/2/57 | HEIGHT: 5'6" | WEIGHT: 135 | EYES: Brown | HAIR: Black | COMPLEXION: Medium |

| DEFENDANT'S HOME ADDRESS: 7813 Gum Springs Dr. Alexandria, Va. 22306 | TELEPHONE NUMBER: (202) 257-0735 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Slash, Clarence Dionne | | |
|---|---|---|
| LOCATION OF OFFENSE: 1310 Southern Ave. Se. | DATE OF OFFENSE: 9/14/01 | TIME OF OFFENSE: 1900 |

passed him the aforementioned check.

Based on the information contained herein, the affiant believes that there is probable cause to believe that Derek Dione Curtis has committed the offense of theft in the first degree and respectfully requests that a warrant for his arrest be issued.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR:

Derek D. Curtis

CHARGED WITH: Theft I

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:

X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22nd DAY OF May 2002

Margaret A. Haywood

OF THE DISTRICT OF COLUMBIA

2-1546 wd-382

*Page # 2 of 2*

P.D. 252 Rev. 1/2001

Metropolitan Police    CASE 1:06-cv-02029-GK    DOCUMENT REPORT 12/21/2    Page 6 of 6

| | | | 1. DIST. | 2. BEAT | 3. RA | 4. ORIGINAL CLASSIFN. | | 5. COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|---|
| ☐ Classification Change | ☐ Additional Information | | RIC | | | Theft I | | 046-389 |

| 6. DATE OF THIS REPORT | 7. REPORTING ELEM. | 8. CLASSIFICATION OF REPORT CHANGED TO: |
|---|---|---|
| 7/25/2002 | | |

| 9. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 9/14/01 1900 | 7/25/2002 14:24 | 1310 Southern Ave. SE. | |

| 13. RADIO RUN RECEIVED | 14. DESCRIBE LOCATION | 15. WHERE ENTERED | 16. TOOLS/WEAPONS | 17. METHODS |
|---|---|---|---|---|
| | | | | |

| 18. | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| | Clarence Slash | | | Adult | | | | |

| Suspect/Missing Person | | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ SUSPECT ☐ MISSING PERSON | Black | Male | | 5'9" | 140 | bro | blk | Med | | | | | | |
| | ☐ SUSPECT ☐ MISSING PERSON | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |

**20. SOLVABILITY FACTORS ➚**  Complete each item below  If additional space is needed, use the narrative section.  If necessary, use PD Form 251-A.
Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. |
|---|---|---|---|
| | IS THERE A WITNESS? | ☐ YES ☐ NO | |
| | IS A SUSPECT NAMED? | ☒ YES ☐ NO | Enter the name and include any nickname used Curtis, Derek Dione |
| | IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☐ NO | Include reason why or why not. |
| | IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ☐ NO | Describe it. |
| | IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ☐ NO | If yes, describe the relationship. |
| | WAS A REFERRAL FORM GIVEN TO THE COMPLAINANT? | ☐ YES ☐ NO | Give any address, place of employment, or hangout known for the perpetrator(s). |
| | DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | List the name, address, phone number and any information provided when the area was canvassed. |
| | IS AN MO OR PATTERN INDICATED? | ☐ YES ☐ NO | DESCRIBE MO OR PATTERN |

**21. ADDITIONAL STOLEN PROPERTY**    Property Book

| CODE | ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | |
|---|---|---|---|---|---|---|---|
| | | | | | | | BOOK/PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |
| YEAR | MAKE | MODEL | COLOR | BODY | TAG / STATE / YEAR | VEHICLE IDENTIFICATION NO. | • • • | TOTAL PROP. VALUE |

**22. NARRATIVE:**    Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

Case closed with the arrest of Curtis, Derek Dione a Black Male of 7813 Gum Springs Valley Dr. Alexandria, VA. 22306, social security number 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, DOB 6/2/57, arrest number 010202926

| 23. STATUS | | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|---|
| ☐ OPEN  ☐ PRIOR CLOSED ☒ CLOSED | ☐ UNFOUNDED (EXPLAIN IN NO. 22) ☐ SUSPENDED (EXPLAIN IN NO. 22) | | | |

| 27 INVESTIGATIVE OFFICER'S RECOMMENDATION | 27 SUPERVISOR'S RECOMMENDATION |
|---|---|
| ☐ SUSPEND  ☐ INVESTIGATE FURTHER | ☐ SUSPEND  ☐ INVESTIGATE FURTHER |

| 29. REPORTING MEMBER'S SIGNATURE | BADGE/ELEM | 30. INVESTIGATOR'S SIGNATURE | BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE | BADGE/ELEM |
|---|---|---|---|---|---|
| | | | | | |

| 32. INVESTIGATIVE REVIEW OFFICER | 33. SUPERVISOR | BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |
|---|---|---|---|---|
| | | | | |

• • • Value of vehicles will be entered by the Information Processing Section.
Data Processing Division

Page ____ of ____ Pages

**15TH STREET EXECUTIVE SUITES, INC.**
733 FIFTEENTH STREET, N.W.
SUITE 700
WASHINGTON, D.C. 20005
Tel: (202)393-0500
Fax: (202)347-5539

December 6, 2002

Dear Dr. Curtis,

This is an agreement that I and OHSM are releasing possession of your offices 772, 780, 768 located at the address above to the 15th Street Executive Suites, Inc. effective immediately. Should you make payment in full by Monday, December 9th, 2002, by cash or certified funds, Suites agrees to reinstate the lease.

Dr. Derek Curtis
Office of Health Care Manage

EXHIBIT
2

| METROPOLITAN POLICE DEPARTMENT<br>Washington, D. C.<br><br>ARREST/PROSECUTION REPORT<br>P.D. 163 Rev 2/2001                    G.O. 401.5 | 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC No. (ID ONLY) | | 2. ID NUMBER (ID ONLY)<br>▶ |
|---|---|---|---|
| **5. UNIT-ARREST NO.**<br>09020 | **3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY)**<br>▶ | | **4. CID NUMBER** |
| **8.** Arresting Officer's Name<br>V Tucci<br><br>Rank    Badge #    Agency<br>Det    DII-222 MPD | **6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest)**<br>Curtis, Derek Dione | | **7. DEA LAB NUMBER** |
| **9.** TYPE OF RELEASE<br>☐ CITATION ☐ BOND<br>☐ COLLATERAL<br>**12.** COURT DATE | **10.** NICKNAME / ALIAS<br>▶ Dr, Derek D. Curtis, Steve Warren, Steven Warman | | **11.** PHONE NUMBER<br>(301) 550-7460 |
| | **13.** ADDRESS (Include Room / Apt. No. City & State if Outside D.C.)<br>▶ 3376 Curtis Dr. Suitland, Maryland | | **14.** TIME IN D.C.<br>Life |
| **15.** ☐ CHILD  ☐ GANG  ☐ HATE<br>ABUSE  SPECIAL INTELLIGENCE<br>☐SENIOR ☐DOMESTIC<br>CITIZEN  VIOLENCE | **16.** SEX<br>▶ Male | **17.** RACE<br>▶ Black | **18.** BIRTHDATE<br>▶ 6/2/57 | **19.** SOCIAL SECURITY NUMBER<br>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 |

| **20.** NEED INTERPRETER<br>☐ YES ☒ NO | **21.** HEIGHT<br>506 | **22.** WEIGHT<br>150 | **23.** HAIR<br>blk | **24.** EYES<br>brn | **25.** COMPLEX<br>Med | **26.** PERMIT NO/ST<br>C-632-139-143-415 MD | **27.** BIRTHPLACE (City & State)<br>Massachusettes |
|---|---|---|---|---|---|---|---|

| **28.** CO-DEFENDANTS: Number ____ (If more than 3, list on back)<br>NAME, ADDRESS, ZIP CODE AND PHONE NUMBER | **29.** IMPERSONATOR?<br>☐ M  ☐ F  ☒ NO | **30.** ETHNICITY<br>American | **31.** CAUTION |
|---|---|---|---|
| 1. ▶        , | **32.** SCARS/MARKS/TATTOOS | | |
| 2. ▶        , | **33.** HAT | **34.** JACKET | **35.** PANTS |
| 3. ▶        , | **36.** COAT | **37.** SHIRT | **38.** SKIRT/DRESS |

| | **39. WALES/NCIC CHECK** | | |
|---|---|---|---|
| CHECK MADE BY (Name)<br>Vtucci | NCIC NUMBER | WARRANT ON FILE (If Yes, enter Warrant Numbers)<br>Yes ☒  No ☐  Unnumbered | |

| **40.** LOCATION OF OFFENSE (Exact Address, include Room / Apt No.)<br>▶ 1815 Pennsylvania Ave NW #220 | DATE OF OFFENSE<br>▶ 5/15/02 | TIME OF OFFENSE<br>▶ 09:00 |
|---|---|---|
| **40.** LOCATION OF ARREST (Exact Address, include Room / Apt No.)<br>▶ 733 15th St NW 7th Floor | DATE OF ARREST<br>▶ | TIME OF ARREST<br>▶ |
| **42.** ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY<br>▶       ,      , | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY<br>▶       ,      , | |

| | | | **43. DEFENDANT ADVISED OF RIGHTS** | | | |
|---|---|---|---|---|---|---|
| DATE | TIME | LOCATION | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A | | BADGE NO. | UNIT |

| | **44. COMPLAINANTS / WITNESSES** (If sworn member – Name, Rank, Badge No. and Unit)    MORE ☐   See Back | | | | |
|---|---|---|---|---|---|
| NAME – LAST, FIRST, M.I.<br>W-1 ▶ Federal Services Inc. | ADDRESS – STREET, CITY, STATE, ZIP CODE<br>1815 Pennsylvania Ave NW #220 | BIRTHDATE<br>Adult | HOME PHONE NO. | WORK PHONE NO.<br>(202) 347-3100 |
| W-2 ▶ Office Depot | 8870 Greenwood Pl. Savage, MD | Adult | | (800) 890-4914 |

| **45.** SPEC. OPS<br>None | **46.** TACTICS | **47.** PREMISES | **48.** SCHOOL ZONE ☐<br>PUBLIC HOUSING ☐ |
|---|---|---|---|

| | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND<br>RECEIPT NO |
|---|---|---|---|---|---|
| ENTER THE LEAD CHARGE FIRST | 1. Fraud in the First Degree | Unnumbered | 189-435 | Lock up | |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |
| | 5. | | | | |

| **50.** PROPERTY RECOVERY / ITEMS OF EVIDENCE | | **51.** INTALS – DATE – UNIT OF PERSON TAKING PRINT | **53.** RIGHT THUMB PRINT |
|---|---|---|---|
| PROPERTY BOOK/PAGE NO. | CSES NO. | | |
| | | **52.** M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | |

| 54. MOB USE ONLY  WEIGHT  WEIGHT  HAIR  EYES  COMPLEX  SCARS/MARKS/TATTOOS |
|---|

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

**EXHIBIT**

**3**

tabbies*

Case 1:06-cv-02 )-GK Document 4 Filed 12/21/2 ) Page 3 of 10

| | | APLOYMENT HISTORY (List present employment if any, on Line 1) | | | |
|---|---|---|---|---|---|
| | FROM –DATE –TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | Present | | | | |
| 2 | | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☐ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in item 31.)

The event occurred on 5/15/02 at approximately 09:00 at 1815 Pennsylvania Ave NW #220 in Washington DC.

On 5/15/02 a subject contacted Witness 1, a Representative for Federal Services Inc, the owner of office space located at 1815 Pennsylvania Avenue, Northwest, Washington, District of Columbia #220, who identified himself as Doctor Derek Curtis, and made arrangements to rent office space for a period of 6 months at $500.00 a month.

According to Witness 1, Derek Curtis identified himself as a medical doctor with George Washington University Hospital and stated that he was working on a special project with the National Institute of Health and the Federal Government would pay the rent. The DEFENDANT, Derek Curtis, told Witness 1 that he was expecting a check from the General Services Administration in the amount of $3,000.00 payable to Federal Service Inc. Payment to Federal Services Inc. has not been made as of this date.

In late September 2002 the DEFENDANT identified himself to Witness 2, an employee of Office Depot, as Steve Warren or Steve Warman and stated that he was an employee of the Health Care Administration, a Federal Government Agency, working with the National Institute of Health and that merchandise purchased from Office Depot would be paid for when his company received the funds from the General Services Administration. The items were delivered to the address at 1815 Pennsylvania Ave NW #220.

In early/Mid October The DEFENDANT approached Witnesses 3 and 4 stating that he was part of a Federal Agency and wanted to rent some office space. The DEFENDANT identified himself to Witnesses 3 and 4, employees of 15th Street Executive Suites Inc. as Dr. Derek Curtis and stated that he was doing research for the National Institute for Health and that the Federal Government would pay the rent. The DEFENDANT made these representations at the time he began to lease the offices.

None of the Complainants have received any payment from the Defendant or the business, Heath Care Administration, for any of the property or rent in this case. Detective George Rada stated that he confirmed that Defendant 1 is not a licensed Doctor.

INVESTIGATION

On 12/11/02 at approximately 08:20 hours the undersigned Detective, via telephone, interviewed Witness 2 the Sales representative from Office Depot. Witness 2 stated that IT met Steve Warren in Washington, DC shortly after the World Bank/ IMF meetings around September 2002 at the 1815 Pennsylvania Ave NW #220.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? [Use PD 118 for defendant's written statement.]]

| 62. RECORD CLERK'S NAME Vtucci | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| ARREST RECORD SUMMARY | | 4. | 6. | |
| 1. | 2. | | | |

| 65. BAIL REFORM ACT CASES: Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no (If yes, include in Defendant's Version/Remarks Section above.) | | | | |
|---|---|---|---|---|
| 66. PRINTED NAME – OFFICER MAKING STATEMENT Tucci, Vincent | BADGE NUMBER OII 222 | RANK Det | 68. SIGNATURE OF REVIEWING OFFICIAL | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT SIB | DATE 12/24/2002 | UNIT | DATE |

**NAME:** Curtis, Derek Dione
**ARREST NUMBER:** 09020
**CCN:** 189-435

Witness 2 stated the DEFENDANT had told IT that his organization, Health Care Administration, was working with the Center for Disease Control in Atlanta and was responsible for starting the office in Washington, DC. Witness 2 said that IT did not observe anyone one else in the office during IT'S visits and that the Defendant always had explanation as to why there were no employees in the office.

On 12/11/02 at approximately 15:50 hours Detective Vincent Tucci and Special Agent James Hitchcock of the United States Secret Service responded to 733 15th St NW, 7th Floor and interviewed WITNESS 3, a Representative of 15th Street Executive Suite Services, in reference to the DEFENDANT, Derek Curtis. This Witness was shown a photo array of 6 Pictures.

On 12/11/02 WITNESS 3 stated during an interview that there were numerous computers, office supplies and furniture located in one of the Suites occupied by the Defendant, Derek Curtis. When WITNESS 3 opened the door to Detective Tucci told the Suite IT that we could not go in or search the location. Detective Tucci observed before the door was closed computer boxes, what appeared to be a new desk and various office supplies.

WITNESS 3 identified the DEFENDANT by providing a copy of his Virginia driver's license. WITNESS 3 also showed Detective Tucci a copy of the DEFENDANT'S Maryland identification with his picture. After looking at the photo array and tentatively picking photo number 5, the DEFENDANT, WITNESS 3 compared the photograph depicted in the DEFENDANT'S driver's license and identification card to the array to solidified IT'S choice of photo number 5.

On the same date, 12/11/02, at 16:12 hours Detective Vincent Tucci and Special Agent James Hitchcock interviewed WITNESS 4, and showed IT the same 6 picture spread as Witness 3 and IT identified picture #5 stating, "That's him". When asked who the him was IT stated Dr. Derek Curtis. This array was conducted separate and apart from Witness 1.

On 12/12/02 at approximately 1300 hours at the offices of the Financial Crimes and Fraud Unit Detective Tucci showed Witness 2 a photo array containing a picture of the DEFENDANT, Derek D. Curtis. Witness 2 identified the DEFENDANT known to IT as Steven Warren. The DEFENDANT'S true identity is Derek Dione Curtis, date of birth 6/2/57, Police Identification Number 545-812

During the course of this investigation the DEFENDANT identified himself to three different Witnesses as both, Doctor Derek D. Curtis and Steve Warren the

**NAME:** Curtis, Derek Dione
**ARREST NUMBER:** 09020
**CCN:** 189-435

head of the Health Care Administration and CEI Healthcare Administration. It is become apparent through this investigation that the DEFENDANT has deliberately missrepresented himself as a Doctor employed by or working with the National Institutes of Health to Federal Services Inc., 15th Street Executive Suites Inc, Office Depot and Solutions 4 Sure.

To date the, the aggregate of the losses suffered by the Complainants is approximately $50,000.00.

A check of the DEFENDANT'S arrest record revealed that he has been arrested on 23 occasions for numerous offenses which include but are not limited to the False Impersonation of an US officer, Fraud, Forgery, Theft and Uttering dating back to 1977 and as recently as December of 2002.

A check of databases with the National Institutes of Health and the American Medical Association revealed no association between Derek Curtis or the companies he is apart of are associated with the National Institutes of Health and he is not listed with the American Medical Association as doctor.

On 12/24/02 and arrest warrant for the DEFENDANT was issued for by DC Superior Court Judge charging him with First Degree Fraud.

On          the DEFENDANT was stopped and arrested on the outstanding arrest warrant.

| Vincent Tucci | **Detective** | Date | **Official** | Date |



MORALES.
MILAGROS
L

# Arrest: Details



| Arrest Number | Arrest Date | Arrest Time |
|---|---|---|
| 090300623 | 05/22/2003 00:00 | 1400 |

| First Name | Middle Name | Last Name | Suffix | Nickname |
|---|---|---|---|---|
| DEREK | DIONE | CURTIS | | |

| Home Address | Apt Number | City | State |
|---|---|---|---|
| 3376 CURTIS RD | | SUITLAND | MD |

| Sex | Race | Ethnicity | Date of Birth |
|---|---|---|---|
| Male | Black | A | 19570602 |

| Height | Weight | Eyes | Hair | Complexion | Place of Birth |
|---|---|---|---|---|---|
| 506 | 150 | BRO | BLK | MED | MA |

| PDID | SSN | Driver's License Number | DL State | FBI Number | Misc ID Number |
|---|---|---|---|---|---|
| 545812 | 220717010 | | | | |

| Marital Status | Employment Status | Felony | Felony Count | Years of Education | Salary |
|---|---|---|---|---|---|
| | N | | | | 030522 |

| AO Badge Number | AO Last Name | AO SSN |
|---|---|---|
| D222 | V TUCCI | |

| Arrest Address | Arrest Apt Number | Arrest Location Code | PSA |
|---|---|---|---|
| 733 15TH ST NW | 7FL | 1015007335 | 101 |

| Booking Date | Booking Time | Docket Number | NCIC Number |
|---|---|---|---|
| | | | |

SEARCH
J

BUIL

05/22/2003 00:00  1621      F02987 03  0305221807

## Charge #1

| Arrest/Charge Number | Category | Offense Code | | Charge Disposition |
|---|---|---|---|---|
| 090300623/1 | 11 | FRAUD (FIRST DEGREE) | | L |

| CCN | Warrant Number | Receipt Number | NOI Number |
|---|---|---|---|
| 189435 | USW1945502 | | |

| Offense Date | Offense Time | Offense Address | Offense Apt | Location Code |
|---|---|---|---|---|
| 05/15/2003 00:00 | 0900 | 1815 PA AVE NW | | 1698118155 |

| Victim Last Name | Victim First Name | Victim Middle Name | Victim Address | Victim Apt Number | Victim City | Victim State |
|---|---|---|---|---|---|---|
| INC | FEDERAL | SERVICES | 1815 PA AVE NW | 220 | WASH | DC |

Victim Age   Victim Race   Victim Sex

| Court Date | Court Type | Bond Amount | Posting Location |
|---|---|---|---|
| 05/23/2003 00:00 | | | |

Charge Unlisted

FRAUD (FIRST DEGREE)

Report Incorrect Data

# 296927 - CURTIS, DEREK

Institution:     12 - CENTRAL DETENTION
              FACILITY (CDF)
Current Location: RELEASED
Record Status:   INACTIVE
Booking Number: 2003-06089
PDID Number:    545812
Social Security #: 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
US Marshal #:    N/A
# Total Bookings: 1 Booking History
Commitment     05/23/2003
Date:
Release Date:    05/30/2003
Release Type:    X COURT ORDERED RELEASE
In Custody Of:    SELF
Parole Elig. Date: N/A
Short Term Date: N/A
Full Term Date:   N/A



---

## Personal Data

Sex:        MALE           Race:      BLACK
Birth Date: 06/02/1957     Ethnicity:  AFRICAN AMERICAN
Birth       DC           Education: N/A
Place:

                       Occupation: N/A

Hair:       BLACK
Eyes:      BROWN      Address:   3376 CURTIS DR
Weight:    215                SUITLAND, DR
Height:    5' 7"

Aliases:   (No Alias SSN's)   (No Alias Names)

---

## Charges

**Charge: SUP-U098 - FRAUD 1ST DEGREE**

Case#:    Case F029870L    -GK    Document 4    Filed 1/10/2    Page 10 of 10

| | | | |
|---|---|---|---|
| **Court:** | SUPERIOR COURT | **Min Sentence:** | |
| | | **Max Sentence:** | |
| **Offense Date:** | 05/23/2003 | **Date Sentenced:** | N/A |
| **Date Charged:** | 05/23/2003 | **VVCC:** | $ N/A |
| **Count:** | N/A | **Bond Amount:** | $ N/A |
| **Disposition:** | G - COURT ORDERED DISMISSAL/RELEASE | **Bond Type:** | N/A |

---

# Detainers

(No Detainer History)

---

# Transfer History

| | Date/Time | Institution |
|---|---|---|
| **From:** | 5/23/2003 5:32:58 PM | INITIAL |
| **To:** | 5/23/2003 5:32:58 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| **From:** | 5/30/2003 11:04:34 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| **To:** | 5/30/2003 11:04:34 PM | RELEASE |

---

# Booking History

| Booking# | Commitment Date | Release Date | |
|---|---|---|---|
| 2003-06089 | 05/23/2003 | 05/30/2003 | <<<---Displayed Above |

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEREK CURTIS                                    *

    Plaintiff                         *

v.                                              *

CHARLES RAMSEY, CHIEF OF POLICE    *    Civil Action No.: 1:06-cv-02029
METROPOLITAN POLICE DEPARTMENT
*et al.*                                        *

    Defendants                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STATEMENT OF UNDISPUTED MATERIAL FACTS

1.    Plaintiff was arrested on the charge of First Degree Theft on December 6, 2002 based on events occurring in December, 2001.

2.    Plaintiff relinquished possession of the leased space at Fifteenth Street Executive Suites on December 6, 2001.

3.    Plaintiff was arrested on the charge of First Degree Fraud on May 22, 2003 based on events occurring in May, 2002.

        Respectfully submitted,

        _____/s/_____
        Robert H. Bouse, Esquire (MD01926)
        Michael J. Carlson, Esquire (MD25258)
        ANDERSON, COE & KING, LLP
        201 N. Charles Street, Suite 2000
        Baltimore, MD  21202
        T  (410) 752-1630; F  (410) 752-0085
        ***Attorneys for Defendants Fifteenth Street Executive Suites and Roger Gerstenfeld***

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEREK CURTIS                                              *

     Plaintiff                                         *

v.                                                       *

CHARLES RAMSEY, CHIEF OF POLICE          *          Civil Action No.: 1:06-cv-02029
METROPOLITAN POLICE DEPARTMENT
*et al.*                                                  *

     Defendants                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING ROGER GERSTENFELD'S AND FIFTEENTH STREET EXECUTIVE SUITES' MOTION FOR SUMMARY JUDGMENT

The Court, having considered Roger Gerstenfeld's and Fifteenth Street Executive Suites' Motion for Summary Judgment, and any opposition thereto, hereby FINDS that

1)  all facts alleged in Plaintiff's Complaint occurred on or before May 23, 2003; and

2)  Plaintiff filed his Complaint in Superior Court on September 5, 2006, which is outside the applicable limitation periods established under Section 12-301 of the District of Columbia Code, which applies to all possible common law claims and to Plaintiff's claims under 42 U.S.C. §§ 1983 and 1985, and outside the limitations period established by 42 U.S.C. § 1986;

3)  Roger Gerstenfeld and Fifteenth Executive Suites are not persons acting "under the color of any statute, ordinance, regulation, custom, or usage" of any governmental entity, as required to sustain an action under 42 U.S.C. § 1983;

4)  42 U.S.C. § 1984 is no longer law; and

5)  Plaintiff was arrested for actions taken prior to his signing a lease with Fifteenth Street Executive Suites and based on allegations made by other persons;

WHEREFORE, the Court GRANTS Roger Gerstenfeld's and Fifteenth Street Executive Suites' Motion for Summary Judgment and ORDERS that judgment is hereby entered on behalf of Roger Gerstenfeld and Fifteenth Street Executive Suites on all of Plaintiff's claims.

_____
United States District Court Judge
The Honorable Gladys Kessler