IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEREK CURTIS,**
          **Plaintiff,**
vs.                                       Civil Action No. <u>1:06cv02029-GK</u>

**CHARLES RAMSEY, et al**
          **Defendants.**

### REQUEST TO REVIEW THE FULL FILE AND/OR FOR PERMISSION TO RESUBMIT PLEADINGS MISSING FROM THE FILE.

COMES NOW, Derek Curtis, Plaintiff, and respectfully asks this honorable court to grant this Request to Review the Full File and/or for Permission to Resubmit Pleadings missing from the File. Plaintiff states the following in support of this request

1. On November 28, 2006, this civil action was transferred from the Superior Court of the District of Columbia to this honorable court..

2. On November 27, 2006 and December 4, 2006, Plaintiff filed a Response to Defendants Motion to Dismiss and Motion to Amend Complaint, particularly names and/or addresses.

3. On December 22, 2006, Plaintiff appeared before the Superior Court for the initial hearing as ordered by the court. Plaintiff was informed on the same day that this civil action was transferred to this honorable court..

4. On January 4, 2007, after searching and dealing with the wrong court, Plaintiff located this civil action and was given the requested information telephonically.

5. On January 11, 2007, Plaintiff went to the Clerks Office to review the file and discovered that the records do NOT reflect Plaintiff's Pleadings noted above in paragraph two (2).

6. Plaintiff was lead to believe that the record was complete.. Moreover, the present record gives the impression that this matter is ripe for a ruling this honorable court.

RECEIVED
JAN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. Plaintiff avers that he did submit pleadings that are not noted in the record. It is abundantly clear that some pleadings have been misplaced and/or lost.

8. Plaintiff avers that the missing pleadings makes the record incomplete and would only serve to hinder plaintiff from being heard in this matter.

WHEREFORE, for the reasons stated above, Derek Curtis, Plaintiff, respectfully asks this honorable court to grant this Request to Review the Full File and/or for Permission to Resubmit Pleadings Missing from the File and/or further action as this court deems proper and just.

Respectfully Submitted,

Derek Curtis
310 Elmleaf Avenue
Capital Heights, MD. 20743
(301) 686-0017

## CERTIFICATE OF SERVICE

I certify that on this \_\_\_\_11th\_\_\_\_ day of January, 2007, I forwarded a true and correct copy of this Request to Review the Full File &/or for Permission to Resubmit Pleadings Missing from the file to the following persons:

Charles Ramsey, Chief of Police
Metropolitan Police Department
300 Indianna Avenue, N.W.
Washington, D.C.

Vincent Tucci
300 Indiana Avenue, N.W.
Washington, D.C. 20005

Roger GErtenfeld
805 15th Street, N.W., Suite 100
Washington, D.C. 2005

Fifteenth Street Executive Suite
805 15th Street, N.W., Suite 100
Washington, D.C.

Renee Fenner
415 4th Street, .S.W.
Washington, D.C.

Geroge Rada, Bade #D2-249
415 #rd Street, N.E.
Washington, D.C. A

Samuel John Gerstenfeld
805 15th Street, NW., Suite 200
Washington, D.C. 20005

Ron Riddick
OFFICE DEPOT
900 Shoppers Way
Largo, MD. 20774
           Defendants.



_____
Derek Curtis, Plaintiff