UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK CURTIS, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>CHARLES RAMSEY, *et. al.*, )<br>   )<br>   Defendants. )<br>_____) | CIVIL ACTION NO.: 06-2029 (GKK) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2007, a copy of the foregoing DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, the Memorandum of Points and Authorities in Support of the Motion, the Statement of Undisputed Facts, and two proposed Orders were mailed first-class, postage prepaid to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD 20743

Respectfully submitted,

LINDA SINGER
Acting Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

/s/
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail: toni.jackson@dc.gov