## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEREK CURTIS                                              *

     Plaintiff                                         *

v.                                                       *

CHARLES RAMSEY, CHIEF OF POLICE          *          Civil Action No.: 1:06-cv-02029
METROPOLITAN POLICE DEPARTMENT
et al.                                                   *

     Defendants                                     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2007, a copy of Roger

Gerstenfeld's and Fifteenth Street Executive Suites' Motion for Summary Judgment, filed on

January 16, 2007 through this court's ECF system (a copy of the Notice of Electronic Filing is

attached as Exhibit 1), was sent via first-class mail, postage prepaid, to:

     Mr. Derek Curtis
     310 Elmleaf Avenue
     Capital Heights, Maryland  20743
     *Plaintiff pro se*

     Toni Michelle Jackson, Esquire
     Office of Attorney General for the District of Columbia
     441 Fourth Street, NW
     Suite 6S052
     Washington, DC  20011
     *Counsel for Defendants Charles Ramsey, Chief of Police Metropolitan Police*
         *Department, Vincent Tucci, and George Rada*

Anthony Dwyer, Esquire
#480, 6011 University Boulevard
Ellicott City, Maryland  21043
**_Counsel for Defendant Samuel J. Gerstenfeld_**

Kevin Kernan, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20036-5405
**_Counsel for Defendant Office Depot_**

Ofc. Renee Fenner
415  4TH Street, NW
Washington, D.C. 20024
**_Defendant_**

I ALSO CERTIFY on this 18th day of January, 2007, copies of the Answer to the

Complaint and Notice of Removal, filed on behalf of Defendants Roger Gerstenfeld and

Fifteenth Street Executive Suites, were sent via first-class mail, postage prepaid, to Plaintiff on

November 27, 2006.

_____
Robert H. Bouse, Esquire (MD01926)
Michael J. Carlson, Esquire (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21202
T  (410) 752-1630; F  (410) 752-0085
**_Attorneys for Defendants Fifteenth Street Executive_**
**_Suites and Roger Gerstenfeld_**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2007, a copy of the foregoing

Notice of Service was filed with this court through the ECF system and sent via first-class mail,

postage prepaid, to this court and to:

Mr. Derek Curtis
310 Elmleaf Avenue
Capital Heights, Maryland  20743
***Plaintiff pro se***

Toni Michelle Jackson, Esquire
Office of Attorney General for the District of Columbia
441 Fourth Street, NW
Suite 6S052
Washington, DC  20011
***Counsel for Defendants Charles Ramsey, Chief of Police Metropolitan Police
      Department, Vincent Tucci, and George Rada***

Anthony Dwyer, Esquire
#480, 6011 University Boulevard
Ellicott City, Maryland  21043
***Counsel for Defendant Samuel J. Gerstenfeld***

Kevin Kernan, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20036-5405
***Counsel for Defendant Office Depot***

Ofc. Renee Fenner
415  4TH Street, NW
Washington, D.C. 20024
***Defendant***

_____
Michael J. Carlson, Esquire

- 3 -

From:       DCD_ECFNotice@dcd.uscourts.gov
Sent:       Tuesday, January 16, 2007 3:53 PM
To:         DCD_ECFNotice@dcd.uscourts.gov
Subject:    Activity in Case 1:06-cv-02029-GK CURTIS v. RAMSEY et al "Motion for Summary Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Carlson, Michael J. entered on 1/16/2007 at 3:52 PM EDT and filed on 1/16/2007
**Case Name:**       CURTIS v. RAMSEY et al
**Case Number:**     1:06-cv-2029
**Filer:**           ROGER GERSTENFELD
                     FIFTEENTH STREET EXECUTIVE SUITES
**Document Number:** 6

**Docket Text:**
MOTION for Summary Judgment by ROGER GERSTENFELD, FIFTEENTH STREET EXECUTIVE SUITES. (Attachments: # (1) Memorandum in Support# (2) Exhibit 1# (3) Exhibit 2# (4) 3# (5) Statement of Facts Undisputed Material# (6) Text of Proposed Order)(Carlson, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned Documents\MSJ Documents\MSJ .pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-0]
[56e2be1286a0f90e6df82651a19398caa173a29b787393918f26c79d9e7981842091
45c791dc91d493cb451b3dee0799ba1b688afd0fced454de96fc98d3e837]]
**Document description:** Memorandum in Support
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned Documents\MSJ Documents\MSJ - Memo of law .pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-1]
[2dbd3a89284f86dd4a387a9c481eebe26eec2509922bb2f57b53d2294afd9228b09e
1a306387a52e9124a8d4daa386a52dad63d758a5262bdc8fe81fbe5b1408]]
**Document description:**Exhibit 1
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned Documents\MSJ Documents\Exhibit 1 to MSJ .pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-2]

1/18/2007



[561554f314b33c183b832476c6a7ee538056e6f4672ac574a8fbd47529f296395d27
533809c4a1c9d466a8422142ff7b43493222e60fdce2fb3f59e9bb139cd6]]
**Document description:**Exhibit 2
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned
Documents\MSJ Documents\Exhibit 2 to MSJ .pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-3]
[7471614433ffae1b7b94114ef94e2d815ac31623c96840322cf4bc26318d61af5cd2
658e0ca74fb27907b3819f732d24691e6f6a2c78072fbfff27a6b706245f]]
**Document description:** 3
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned
Documents\MSJ Documents\Exhibit 3 to MSJ .pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-4]
[6f96fbafe5d619dcfbeb91b7012e5c9f9677b4fd365b6247d97d7bc247149ce08319
3a18230ded97fba695a4665b3483d8d813ce339672623cecf5539d773907]]
**Document description:**Statement of Facts Undisputed Material
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned
Documents\MSJ Documents\MSJ - Stmt of Undisputed Material Facts.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-5]
[881748a19e27e906a1c0ff82d240c601441d802e4676000d96e992f6f8e31154aa24
09e27e7cc3f31a5c996cbd03fd9459e11b352fde53d9347740dd1296f5f2]]
**Document description:**Text of Proposed Order
**Original filename:**F:\WP_FILES\clients\INSURANCE\Hartford Other\Curtis v. Gerstenfeld\Scanned
Documents\MSJ Documents\MSJ - proposed Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/16/2007] [FileNumber=1320350-6]
[17e11a6fe309697c7f00317f561102377b75d97ae64f795ceda55a3faff7c9041a51
4f6764847c777fc17d854d94a431acd128d254c6d711a8e26cd4133d8a8f]]

**1:06-cv-2029 Notice will be electronically mailed to:**

Robert H. Bouse , Jr    bouse@acklaw.com, daniel@acklaw.com

Michael J. Carlson    carlson@acklaw.com, fields@acklaw.com

Toni Michelle Jackson    toni.jackson@dc.gov

**1:06-cv-2029 Notice will be delivered by other means to:**