**ANDERSON | COE | KING**
ATTORNEYS AT LAW

MICHAEL J. CARLSON
DIRECT DIAL 443-573-9313
DIRECT FAX 410-752-0085
CARLSON@ACKLAW.COM

January 18, 2007

Civil Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      RE:  *Derek Curtis v. Charles Ramsey, et al.*
            Civil Action No.: 1:06-cv-02029

Dear M. Clerk:

    Enclosed for filing in the above-captioned matter on behalf of Defendants Roger Gerstenfeld and Fifteenth Street Executive Suites is a Notice of Service. Please date-stamp the enclosed photocopy of this Notice and return it to me; a self-addressed, first-class postage-prepaid envelope has been enclosed. I have also filed this Notice electronically through the ECF system as it relates, in part, to the Motion for Summary Judgment filed by clients on January 16, 2007, prior to this action being exempted from ECF filing.

    With regard to service of pleadings to parties in this action, please note that Defendant Michael Gerstenfeld is not an actual person to the best knowledge and belief of my clients. Defendant Michael Gerstenfeld is neither a family relation to Defendant Roger Gerstenfeld, nor affiliated with Defendant Fifteenth Street Executive Suites. In addition, he is not an individual residing or working at 805 15TH Street, N.W., Washington, D.C. 20005. As such, service of pleadings cannot be effected on Defendant Michael Gerstenfeld.

    Thank you for your attention to this matter.

                        Very truly yours,

                        Michael J. Carlson

:eaf
cc:
Mr. Derek Curtis
Toni Michelle Jackson, Esquire
Anthony Dwyer, Esquire
Kevin Kernan, Esquire
Ofc. Renee Fenner