## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No.:  06-2029 (GKK)** |
| **CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ANSWER TO COMPLAINT</u>

NOW COMES the Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C., by their attorneys, Anthony D. Dwyer and the Law Offices of Austin W. Brizendine, Jr., and in answer to the Complaint filed by the Plaintiff states as follows:

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      The Defendants generally deny all allegations in the Complaint.

3.      Defendants plead that the claim is barred by the affirmative defenses of the statute of limitations, assumption of the risk, and the doctrine of contributory negligence.

4.      As to the numbered allegations in the Complaint, Defendants state as follows:

Defendants deny the allegations of paragraphs 1 through 26 of the Complaint.

All allegations not specifically admitted are hereby denied.

WHEREFORE, Defendants Samuel J. Gerstenfeld and SJG Properties, L.L.C. request that the Complaint be dismissed.

Respectfully submitted,


_____/S/_____
Anthony D. Dwyer, Bar #07397
Law Offices of Austin W. Brizendine, Jr.
6011 University Boulevard
Suite 480
Ellicott City, MD  21043
(410) 720-4672
*Attorney for Defendants, Samuel J.*
*Gerstenfeld and SJG Properties, L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2007, a copy of the foregoing

**Answer to Complaint** was mailed, postage prepaid, to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743
*Pro Se Plaintiff*

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001
*Attorney for Defendants, Chief Charles Ramsey,*
*Detective Vincent Tucci and Detective George Rada*

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Defendants Fifteenth Street*
*Executive Suites and Roger Gerstenfeld*

Office Depot
2200 Old Georgetown Road
Delray Beach, FL  33455
*Defendant*

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024
*Defendant*


_____/S/_____
Anthony D. Dwyer, Bar #07397