**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No.:  1:06-cv-02029** |
| **CHARLES RAMSEY, CHIEF OF** | * | |
| **POLICE, METROPOLITAN POLICE** | | |
| **DEPARTMENT, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C., by their attorneys, Anthony D. Dwyer and the Law Offices of Austin W. Brizendine, Jr., pursuant to Federal Rule of Civil Procedure, Rule 56, hereby move this Honorable Court to dismiss the Plaintiff's Complaint.  This Court should grant the Defendants' Motion because:

1.    These Defendants had no absolutely no dealings with Plaintiff.  It merely leased space to Plaintiff's landlord.

2.    These Defendants have not properly been joined and named in the suit.

3.    The claim is barred by the statute of limitations.

4.    A Memorandum of Points and Authorities and proposed Order is attached hereto.

5.    Because this is a dispositive Motion, the Defendants do not require to seek the Plaintiff's consent pursuant to Local Civil Rule 7.1(m).

Respectfully submitted,

_____/S/_____
Anthony D. Dwyer, Bar #07397
Law Offices of Austin W. Brizendine, Jr.
6011 University Boulevard
Suite 480
Ellicott City, MD  21043
(410) 720-4672
*Attorney for Defendants, Samuel J.*
*Gerstenfeld and SJG Properties, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2007, a copy of the foregoing

**Defendants' Motion for Summary Judgment, Memorandum of Points and Authorities in**

**Support thereof, and proposed Order** was mailed, postage prepaid, to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743
*Pro Se Plaintiff*

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001
*Attorney for Defendants, Chief Charles Ramsey,*
*Detective Vincent Tucci and Detective George Rada*

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Defendants Fifteenth Street*
*Executive Suites and Roger Gerstenfeld*

Office Depot
2200 Old Georgetown Road
Delray Beach, FL  33455
*Defendant*

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024
*Defendant*

_____/S/_____
Anthony D. Dwyer, Bar #07397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEREK CURTIS**                         *

      **Plaintiff**                    *

**v.**                                   *       **Civil Action No.:  1:06-cv-02029**

**CHARLES RAMSEY, CHIEF OF**             *
**POLICE, METROPOLITAN POLICE**
**DEPARTMENT, et al.**                   *

      **Defendants**                   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## MEMORANDUM OF POINTS AND AUTHORITIES IN
## SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C., by their attorneys, Anthony D. Dwyer and the Law Offices of Austin W. Brizendine, Jr., pursuant to Federal Rule of Civil Procedure, Rule 56, hereby move this Honorable Court for summary judgment. These Defendants had no dealings with the Plaintiff and there is no basis for a claim against them. Additionally, the claim is barred by the statute of limitations and these Defendants have not even been properly joined in the Complaint.

## I.    BACKGROUND

    A.    <u>Plaintiff's Allegations</u>

    Plaintiff's allegations are not clear, but it is alleged in paragraph 14 that Defendant Fenner turned over items belonging to Plaintiff to Samuel Gerstenfeld. Paragraph 20 alleges that Defendant Samuel Gerstenfeld never applied for a Court Order to evict Plaintiff from the leased space.

B.     Statement of Facts

Plaintiff filed this lawsuit on September 5, 2006 in D.C. Superior Court.  Defendants

Roger Gerstenfeld and Fifteenth Street Executive Suites removed the Plaintiff's Complaint to

this Court on November 27, 2006.

As far as Defendants can deduce, the allegations contained in Plaintiff's Complaint stem

from two separate incidents:  1) Plaintiff's arrest for Theft in the First Degree on December 6,

2002 (Exhibit A); and 2) Plaintiff's arrest for First Degree Fraud on May 22, 2003 (Exhibit B).

    1.     *First Degree Theft*

Detective Rada was the lead officer for this charge, and the charge was that the

Plaintiff entered into an agreement with Mr. Clarence Sash whereby Mr. Slash would procure

Mr. Curtis' tags and title for his Chevy Tahoe and Plaintiff would pay Mr. Slash $2,800.00 for

the service.  (Exhibit A, pp. 3-4).  Mr. Slash complained to police that he never received payment

for his services.  (*Id.*).  Based on that complaint, a warrant was issued for Plaintiff's arrest on

May 22, 2002, and Plaintiff was arrested on the outstanding warrant on December 6, 2002.  (*Id.*

at pp. 1-5).

    2.     *First Degree Fraud*

Detective Tucci was the lead officer for this charge.  He received calls from

several complainants regarding Plaintiff's promises to pay for leased premises, office equipment

and supplies.  (Exhibit B, pp. 2-4).  All of the witnesses complained that they had not received

the promised payments from Plaintiff, totaling approximately $50,000.00.  (*Id.* at p. 2).

Based on the complaints, Detective Tucci requested that an arrest warrant be

issued for Plaintiff on December 24, 2002, charging him with First Degree Fraud.  (*Id.*)  Plaintiff

was arrested on the outstanding warrant on May 22, 2003.  (*Id.* at pp. 5-9).

## II.    STANDARD OF REVIEW

A Motion to Dismiss, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), should be granted when it appears that, under any reasonable reading of the complaint, the plaintiff will be unable to prove any set of facts that would justify relief. Connelly v. Gibson, 355 U.S. 41, 45 (1957). The movant, therefore, is entitled to judgment if there are no allegations in the complaint that, even if proven, would provide a basis for recovery. Haynesworth v. Miller, 820 F.2d 1245, 1254 (1987).

## III.    ARGUMENT

### A.    These Defendants had no dealings with Plaintiff.

As demonstrated in the attached Affidavit of Samuel J. Gerstenfeld, Mr. Gerstenfeld had no dealings with Plaintiff (Exhibit C). Mr. Gerstenfeld merely managed the building and leased the space to the Plaintiff's landlord. He did not have any direct dealings with the Plaintiff. For that reason, Plaintiff has no viable claim against Samuel J. Gerstenfeld or his company, SJG Properties, L.L.C. He merely managed the building.

### B.    Plaintiff's Claims are Time Barred.

The Plaintiff's claims must be dismissed because they are barred by D.C. Code, Section 12-301. Plaintiff's legal theories are not clear, but it appears he is alleging false arrest, false imprisonment, abuse of process, negligence, racial discrimination, deprivation of civil rights, and conspiracy. All of these claims are time barred under Section 12-301 and must be dismissed. Defendants adopt the argument raised by the Defendant Chief Charles Ramsey in regard to the statute of limitations. In this case, Plaintiff was aware of his alleged injuries on December 6, 2002 and May 22, 2003, respectively, the dates that he is arrested. Thus, the statute of

limitations period for all of his common law claims began to run on that date.  Similarly, as

argued by Chief Ramsey, his Federal claims are also time barred.

      C.     <u>Defendants Samuel J. Gerstenfeld and SJG Properties, L.L.C. have<br>not been properly joined.</u>

The undersigned Defendants filed an Answer in the Superior Court of the District of

Columbia and the Answer was returned on the grounds that these Defendants were not parties to

the case.  One of the Complaints has handwritten on it "Samuel J. Gerstenfeld, c/o SJG

Property."  Upon information and belief, the copy of the Complaint in the Court file does not

have this handwritten note.  Accordingly, technically, Samuel J. Gerstenfeld and SJG Properties,

L.L.C. are not parties to the case.  However, a call to the Clerk of the United States District Court

for the District of Columbia indicates that Samuel J. Gerstenfeld is identified on the docket sheet.

Accordingly, out of an abundance of caution, this Motion to Dismiss is hereby being filed.

## IV.    CONCLUSION

For all of the foregoing reasons, Defendants Samuel J. Gerstenfeld and SJG Properties,

L.L.C. respectfully request that this Court enter summary judgment as to all claims in Plaintiff's

Complaint.

                    Respectfully submitted,

                    _____/S/_____<br>
                    Anthony D. Dwyer, Bar #07397<br>
                    Law Offices of Austin W. Brizendine, Jr.<br>
                    6011 University Boulevard<br>
                    Suite 480<br>
                    Ellicott City, MD  21043<br>
                    (410) 720-4672<br>
                    *Attorney for Defendants, Samuel J.*<br>
                    *Gerstenfeld and SJG Properties, L.L.C.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEREK CURTIS**                                    *

      **Plaintiff**                              *

**v.**                                                       *          **Civil Action No.:  1:06-cv-02029**

**CHARLES RAMSEY, CHIEF OF**            *
**POLICE, METROPOLITAN POLICE**
**DEPARTMENT, et al.**                            *

      **Defendants**                          *

   * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

     Upon consideration of Defendants' Motion for Summary Judgment, and any opposition

thereto, and being otherwise duly advised on the premises, it is this _____ day of

_____, 2007, by the United States District Court for the District of

Columbia, hereby

     ORDERED, that the Motion for Summary Judgment is hereby GRANTED; and it is

further

     ORDERED, that summary judgment is hereby entered in favor of Defendants Samuel J.

Gerstenfeld and SJG Properties, L.L.C.

 

                                      _____

                                      GLADYS K. KESSLER
                                      United States District Judge

Copies to be mailed to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202

Office Depot
2200 Old Georgetown Road
Delray Beach, FL  33455

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024

Anthony D. Dwyer, Esquire
Law Offices of Austin W. Brizendine, Jr.
6011 University Boulevard, Suite 480
Ellicott City, MD  21043

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEREK CURTIS**                             *

       **Plaintiff**                    *

**v.**                                       *     **Civil Action No.:  1:06-cv-02029**

**CHARLES RAMSEY, CHIEF OF**                 *
**POLICE, METROPOLITAN POLICE**
**DEPARTMENT, et al.**                       *

       **Defendants**                   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF UNDISPUTED FACTS

1.      Plaintiff was arrested on the charge of First Degree Theft on December 6, 2002

(Exhibit A, pp. 1-5).

2.      Plaintiff was arrested on the charge of First Degree Fraud on May 22, 2003

(Exhibit B, pp. 5-9).

Respectfully submitted,


_____/S/_____
Anthony D. Dwyer, Bar #07397
Law Offices of Austin W. Brizendine, Jr.
6011 University Boulevard
Suite 480
Ellicott City, MD  21043
(410) 720-4672
*Attorney for Defendants, Samuel J.*
*Gerstenfeld and SJG Properties, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of January, 2007, a copy of the foregoing

**Statement of Undisputed Facts** was mailed, postage prepaid, to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743
*Pro Se Plaintiff*

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001
*Attorney for Defendants, Chief Charles Ramsey,*
*Detective Vincent Tucci and Detective George Rada*

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Defendants Fifteenth Street*
*Executive Suites and Roger Gerstenfeld*

Office Depot
2200 Old Georgetown Road
Delray Beach, FL  33455
*Defendant*

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024
*Defendant*

_____/S/_____
Anthony D. Dwyer, Bar #07397

# EXHIBIT A

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

**ARREST/PROSECUTION REPORT**

P.D. 163 Rev. 5/2002                    G.O. 401.5

| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – ___NO. (ID ONLY) | 2. ID NUMBER (IC ONLY) 545812 |
|---|---|

| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | 4. CID NUMBER |
|---|---|

| 5. UNIT-ARREST NO. 1D/ 010202926 | 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) Curtis, Derek Dione | 7. DEA LAB NUMBER |
|---|---|---|

| 8. Arresting Officer's Name Fenner, Sheri N | 9. TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL | 10. NICKNAME / ALIAS ▸ | 11. PHONE NUMBER (301) 702-0575 |
|---|---|---|---|

| Rank ofc | Badge # 0164 | Agency MPD | 12. COURT DATE 12-7-02 | 13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.) ▸ 3376 Curtis Drive Suitland,MD. | 14. TIME IN D.C. 7yrs. |
|---|---|---|---|---|---|

| 15. ☐ CHILD ABUSE | ☐ GANG | ☐ HATE SPECIAL INTELLIGENCE | ☐SENIOR CITIZEN | ☐DOMESTIC VIOLENCE | 16. SEX ▸ Male | 17. RACE ▸ Black | 18. BIRTHDATE ▸ 06-02-57 | 19. SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|---|---|---|---|

| 20. NEED INTERPRETER ☐ YES ☒NO | 21. HEIGHT 506 | 22. WEIGHT 135 | 23. HAIR Blk | 24. EYES Bro | 25. COMPLEX Med | 26. PERMIT NO/ST N/A | 27. BIRTHPLACE (City & State) Cambridge, Mass. |
|---|---|---|---|---|---|---|---|

| 28. CO-DEFENDANTS: Number 0 (If more than 3, list on back) NAME, ADDRESS, ZIP CODE AND PHONE NUMBER | | 29. IMPERSONATOR? ☐ M   ☐ F   ☒ NO | 30. ETHNICITY African American | 31. CAUTION |
|---|---|---|---|---|
| 1. | | 32. SCARS/MARKS/TATTOOS None | | |
| 2. | , | 33. HAT N/A | 34. JACKET Blue | 35. PANTS Gry |
| 3. | , | 36. COAT Tan | 37. SHIRT White | 38. SKIRT/DRESS N/A |

**39. WALES/NCIC CHECK**

| CHECK MADE BY (Name) Harrison, K | NCIC NUMBER 38053 | WARRANT ON FILE (If Yes, enter Warrant Numbers) Yes ☒ No ☐   USW76302 |
|---|---|---|

| 40. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.) ▸ 1310 Southern Avenue SE | DATE OF OFFENSE ▸ 09-14-01 | TIME OF OFFENSE ▸ 1900 |
|---|---|---|

| 40. LOCATION OF ARREST (Exact Address, include Room / Apt No.) ▸ 733 15th Street NW Suite 700 | DATE OF ARREST ▸ 12-06-02 | TIME OF ARREST ▸ 1415 |
|---|---|---|

| ▸SISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY , Young, David Ofc. 4026 1D,     , | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY ▸  ,    ,    , |
|---|---|

**43. DEFENDANT ADVISED OF RIGHTS**

| TIME 1448 | LOCATION 415 4th Street sw | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A Stargel,R | BADGE NO. D2-181 | UNIT 1D |
|---|---|---|---|---|

| 44. COMPLAINANTS / WITNESSES (If sworn member – Name, Rank, Badge No. and Unit)   MORE ☐   See Back | | | | |
|---|---|---|---|---|
| FIRST, M.I. ...sh, Clarence | ADDRESS – STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
| | | | | |

| 46. TACTICS 2 - Radio Run | 47. PREMISES 7 - Office (Private) | 48. SCHOOL ZONE ☐ PUBLIC HOUSING ☐ |
|---|---|---|

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO |
|---|---|---|---|---|
| 1. felony warrant | usw76302 | 046-389 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

*ENTER THE LEAD CHARGE FIRST*

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK/ PAGE NO. | CSES NO. | | |
| | | 52. M. O. WEAPONS. HANGOUTS, HABITS, INSTRUMENTS | |

**CASE CLOSED**

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

| 55. EMPLOYMENT HISTORY (If present employment less than 1 Yr.) | EMP. | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| ...esent Office of Health Ca... | | 305 D Street NW | (202) 393-0333 | Operations |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** *(Begin with immediate family)*

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| Brother | 47 yrs. | Curtis, Calvin | 21 T Street N W | (202) 285-6587 |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☒ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)*

The event occurred on 09-14-01 at approximately 1900 at 1310 Southern Avenue SE in Washington DC.

On 12-06-02 while on routine patrol in 1042 the undersigned officer received a radio run for a recovered stolen auto. Upon arrival on the scene a wales check with the dispatcher revealed that D-1 (Derek Dione Curtis) has an outstanding felony warrant held by DC Superior Court. Warrant number USW76302. D-1 (Derek Dione Curtis) was placed under arrest and transported to the First District Detectives office for debriefing and processing.

**61. DEFENDANT'S VERSION / REMARKS:**   [What did defendant say about the offense or his/her whereabouts at the time of offense? *(Use PD 118 for defendant's written statement.)*]

| 62. RECORD CLERK'S NAME Harrison, K | 3. No Record | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| ARREST RECORD SUMMARY | 4. | 6. | N/A |
| 1.                          2. | | | |

**65. BAIL REFORM ACT CASES:**  Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
*(If yes, include in Defendant's Version/Remarks Section above.)*

| 66. PRINTED NAME – OFFICER MAKING STATEMENT Fenner, Sheri N | BADGE NUMBER 164 | RANK Ofc. | 63. SIGNATURE OF REVIEWING OFFICIAL *(signature)* L-210 |
|---|---|---|---|
| 67. SIGNATURE OF OFFICER MAKING STATEMENT *(signature)* | UNIT 1D | DATE 12/6/2002 | UNIT 1-D   DATE 12/16/02 |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 763-02

| DEFENDANT'S NAME: | | | | | CCR: | | PDID: |
|---|---|---|---|---|---|---|---|
| Curtis, Derek Dione | | | | | 046-389 | | |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| Male | Black | 6/2/57 | 5'6" | 135 | Brown | Black | Medium |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 7813 Gum Springs Valley Dr. Alexandria, Va. 22306 | (202) 257-0735 |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| | |

**COMPLAINANT'S NAME:**

Slash, Clarence Dionne

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 1310 Southern Ave. Se. | 9/14/01 | 1900 |

Police Rport:  Clarence Slash (Slash) reported to the Police that he entered into a business agreement with an individual later identified as the defendant. Upon completion of the agreed upon work the defendant passed a check to Slash as full payment for services. Slash attempted to negotiate the check and was informed that a stop payment was placed on the same. The actions of the defendant caused the complainant to suffer an economic loss.

Investigation: Slash ownes and operates a business known as Masters Choice Title Services (Masters). Slash is the sole employee. Masters secures vehicle license plates, titles , and vehicle taxes for individuals through area department of motor vehicle's.

On 9/7/01 Slash met with the defendant at the Greater Southeast Community Hospital where they entered into an agreement that slash would provide the aforementioned services for the defendant's new Chevy Tahoa. On or about 9/14/01 Slash completed the services and obtained vehicle license plate number M691145 and title number 31267606 for the defendant. Slash provided the Maryland Department of Motor Vehicles with his personal check to obtain the property. On the same day Slash and the defendant again met at the Greater Southeast Hospital where Slash turned over the registration, license plates, and the title obtained to the defendant.  The defendant passed check number 177 made in the amount of $2,800.00 to Slash,as full payment for his services, per thier agreement. The check was drawn on Suntrust Bank and listed the defendant as the account holder. The check was also made payable to Slash.

Slash deposited the aforementioned check into his personal account and was later informed that a stop payment had been placed on the check by the defendant. Slash contacted the defendant, via telephone, on several occassions. The defendant, during each conversation with Slash, promised to make Slash whole. As of the writing of this affidavit the defendant has failed to make Slash whole.

On 3/12/02 the affiant showed a photospread array consisting of nine photographs to slash. Slash immediately identified the defendant's photgraph as the individual for whom he performed the aforementioned services and also the individual who

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: |
|---|---|
| PLEASE ISSUE A WARRANT FOR: | X _____ |
| _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| CHARGED WITH:  Theft I | 22 nd   DAY OF   May   2002 |
| _____ | Margaret G. Saynook |
| ASSISTANT UNITED STATES ATTORNEY | OF THE DISTRICT OF COLUMBIA |

2-1546 wd-382

Page#1 of 2

*Superi.   Court of the District of C___umbia*

**CRIMINAL DIVISION**

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | | | | | USW NO.: | 7163-02 | |
|---|---|---|---|---|---|---|---|---|
| **DEFENDANT'S NAME:** | | | | | **CCR:** | | **PDID:** | |
| Curtis, Derek Dione | | | | | 046-389 | | | |
| **SEX:** | **RACE:** | **D.O.B.:** | **HEIGHT:** | **WEIGHT:** | **EYES:** | **HAIR:** | | **COMPLEXION:** |
| Male | Black | 6/2/57 | 5'6" | 135 | Brown | Black | | Medium |
| **DEFENDANT'S HOME ADDRESS:** | | | | | | **TELEPHONE NUMBER:** | | |
| 7813 Gum Springs Dr. Alexandria, Va. 22306 | | | | | | (202) 257-0735 | | |
| **DEFENDANT'S BUSINESS ADDRESS:** | | | | | | **TELEPHONE NUMBER:** | | |
| | | | | | | | | |
| **COMPLAINANT'S NAME:** | | | | | | | | |
| Slash, Clarence Dionne | | | | | | | | |
| **LOCATION OF OFFENSE:** | | | | | **DATE OF OFFENSE:** | | **TIME OF OFFENSE:** | |
| 1310 Southern Ave. Se. | | | | | 9/14/01 | | 1900 | |

passed him the aforementioned check.

Based on the information contained herein, the affiant believes that there is probable cause to believe that Derek Dione Curtis has committed the offense of theft in the first degree and respectfully requests that a warrant for his arrest be issued.

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

Derek D. Curtis

**CHARGED WITH:** Theft I

ASSISTANT UNITED STATES ATTORNEY

**AFFIANT'S SIGNATURE:**

X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22nd DAY OF May 2002

Margaret A. Haynood

**OF THE DISTRICT OF COLUMBIA**

2-1546 wd-382

Page #2 of 2

| 1. CCN | 2. BEAT | 3. RA | 4. ORIGINAL CLASSIFIC. | | 5. COMPLAINT NUMBER |
|---|---|---|---|---|---|
| | | | Theft I | | 046-389 |

| | Classification Change | | Additional Information | 6. DATE OF THIS REPORT 7/25/2002 | 7. REPORTING ELEM. | 8. CLASSIFICATION OF REPORT CHANGED TO: |
|---|---|---|---|---|---|---|

| 9. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 9/14/01 1900 | 7/25/2002 14:24 | 1310 Southern Ave. SE. | |

| 13. RADIO RUN RECEIVED | 14. DESCRIBE LOCATION | 15. WHERE ENTERED | 16. TOOLS/WEAPONS | 17. METHODS |
|---|---|---|---|---|
| | | | | |

| 18. | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| | Clarence Slash | | | Adult | | | | |

| | | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suspect/ Missing Person | ☐ SUSPECT ☐ MISSING PERSON | Black | Male | | 5'9" | 140 | bro | blk | Med | | | | | | |
| | ☐ SUSPECT ☐ MISSING PERSON | | | | | | | | | | | | | | |

20. **SOLVABILITY FACTORS** → Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A.
Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A

| | | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. |
|---|---|---|
| IS THERE A WITNESS? | ☐ YES ☐ NO | |
| IS A SUSPECT NAMED? | ☒ YES ☐ NO | Enter the name and include any nickname used. Curtis, Derek Dione |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☐ NO | Include reason why or why not. |
| IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ☐ NO | Describe it. |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ☐ NO | If yes, describe the relationship. |
| WAS A REFERRAL FORM GIVEN TO THE COMPLAINTANT? | ☐ YES ☐ NO | Give any address, place of employment, or hangout known for the perpetrator(s). |
| DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | List the name, address, phone number and any information provided when the area was canvassed. |
| IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO | | DESCRIBE MO OR PATTERN |

### 21. ADDITIONAL STOLEN PROPERTY

Property Book

| CODE | ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | |
|---|---|---|---|---|---|---|---|
| | | | | | | | BOOK/PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |

| YEAR | MAKE | MODEL | COLOR | BODY | TAG / STATE / YEAR | VEHICLE IDENTIFICATION NO. | * * * | TOTAL PROP. VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

22. **NARRATIVE:** Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

Case closed with the arrest of Curtis, Derek Dione a Black Male of 7813 Gum Springs Valley Dr. Alexandria, VA. 22306, social security number 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, DOB 6/2/57, arrest number 0102029726

| 23. STATUS ☐ OPEN ☐ PRIOR CLOSED ☒ CLOSED | ☐ UNFOUNDED (EXPLAIN IN NO. 22) ☐ SUSPENDED (EXPLAIN IN NO. 22) | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|---|

| 27. INVESTIGATIVE OFFICER'S RECOMMENDATION ☐ SUSPEND ☐ INVESTIGATE FURTHER | 27. SUPERVISOR'S RECOMMENDATION ☐ SUSPEND ☐ INVESTIGATE FURTHER |
|---|---|

| 29. REPORTING MEMBER'S SIGNATURE | BADGE/ELEM | 30. INVESTIGATOR'S SIGNATURE | BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE | BADGE/ELEM |
|---|---|---|---|---|---|

| 32. INVESTIGATIVE REVIEW OFFICER | 33. SUPERVISOR | BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |
|---|---|---|---|---|

\* \* \* *Value of vehicles will be entered by the Information Processing Section, Data Processing Division*

Page ____ of ____ Pages

# EXHIBIT B

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

**ARREST/PROSECUTION REPORT**

P.D. 163 Rev. 2/2001                    G.O. 401.5

| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC No. (ID ONLY) | 2. ID NUMBER (ID ONLY) |
|---|---|
| ▶ | ▶ |

| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | 4. CID NUMBER |
|---|---|
| | |

| 5. UNIT-ARREST NO. 09020 | 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) Curtis, Derek Dione | 7. DEA LAB NUMBER |
|---|---|---|

| 8. Arresting Officer's Name V Tucci | 9.TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL | 10. NICKNAME / ALIAS ▶ Dr, Derek D. Curtis, Steve Warren, Steven Warman | 11. PHONE NUMBER (301) 550-7460 |
|---|---|---|---|

| Rank Det | Badge # DII-222 | Agency MPD | 12. COURT DATE | 13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.) ▶ 3376 Curtis Dr. Suitland, Maryland | 14. TIME IN D.C. Life |
|---|---|---|---|---|---|

| 15. ☐ CHILD ABUSE | ☐ GANG SPECIAL INTELLIGENCE | ☐ HATE | ☐ SENIOR CITIZEN | ☐DOMESTIC VIOLENCE | 16. SEX ▶ Male | 17. RACE ▶ Black | 18. BIRTHDATE ▶ 6/2/57 | 19. SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|---|---|---|---|

| 20. NEED INTERPRETER ☐ YES ☒NO | 21. HEIGHT 506 | 22. WEIGHT 150 | 23. HAIR blk | 24. EYES brn | 25. COMPLEX Med | 26. PERMIT NO/ST C-632-139-143-415 MD | | 27. BIRTHPLACE (City & State) Massachusetts |
|---|---|---|---|---|---|---|---|---|

| 28. CO-DEFENDANTS: Number ____ (If more than 3, list on back) | 29. IMPERSONATOR? ☐ M   ☐ F   ☒ NO | 30. ETHNICITY American | 31. CAUTION |
|---|---|---|---|

NAME, ADDRESS, ZIP CODE AND PHONE NUMBER

| | 32. SCARS/MARKS/TATTOOS |
|---|---|
| 1.  ,   . | |
| 2.  , | 33. HAT / 34. JACKET / 35. PANTS |
| 3.  , | 36. COAT / 37. SHIRT / 38. SKIRT/DRESS |

**39. WALES/NCIC CHECK**

| CHECK MADE BY (Name) Vtucci | NCIC NUMBER | WARRANT ON FILE (If Yes, enter Warrant Numbers) Yes ☒  No ☐  Unnumbered |
|---|---|---|

| 40. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.) ▶ 1815 Pennsylvania Ave NW #220 | DATE OF OFFENSE ▶ 5/15/02 | TIME OF OFFENSE ▶ 09:00 |
|---|---|---|

| 40. LOCATION OF ARREST (Exact Address, include Room / Apt No.) ▶ 733 15th St NW 7th Floor | DATE OF ARREST ▶ | TIME OF ARREST ▶ |
|---|---|---|

| 42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY ▶  , , | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY ▶  , , |
|---|---|

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE | TIME | LOCATION | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES** (If sworn member – Name, Rank, Badge No. and Unit)  MORE ☐  See Back

| NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|
| W-1 ▶ Federal Services Inc. | 1815 Pennsylvania Ave NW #220 | Adult | | (202) 347-3100 |
| W-2 ▶ Office Depot | 8870 Greenwood Pl. Savage, MD | Adult | | (800) 890-4914 |

| 45. SPEC. OPS None | 46. TACTICS | 47. PREMISES | 48. SCHOOL ZONE ☐ PUBLIC HOUSING ☐ |
|---|---|---|---|

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO. |
|---|---|---|---|---|
| 1. Fraud in the First Degree | Unnumbered | 189-435 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

*(left margin: ENTER THE LEAD CHARGE FIRST)*

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK/ PAGE NO. | CSES NO. | | |
| | | 52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | |

| 49. CORRUSEJONER  HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

**COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK**

EMPLOYMENT HISTORY (List present employment if any, on Line 1)

| | FROM–DATE–TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|---|
| 1. | Present | | | | |
| 2. | | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** *(Begin with immediate family)*

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☐ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)*

The event occurred on 5/15/02 at approximately 09:00 at 1815 Pennsylvania Ave NW #220 in Washington DC.

On 5/15/02 a subject contacted Witness 1, a Representative for Federal Services Inc, the owner of office space located at 1815 Pennsylvania Avenue, Northwest, Washington, District of Columbia #220, who identified himself as Doctor Derek Curtis, and made arrangements to rent office space for a period of 6 months at $500.00 a month.

According to Witness 1, Derek Curtis identified himself as a medical doctor with George Washington University Hospital and stated that he was working on a special project with the National Institute of Health and the Federal Government would pay the rent. The DEFENDANT, Derek Curtis, told Witness 1 that he was expecting a check from the General Services Administration in the amount of $3,000.00 payable to Federal Service Inc. Payment to Federal Services Inc. has not been made as of this date.

In late September 2002 the DEFENDANT identified himself to Witness 2, an employee of Office Depot, as Steve Warren or Steve Warman and stated that he was an employee of the Health Care Administration, a Federal Government Agency, working with the National Institute of Health and that merchandise purchased from Office Depot would be paid for when his company received the funds from the General Services Administration. The items were delivered to the address at 1815 Pennsylvania Ave NW #220.

In early/Mid October The DEFENDANT approached Witnesses 3 and 4 stating that he was part of a Federal Agency and wanted to rent some office space. The DEFENDANT identified himself to Witnesses 3 and 4, employees of 15th Street Executive Suites Inc. as Dr. Derek Curtis and stated that he was doing research for the National Institute for Health and that the Federal Government would pay the rent. The DEFENDANT made these representations at the time he began to lease the offices.

None of the Complainants have received any payment from the Defendant or the business, Heath Care Administration, for any of the property or rent in this case. Detective George Rada stated that he confirmed that Defendant 1 is not a licensed Doctor.

INVESTIGATION

On 12/11/02 at approximately 08:20 hours the undersigned Detective, via telephone, interviewed Witness 2 the Sales representative from Office Depot. Witness 2 stated that IT met Steve Warren in Washington, DC shortly after the World Bank/ IMF meetings around September 2002 at the 1815 Pennsylvania Ave NW #220.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? *(Use PD 118 for defendant's written statement.)*]

| 62. RECORD CLERK'S NAME Vtucci | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| **ARREST RECORD SUMMARY** | 4. | 6. | |
| 1.                          2. | | | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
*(If yes, include in Defendant's Version/Remarks Section above.)*

| 66. PRINTED NAME – OFFICER MAKING STATEMENT Tucci  Vincent | BADGE NUMBER DT/222 | RANK Det. | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT SIB | DATE 12/24/2002 | UNIT | DATE |

**NAME:** Curtis, Derek Dione
**ARREST NUMBER:** 09020
**CCN:** 189-435

Witness 2 stated the DEFENDANT had told IT that his organization, Health Care Administration, was working with the Center for Disease Control in Atlanta and was responsible for starting the office in Washington, DC. Witness 2 said that IT did not observe anyone one else in the office during IT'S visits and that the Defendant always had explanation as to why there were no employees in the office.

On 12/11/02 at approximately 15:50 hours Detective Vincent Tucci and Special Agent James Hitchcock of the United States Secret Service responded to 733 15th St NW, 7th Floor and interviewed WITNESS 3, a Representative of 15th Street Executive Suite Services, in reference to the DEFENDANT, Derek Curtis. This Witness was shown a photo array of 6 Pictures.

On 12/11/02 WITNESS 3 stated during an interview that there were numerous computers, office supplies and furniture located in one of the Suites occupied by the Defendant, Derek Curtis. When WITNESS 3 opened the door to Detective Tucci told the Suite IT that we could not go in or search the location. Detective Tucci observed before the door was closed computer boxes, what appeared to be a new desk and various office supplies.

WITNESS 3 identified the DEFENDANT by providing a copy of his Virginia driver's license. WITNESS 3 also showed Detective Tucci a copy of the DEFENDANT'S Maryland identification with his picture. After looking at the photo array and tentatively picking photo number 5, the DEFENDANT, WITNESS 3 compared the photograph depicted in the DEFENDANT'S driver's license and identification card to the array to solidified IT'S choice of photo number 5.

On the same date, 12/11/02, at 16:12 hours Detective Vincent Tucci and Special Agent James Hitchcock interviewed WITNESS 4, and showed IT the same 6 picture spread as Witness 3 and IT identified picture #5 stating, "That's him". When asked who the him was IT stated Dr. Derek Curtis. This array was conducted separate and apart from Witness 1.

On 12/12/02 at approximately 1300 hours at the offices of the Financial Crimes and Fraud Unit Detective Tucci showed Witness 2 a photo array containing a picture of the DEFENDANT, Derek D. Curtis. Witness 2 identified the DEFENDANT known to IT as Steven Warren. The DEFENDANT'S true identity is Derek Dione Curtis, date of birth 6/2/57, Police Identification Number 545-812

During the course of this investigation the DEFENDANT identified himself to three different Witnesses as both, Doctor Derek D. Curtis and Steve Warren the

**NAME:** Curtis, Derek Dione
**ARREST NUMBER:** 09020
**CCN:** 189-435

head of the Health Care Administration and CEI Healthcare Administration. It is become apparent through this investigation that the DEFENDANT has deliberately missrepresentated himself as a Doctor employed by or working with the National Institutes of Health to Federal Services Inc., 15th Street Executive Suites Inc, Office Depot and Solutions 4 Sure.

To date the, the aggregate of the losses suffered by the Complainants is approximately $50,000.00.

A check of the DEFENDANT'S arrest record revealed that he has been arrested on 23 occasions for numerous offenses which include but are not limited to the False Impersonation of an US officer, Fraud, Forgery, Theft and Uttering dating back to 1977 and as recently as December of 2002.

A check of databases with the National Institutes of Health and the American Medical Association revealed no association between Derek Curtis or the companies he is apart of are associated with the National Institutes of Health and he is not listed with the American Medical Association as doctor.

On 12/24/02 and arrest warrant for the DEFENDANT was issued for by DC Superior Court Judge charging him with First Degree Fraud.

On          the DEFENDANT was stopped and arrested on the outstanding arrest warrant.

| Vincent Tucci | **Detective** | Date | **Official** | Date |



# Arrest: Details

| Arrest Number | Arrest Date | Arrest Time |
|---|---|---|
| 090300623 | 05/22/2003 00:00 | 1400 |

| First Name | Middle Name | Last Name | Suffix | Nickname |
|---|---|---|---|---|
| DEREK | DIONE | CURTIS | | |

| Home Address | Apt Number | City | State |
|---|---|---|---|
| 3376 CURTIS RD | | SUITLAND | MD |

| Sex | Race | Ethnicity | Date of Birth |
|---|---|---|---|
| Male | Black | A | 19570602 |

| Height | Weight | Eyes | Hair | Complexion | Place of Birth |
|---|---|---|---|---|---|
| 506 | 150 | BRO | BLK | MED | MA |



SEARCH

J

BUIL

| PDID | SSN | Driver's License Number | DL State | FBI Number | Misc ID Number |
|---|---|---|---|---|---|
| 545812 | 220717010 | | | | |

| Marital Status | Employment Status | Felony | Felony Count | Years of Education | Salary |
|---|---|---|---|---|---|
| | N | | | | 030522 |

| AO Badge Number | AO Last Name | AO SSN |
|---|---|---|
| D222 | V TUCCI | |

| Arrest Address | Arrest Apt Number | Arrest Location Code | PSA |
|---|---|---|---|
| 733 15TH ST NW | 7FL | 1015007335 | 101 |

| Booking Date | Booking Time | Docket Number | NCIC Number |
|---|---|---|---|
| | | | |

05/22/2003 00:00 1621      F02987 03 0305221807

## Charge #1

| Arrest/Charge Number | Category | Offense Code | Charge Disposition |
|---|---|---|---|
| 090300623/1 | 11 | FRAUD (FIRST DEGREE) | L |

| CCN | Warrant Number | Receipt Number | NOI Number |
|---|---|---|---|
| 189435 | USW1945502 | | |

| Offense Date | Offense Time | Offense Address | Offense Apt | Location Code |
|---|---|---|---|---|
| 05/15/2003 00:00 | 0900 | 1815 PA AVE NW | | 1698118155 |

| Victim Last Name | Victim First Name | Victim Middle Name | Victim Address | Victim Apt Number | Victim City | Victim State |
|---|---|---|---|---|---|---|
| INC | FEDERAL | SERVICES | 1815 PA AVE NW | 220 | WASH | DC |

| Victim Age | Victim Race | Victim Sex |
|---|---|---|
| | | |

| Court Date | Court Type | Bond Amount | Posting Location |
|---|---|---|---|
| 05/23/2003 00:00 | | | |

Charge Unlisted

FRAUD (FIRST DEGREE)

Report Incorrect Data

**Inmate Record**

# 296927 - CURTIS, DEREK

| | |
|---|---|
| **Institution:** | 12 - CENTRAL DETENTION FACILITY (CDF) |
| **Current Location:** | RELEASED |
| **Record Status:** | INACTIVE |
| **Booking Number:** | 2003-06089 |
| **PDID Number:** | 545812 |
| **Social Security #:** | 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 |
| **US Marshal #:** | N/A |
| **# Total Bookings:** | 1 Booking History |
| **Commitment Date:** | 05/23/2003 |
| **Release Date:** | 05/30/2003 |
| **Release Type:** | X COURT ORDERED RELEASE |
| **In Custody Of:** | SELF |
| **Parole Elig. Date:** | N/A |
| **Short Term Date:** | N/A |
| **Full Term Date:** | N/A |



## Personal Data

| | | | | |
|---|---|---|---|---|
| **Sex:** | MALE | | **Race:** | BLACK |
| **Birth Date:** | 06/02/1957 | | **Ethnicity:** | AFRICAN AMERICAN |
| **Birth Place:** | DC | | **Education:** | N/A |

**Occupation:** N/A

| | | | | |
|---|---|---|---|---|
| **Hair:** | BLACK | | | |
| **Eyes:** | BROWN | | **Address:** | 3376 CURTIS DR |
| **Weight:** | 215 | | | SUITLAND, DR |
| **Height:** | 5' 7" | | | |

**Aliases:**   (No Alias SSN's)   (No Alias Names)

## Charges

**Charge: SUP-U098 - FRAUD 1ST DEGREE**

**Case#:** F0298703

**Court:** SUPERIOR COURT

**Offense Date:** 05/23/2003

**Date Charged:** 05/23/2003

**Count:** N/A

**Disposition:** G - COURT ORDERED DISMISSAL/RELEASE

**Min Sentence:**

**Max Sentence:**

**Date Sentenced:** N/A

**VVCC:** $ N/A

**Bond Amount:** $ N/A

**Bond Type:** N/A

---

# Detainers

(No Detainer History)

---

# Transfer History

|        | Date/Time                     | Institution                              |
|--------|-------------------------------|------------------------------------------|
| From:  | 5/23/2003 5:32:58 PM          | INITIAL                                  |
| To:    | 5/23/2003 5:32:58 PM          | 12 - CENTRAL DETENTION FACILITY (CDF)    |
| From:  | 5/30/2003 11:04:34 PM         | 12 - CENTRAL DETENTION FACILITY (CDF)    |
| To:    | 5/30/2003 11:04:34 PM         | RELEASE                                  |

---

# Booking History

| Booking# | Commitment Date | Release Date |                     |
|----------|-----------------|--------------|---------------------|
| 2003-06089 | 05/23/2003    | 05/30/2003   | <<<---Displayed Above |

---

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| v. | * | **Civil Action No.: 06-2029 (GKK)** |
| **CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SAMUEL J. GERSTENFELD

1.     I, Samuel J. Gerstenfeld, am competent to testify.

2.     I am the principal of SJG Properties, L.L.C.  SJG Properties, L.L.C. manages the

building at 805 15th Street, N.W., Washington, D.C. 20005.

3.     Neither SJG Properties, L.L.C. nor I had any contact with Plaintiff Derek Curtis.

I merely managed the building and leased the space to Fifteenth Street Executive Suites.

_____
Samuel J. Gerstenfeld

STATE OF WASHINGTON        :
           DISTRICT of
COUNTY/CITY OF COLUMBIA    :

    I hereby certify that on the 23nd day of JANUARY _____, 2007, before me, the subscriber, a notary public of the State of Whillington, DC , in and for the county/city of
_____, personally appeared Samuel J. Gerstenfeld and made oath in due form of law that the matters and facts set forth in the foregoing Affidavit are true to the best of his knowledge, information and belief.

                          As witness my hand and notarial seal,

                          Notary Public

                          My Commission expires: 3/31/10