## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK CURTIS | |
| Plaintiff | |
| v. | Case No: 1:06-cv-02029 |
| OFFICE DEPOT, ET AL. | |
| Defendants | |

### DEFENDANT OFFICE DEPOT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Office Depot, by and through undersigned counsel, pursuant to Fed. R. Civ. P., Rules 12(b)(6) and 56, hereby moves this Honorable Court to dismiss the plaintiff's Complaint. There is no material fact in dispute and, viewing the evidence in a light most favorable to the plaintiff, all of plaintiff's claims are time barred by the statute of limitations.

Defendant Office Depot refers this Court to its Memorandum of Law in Support of its Motion, which is attached and is incorporated herein. This is a dispositive motion, therefore, Defendant's are not required to seek the plaintiff's consent under LCR 7(m).

Respectfully submitted,

_____//s//_____
Kevin A. Kernan (#457194)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405
(202) 659-6818
(202) 327-6148 (facsimile)
Attorneys for Defendant Office Depot

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

DEREK CURTIS

      Plaintiff

v.                                                    Case No: 1:06-cv-02029

OFFICE DEPOT, INC., ET AL.

      Defendants

---

**DEFENDANT OFFICE DEPOT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

      Defendant Office Depot, Inc. ("Office Depot"), by and through undersigned counsel, pursuant to Fed. R. Civ. P., Rules 12(b)(6) and 56, submits its Memorandum of Points and Authorities in Support of its Motion to Dismiss Plaintiff's Complaint, or in the alternative, for Summary Judgment, and states as follows:

**I.  FACTUAL BACKGROUND**

      On September 5, 2006, Plaintiff filed this lawsuit in the Superior Court for the District of Columbia against Office Depot and others alleging that the defendants engaged in an elaborate conspiracy to deprive him of his constitutional rights and property (Complaint, *et. seq.*).  On November 27, 2006, Defendants Gerstenfeld and 15th Street Executive Suites removed the plaintiff's Complaint to this Court.  Regardless of his theory of recovery against Office Depot, the plaintiff's claims are time barred.

      The allegations contained in plaintiff's Complaint stem from two separate incidents: 1) plaintiff's arrest for Theft in the First Degree on December 6, 2002 (*See* Exhibit A); and 2)

plaintiff's arrest for First Degree Fraud on May 22, 2003. (*See* Exhibit B). The first arrest surrounded an agreement that plaintiff entered into with Clarence Slash in September 2001, whereby Mr. Slash agreed to secure license plates and a title for the plaintiff's vehicle in exchange for $2,800.00. Mr. Slash performed the services but the plaintiff failed to pay. On March 12, 2002, Mr. Slash reported the plaintiff's conduct to the D.C. Police Department. On May 22, 2002, a warrant was issued for plaintiff's arrest charging him with theft, and on December 6, 2002, the plaintiff was arrested on the outstanding warrant.

Meanwhile, in September 2002, the plaintiff ordered office furniture from Office Depot under the alias Steve Warren or Steve Warman. The plaintiff had the office furniture delivered to his business address at 1815 Pennsylvania Avenue, N.W., but at no time did Office Depot receive payment for the delivered merchandise. In December 2002, the police investigated the plaintiff's conduct toward Office Depot and discovered that the plaintiff had also misrepresented himself to his new office landlord, co-defendant 15th Street Executive Suites, in an attempt to obtain office space without paying for it. The police investigation determined that the plaintiff engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property from Office Depot and 15th Street Executive Suites. On December 24, 2002, an arrest warrant was issued for the plaintiff charging him with First Degree Fraud. On May 22, 2003, the plaintiff was arrested on the outstanding warrant. He was released from custody on May 30, 2003. The criminal case against the plaintiff was dismissed by the court on November 5, 2003.

Following the plaintiff's December 2002 arrest, he returned to his office at the 15th Street Executive Suites, but he was denied access to his office and his personal belongings by two of the co-defendants. Complaint, ¶ 7. The plaintiff alleges that the co-defendants illegally evicted him

3

from his leased office space and stole his property. Complaint, ¶¶ 10 and 11.  The plaintiff further alleges that Office Depot "knowingly" participated in [the] malicious scheme against [him] when they offered false information to other defendants and agreed with defendants to provide the court with false information to perfect their schemes against [him]." (Complaint ¶ 13).  Plaintiff further alleges that "…Office Depot's actions were "slanderous, accusative and was used to illegally obtain some office furniture and equipment (Complaint ¶ 13).

## II.  ARGUMENT

### A.    PLAINTIFF'S COMMON LAW CLAIMS ARE TIME BARRED

The plaintiff's claims must be dismissed because they are time barred by D.C. Code §12-301. Although not well crafted, the plaintiff's Complaint attempts to state claims against Office Depot for conspiracy, defamation, malicious prosecution, false imprisonment, false arrest, conversion, and deprivation of civil rights.  Pursuant to D.C. Code 12-301(4), a one year statute of limitations is applicable for claims of "libel, slander…malicious prosecution, false arrest or false imprisonment."  If a plaintiff fails to file his claim within the appropriate time period, the plaintiff's case must be dismissed.

For claims of false arrest and false imprisonment, the statute of limitations begins to run when an individual is arrested or imprisoned.  *Shulman v. Miskell*, 626 F.2d 173, 176 (D.C. Cir 1980) (holding that, for claims of false arrest and defamation, "the limitations period was quite properly considered to run from the date of the original arrest").  The plaintiff was arrested on May 22, 2003, based upon the information Office Depot provided to the D.C. Police.  Thus, the statute of limitations began to run against Office Depot on May 22, 2003, and the plaintiff had until May 22, 2004 to file false arrest and imprisonment claims against Office Depot.

The plaintiff's claim for malicious prosecution is similarly barred. The statute of limitations on a malicious prosecution action runs from the date on which the prior, allegedly malicious, suit was terminated in favor of the defendant. *Shulman v. Miskell*, 626 F.2d 173, 200 U.S.App. D.C. 1 (1980). Thus, the statute of limitations began to run against Office Depot on September 5, 2003, and plaintiff had until September 5, 2004 in which to file a claim for malicious prosecution.[1]

Under a defamation action, where the alleged statement is defamatory on its face, plaintiff's reputation is damaged immediately upon publication, thereby triggering running of the one-year statute of limitations for defamation. *Wallace v. Skadden, Arps, Slate, Meagher & Flom*, 715 A.2d 873 (D.C. 1998). According to the Arrest Prosecution Report, Office Depot provided an alleged defamatory statement to the D.C. Police Department on December 12, 2002 (*See* Exhibit B). Accordingly, the plaintiff was required to file his defamation action against Office Depot no later than December 12, 2003.

Similarly, the plaintiff's claims for conversion and conspiracy are barred by D.C. Code § 12-301(8). A three year statute of limitations is applied to all actions "for which a limitation is not otherwise specially prescribed." *Simpson v. D.C. Metropolitan Police Department*, 789 F.Supp. 5, 7 (D.D.C. 1992) (holding 12-301(8) applies to abuse of process claims). In *Prouty*, the court also held that the statute of limitations period begins to run at the moment the plaintiff "suffers injury." *Prouty*, 572 F. Supp. at 206. In addition, a "one -action rule applies …: the plaintiff must bring a single suit for all present and future damages flowing from a discrete [tortious] act . . . as soon as he or she becomes aware of some injury on which to base the suit." *Beard v. Edmondson*, 790 A.2d

---

[1] The District of Columbia has held that there is no distinction except in name between malicious prosecution and malicious abuse of process. <u>Morfessis v. Baum</u>, 281 F.2d 938 (C.A.D.C. 1960) (citing <u>Nolan v. Allstate Home Equip. Co.</u>, D.C. Mun.App. 1959, 149 A.2d 426, 429 (1959). Accordingly, plaintiff's attempt to state a claim for abuse of process should suffer the same fate as his malicious prosecution claim.

541, 546 (D.C. 2002) (quoting *Keefe Co. v. Americable Int'l, Inc.,* 755 A.2d 469, 476 (D.C. 2000).

The plaintiff was aware of any injuries that he allegedly suffered at the hands of Office Depot no

later than May 22, 2003; the date of his arrest.  Therefore, the statute of limitations period for

remaining common law claims began to run on that date.  Accordingly, any common law claims

brought by the Plaintiff against Office Depot must be dismissed as time barred.

**B.**     **PLAINTIFF'S FEDERAL CLAIMS ARE TIME BARRED**

The plaintiff's claims for deprivation of civil rights, conspiracy to interfere with civil rights,

and race discrimination in violation of 42 USC §§ 1983, 1985, and 1986 are also time barred.

Section 1986 of Chapter 42 of the U.S. Code provides in the text of the statute that "no action under

the provisions of this section shall be sustained which is not commenced within one year after the

cause of action has accrued."  Again, the plaintiff's cause of action against Office Depot accrued no

later than May 22, 2003, so he had until May 22, 2004 to file an action against it.

Similarly, the plaintiff's claims under sections 1983 and 1985 are time barred.  In the

District of Columbia, the residual statute of limitations for personal injury claims is three years, as

set forth in D.C. Code 12-301(8). *See Owens v. Okure*, 488 U.S. 235 (1989).  According to the U.S.

Supreme Court, a court should borrow the general or residual statute for personal injury actions

when addressing a § 1983 claim. *Owens v. Okure*, 488 U.S. 235, 249-250 (1989).  The Court

reasoned that adopting the residual statute of limitations makes it predictable and easy for a plaintiff

to determine the appropriate statute of limitations before filing a § 1983 claim. *Id.* at 248.  The

relevant statute of limitations for a section 1985 violation in the District of Columbia is also three

years. *Hall v. Clinton*, 285 F.3d 74, 82 (D.C. Cir 2002).  According to the D.C. Court of Appeals,

"the statute -of-limitations clock starts ticking when the plaintiff has sufficient 'notice of the

conduct … which is now asserted as the basis for [his] lawsuit.'" *Hall*, 285 F.3d at 82 (quoting *Fitzgerald v Seamans*, 533 F.2d 220, 228-29 (D.C. Cir. 1977).

The conduct that plaintiff alleges as the basis of his lawsuit against Office Depot took place in December 2002 when its representative reported to the D.C. Police the plaintiff's failure to pay for his office furniture.  The plaintiff had sufficient notice of Office Depot's alleged conduct no later than May 22, 2003, when the plaintiff was arrested on First Degree Fraud charges.  However, the plaintiff waited to file his Complaint until September 5, 2006, more than three years after he was on notice of any alleged Office Depot conduct that may have caused him injury.  Plaintiff's constitutional claims against Office Depot under 42 §§ 1983 and 1985 are now time barred and his Complaint must be dismissed.

## <u>CONCLUSION</u>

For the foregoing reasons, Defendant Office Depot, Inc. respectfully requests this Court dismiss plaintiff's Complaint against Office Depot in its entirety.

Respectfully submitted,

_____//s//_____
Kevin A. Kernan (#457194)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405
(202) 659-6818
(202) 327-6148 (facsimile)
Attorneys for Defendant Office Depot

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

DEREK CURTIS

      Plaintiff

v.                                   Case No: 1:06-cv-02029

OFFICE DEPOT, ET AL.

      Defendants

---

**DEFENDANT OFFICE DEPOT'S STATEMENT OF MATERIAL FACTS NOT IN
DISPUTE**

Defendant Office Depot, by and through undersigned counsel, pursuant to Fed. R. Civ. P.,

Rule 56, submits the following Statement of Material Facts Not In Dispute.

1.      On December 6, 2002, plaintiff was arrested on the charge of First Degree Fraud

based upon events that took place in September 2001 (a certified copy of the court records received

from the Superior Court of the District of Columbia surrounding plaintiff's December 6, 2002

arrest is attached hereto as Exhibit A).

2.      On May 22, 2003, plaintiff was arrested on the charge of First Degree Fraud based

upon his misrepresentation to Office Depot in September 2002 upon entering into a transaction to

purchase office equipment (a certified copy of the court records received from the Superior Court of

the District of Columbia surrounding plaintiff's May 22, 2003 arrest is attached hereto as Exhibit

B).

Respectfully submitted,

_____//s//_____
Kevin A. Kernan (#457194)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405
(202) 659-6818
(202) 327-6148 (facsimile)
Attorney for Defendant Office Depot

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2007, a copy of the foregoing

Defendant Office Depot's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for

Summary Judgment; Memorandum of Points and Authorities in Support of its Motion To Dismiss;

Statement of Material Facts Not in Dispute and proposed Order was sent by first-class mail, postage

prepaid to:

Derek Curtis
310 Elmleaf Avenue
Capital Heights, Maryland 20743

_____//s//_____
Kevin A. Kernan

196588

9

| | **Court File Date** | LOCK UP | PDID 545812 |
|---|---|---|---|
| **No Papers** | 12-7-02 | **L-13** | DOB 6-2-59 |
| **Count(s)** | | | CCR |

**Charges Filed** 1

**Felony** a

**Misdemeanor** _____

**Traffic** _____

**D.C.** _____

☐ CITATION   ☐ BOND   ☐ Collateral $ _____ Page _____

**Defense Counsel**   CODE   S   C   A   R   DATE WITHDRAWN
☐ PRO SE   SI
1. B. Hamlin   387624   ☐ X ☐ ☐ ☐ _____
2. _____   ☐ ☐ ☐ ☐ _____

UNITED STATES vs Derek Curtis

69 (JUN 85)   J 63879

| A | Theft I | **PROSECUTOR** | CODE | **ASSIGNED TO JUDGE** |
|---|---|---|---|---|
| B | | 1. | | |
| C | | 2. | | **Cal. Number** |
| D | | ☐ Defendant informed of rights to pursuant to Superior Court Rule 5 (b) including the right to counsel. | | ☐ LINEUP ORDER FILED |
| E | | **PLEA:** ☐ Not Guilty | | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | | **Count(s)** _____ ☐ Guilty, JUDGMENT Guilty | | ☐ Made ☐ Waived |
| G | | **CONTINUED DATE** | | **BOND CONDITIONS** |
| H | | PREL. HEARING 12/27/02 11AM | | BOND AMOUNT $ |
| I | | STATUS HEARING | | ☐ CASH _____ % ☐ SURETY |
| | | JURY TRIAL | | ☑ PERSONAL RECOGNIZANCE |
| **PROBATION** ☐ DOMESTIC VIOL. ☐ 163 FILED | | NON-JURY | | ☐ Third Party Custodian |
| | | | | ☐ Collateral Remains |
| Sentence Date | | ☑ Defendant Advised of Penalties for Failure to Appear. | | |
| Report Due Date | | | | |
| Date Jacket Ready For Probation | | | | |
| Date Received in Probation | | **Count(s)** _____ **Nolle Prosequi** Prosecutor _____ | | |
| By | | **COURT REPORTER** TAPE ☐ CLERK | JUDGE/COMM. | |
| Date Jacket Returned to Crim. Div. | | C10 | LEIBOVITZ | |
| | | ☐ NEW COMMITMENT ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☐ NOT IN CUSTODY | | |
| **Diversion** | | **DISPOSED** | | **PENDING** |
| Date Admitted | | CLOSED CONT. PAY Show Cause B/W | | Status Jury Non-Jury Sent. Others Updated By |

CRIMINAL DIVISION FELONY

---

**DATE:**   **FINAL DISPOSITION ONLY**

PRAECIPE OF U.S. ATTORNEY. DISMISSING
FELONY COMPLAINT HEREIN (COUNT 1 )
RECEIVED AND FILED THIS DATE. 08/27/03

ORDER FOR DEFENDANT'S RELEASE FORWARDED.
BY _____

NOTICES SENT 08/27/03 BY _____

**EXHIBIT**
A

**Count(s)** _____ **Nolle Prosequi** Prosecutor: _____
**COURT REPORTER**   TAPE ☐   **CLERK**   **JUDGE/COMM.**

☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

**All Accounts Closed**
JACKET MAY GO TO CLOSED FILES   Updated by   CLOSED   Held G.J.   CONT. PAY   Show Cause   B/W   Others   Updated By

**F   7825 '02**

| DATE: 12-27-02 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom No. |
|---|---|---|---|---|---|---|
| COURT REPORTED 201 | TAPE ☑ | COUNT(S) | Bench Warrant Ordered and issued Forthwith / Bench Warrant Bond $ | COUNT(S) A | Preliminary Hearing ☐ Held  ☐ Held for G.J. Action ☐ Waived  ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☐ IS PRESENT ☐ IS NOT PRESENT | BOND $ | ☐ CASH ☐ SURETY _____% | ☑ P.R. REMAINS | ☐ Changed to P.R. |

H. Ado J.

(To be Notified By mail)

Defendant Advised of Penalties for Failure to Appear.

Count(s) _____ Nolle Prosequi Prosecutor: _____

| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☑ NOT IN CUSTODY |
|---|---|---|---|

**DISPOSED** | **PENDING** | CLERK DS | JUDGE/COMM. Macaluso

| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

| DATE: 5-30-02 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 6-25-03 | Continued for: FSC | In Courtroom No. 318 |
|---|---|---|---|---|---|---|
| COURT REPORTED 201 | TAPE ☑ | COUNT(S) | Bench Warrant Ordered and issued Forthwith / Bench Warrant Bond $ | COUNT(S) A | Preliminary Hearing ☑ Held ON 12/  ☐ Held for G.J. Action ☐ Waived  ☐ NO Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☑ IS PRESENT ☐ IS NOT PRESENT | BOND $ | ☐ CASH ☐ SURETY _____% | ☑ P.R. REMAINS | ☐ Changed to P.R. |

CONT / FSC on above date

Defendant Advised of Penalties for Failure to Appear.

Count(s) _____ Nolle Prosequi Prosecutor: _____

| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
|---|---|---|---|

**DISPOSED** | **PENDING** | CLERK DS. | JUDGE/COMM. King

| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

| DATE: 6/25/03 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 9/5/03 | Continued for: FSC | In Courtroom No. 318 |
|---|---|---|---|---|---|---|
| COURT REPORTED 318 | TAPE ☑ | COUNT(S) | Bench Warrant Ordered and issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J. Action ☐ Waived  ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☐ IS PRESENT ☑ IS NOT PRESENT | BOND $ | ☐ CASH ☐ SURETY _____% | ☑ P.R. REMAINS | ☐ Changed to P.R. |

Case cont'd for a further Felony Status Conference Hearing.

Defendant Advised of Penalties for Failure to Appear.

Count(s) _____ Nolle Prosequi Prosecutor: _____

| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
|---|---|---|---|

**DISPOSED** | **PENDING** | M&D CLERK | JUDGE/COMM.

# Superior Court of the District of Columbia

## NOTICE TO RETURN TO COURT

Case No. _F 7825-02_

YOUR CASE IS SET FOR ___9-30___ (A.M.) (P.M.) ON ___September 5,___ , 20 _03_,

BEFORE JUDGE ___Weisberg___ , IN COURTROOM NUMBER _318_ ON

THE ___3rd.___ LEVEL, SUPERIOR COURT OF THE DISTRICT OF

COLUMBIA, 500 INDIANA AVENUE, N. W.  FAILURE TO APPEAR PROMPTLY MAY RESULT IN THE

ISSUANCE OF A WARRANT FOR YOUR ARREST.

## IMPORTANT

It is your responsibility to appear on time in the proper courtroom.  Your name should be listed on the court's calendar posted at the courtroom entrance.  If it is not, please check with the Clerk in the courtroom before court begins or with the Pretrial Services Agency in Room C-225, or with a Clerk at the Information Window in the lobby of the courthouse, to find out if your case will be handled in a different courtroom.

_____
Signature of Defendant

3376 Curtis Drive, # T-3
Sutland MD 20746
_____
Address of Defendant

_____
Deputy Clerk

___6/25/03___
Date

Original - Court
Canary - Defendant

Form CD-1068/Oct. 00

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America

v.

Derek Curtis

Defendant's name — Defendant's address — Defendant's phone no.

*MODIFIED ORDER*

Call # _____

Case No. _F7825-02_

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| $ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 | Custodian's name _____ Custodian's address _____ |
| | SIGNATURE OF CUSTODIAN | Custodian's phone no. |
| **YOU ARE TO STAY** | ☐ away from the complaining witness. District of Columbia *except for dated court appearances* within the D.C. area | |
| **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no _____ ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. | *No... them 6/02 close of business* *Consult w/ defense counsel* |
| **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: ☐ Evaluation and if positive ☐ Program placement by PSA ☐ Placement in court ordered surveillance _____ ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other _____ Refrain from illegal drug use. | |
| **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency ☑ Weekly ☐ Other _____ ☐ By Phone ☐ In Person ☐ Probation Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person ☐ Parole Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person | |
| **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| **OTHER** | shall NOT conduct "Business" in D.C. | |
| **MONEY BOND OF $** | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %. ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

**NEXT DUE BACK** on 6-25-03 in Courtroom 318 at 9:00 AM/PM
If you have any questions about the date, time, or location CALL
THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077.

**YOUR ATTORNEY** B. Hamlin
address _____ phone no. _____

**DEFENDANT'S SIGNATURE** ▶ _____

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _____ (title or agency) _____

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 5-30-03

**SO ORDERED**

Signature of Judge _King_

WHITE - COURT JACKET
GREEN - D.C. PRETRIAL SERVICES AGENCY
BLUE - DEFENDANT
YELLOW - DEFENSE ATTORNEY
GOLD - CUSTODIAN
PINK - U.S. ATTORNEY

FORM CD-1293/JUN. 00

013
345-812/02341956

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America

3376 Curtis Dr.                Cal. # F2-10
                              Case No. F7825-02

Derek v. Curtis           Temple Hills, MD 20747   3/702-0575
Defendant's name          Defendant's address           Defendant's phone no.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL**
**THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | | |
|---|---|---|---|
| ☑ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| ☐ $ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 ▶ _____ SIGNATURE OF CUSTODIAN | Custodian's name _____ Custodian's address _____ Custodian's phone no. |
| ☐ | **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name | ☐ within the D.C. area. |
| ☑ | **YOU ARE TO LIVE** | ☐ at _____ address ☑ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. | phone no |
| ☑ | **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: ☑ Evaluation and if positive ☑ Program placement by PSA ☐ Placement in court ordered surveillance _____ ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other _____ Refrain from illegal drug use. | |
| ☐ | **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other _____ ☐ Probation Officer ☐ Weekly ☐ Other _____ ☐ Parole Officer ☐ Weekly ☐ Other _____ | ☐ By Phone ☐ In Person ☐ By Phone ☐ In Person ☐ By Phone ☐ In Person |
| ☑ | **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☑ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☐ | **OTHER** | | |
| **MONEY BOND** ⎡ OF ⎤ $ | | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %. ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

**NEXT DUE BACK** on 12 27 02 in Courtroom 20 at 11 ☑A.M. ☐P.M.
If you have any questions about the date, time, or location **CALL**
**THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077**

**YOUR ATTORNEY** _____
                    address          phone no.

**DEFENDANT'S SIGNATURE** ▶ _____

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _____ JMR _____ (title or agency) _____ DCPSA

| **IMPORTANT:** | YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS. |
|---|---|

Date 12/7/02                    **SO ORDERED** ▶ _____
                                Signature of Judge

WHITE - COURT JACKET        YELLOW - DEFENSE ATTORNEY
GREEN - D.C. PRETRIAL SERVICES AGENCY    GOLD - CUSTODIAN
BLUE - DEFENDANT            PINK - U.S. ATTORNEY

FORM CD-1293/JUN. 00

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

USW 763-02

COMPLAINT

No. _____

District of Columbia ss:

Defendant's Name: **Derek Dione Curtis** 25                                                      046-389
_____
(First)            (MI)        (Last)                              (PDID)        (CCNO)

Address: **7813 GUM SPRINGS VALLEY DR., ALEXANDRIA VA**
_____

On or about September 14, 2001, within the District of Columbia, DEREK DIONE CURTIS wrongfully obtained and used property of a value of $250 or more, belonging to CLARENCE DIONNE SLASH, consisting of U.S. CURRENCY, with the intent to appropriate the property for HIS own use and to deprive CLARENCE D. SLASH of a right to and benefit of the property. **(First Degree Theft , in violation of 22 D.C. Code, Section 3211, 3212(a) (2001 ed.))**

_____
Affiant's Name

Subscribed and sworn to before me this ____22____ day of _____**May, 2002**_____

_____
(Judge)    (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
      WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____ **Derek Dione Curtis** _____
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued _____          _____
                                                                                  **Judge**
                                                         **Superior Court of the District of Columbia**

| Sex: Male | DOB: 06/02/1957 | CCN: 046-389 | PDID: |
|-----------|----------------|-------------|-------|
| Papering Officer: Rada | | | Badge No.: D2-249 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|-----------------|--------------|
| AUSA Signature: | Fel. I ☐    AFTC ☐    Domestic ☐ |

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 763-02

| DEFENDANT'S NAME: Curtis, Derek Dione | | | | | CCR: 046-389 | | PDID: |
|---|---|---|---|---|---|---|---|

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| Male | Black | 6/2/57 | 5'6" | 135 | Brown | Black | Medium |

| DEFENDANT'S HOME ADDRESS: 7813 Gum Springs Valley Dr. Alexandria, Va. 22306 | TELEPHONE NUMBER: (202) 257-0735 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Slash, Clarence Dionne | | |
|---|---|---|
| LOCATION OF OFFENSE: 1310 Southern Ave. Se. | DATE OF OFFENSE: 9/14/01 | TIME OF OFFENSE: 1900 |

Police Rport:  Clarence Slash (Slash) reported to the Police that he entered into a business agreement with an individual later identified as the defendant. Upon completion of the agreed upon work the defendant passed a check to Slash as full payment for services. Slash attempted to negotiate the check and was informed that a stop payment was placed on the same. The actions of the defendant caused the complainant to suffer an economic loss.

Investigation: Slash ownes and operates a business known as Masters Choice Title Services (Masters).  Slash is the sole employee. Masters secures vehicle license plates, titles , and vehicle taxes for individuals through area  department of motor vehicle's.

On 9/7/01 Slash met with the defendant at the Greater Southeast Community Hospital where they entered into an agreement that slash would provide the aforementioned services for the defendant's new Chevy Tahoa. On or about 9/14/01 Slash completed the services and obtained vehicle license plate number M691145 and title number 31267606 for the defendant. Slash provided the Maryland Department of Motor Vehicles with his personal check to obtain the property. On the same day Slash and the defendant again met at the Greater Southeast Hospital where Slash turned over the registration, license plates, and the title obtained to the defendant.  The defendant passed check number 177 made in the amount of $2,800.00 to Slash,as full payment for his services, per their agreement. The check was drawn on Suntrust Bank and listed the defendant as the account holder. The check was also made payable to Slash.

Slash deposited the aforementioned check into his personal account and was later informed that a stop payment had been placed on the check by the defendant. Slash contacted the defendant, via telephone, on several occassions. The defendant, during each conversation with Slash, promised to make Slash whole. As of the writing of this affidavit the defendant has failed to make Slash whole.

On 3/12/02 the affiant showed a photospread array consisting of nine photographs to slash. Slash immediately identified the defendant's photgraph as the individual for  whom he performed the aforementioned services and also the individual who

---

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

Derek D Curtis

CHARGED WITH: Theft I

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:

X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22nd DAY OF May 2002

Margaret A. Saynook

OF THE DISTRICT OF COLUMBIA

2-1546 wd-382

Page#1 of 2

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 763-02

| DEFENDANT'S NAME: | | | | | CCR: 045-389 | | PDID: |
|---|---|---|---|---|---|---|---|
| Curtis, Derek Dione | | | | | | | |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| Male | Black | 6/2/57 | 5'6" | 135 | Brown | Black | Medium |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 7813 Gum Springs Dr. Alexandria, Va. 22306 | (202) 257-0735 |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| | |

**COMPLAINANT'S NAME:**
Slash, Clarence Dionne

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 1310 Southern Ave. Se. | 9/14/01 | 1900 |

passed him the aforementioned check.

Based on the information contained herein, the affiant believes that there is probable cause to believe that Derek Dione Curtis has committed the offense of theft in the first degree and respectfully requests that a warrant for his arrest be issued.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR:

Derek D. Curtis

CHARGED WITH: Theft I

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:

X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22nd DAY OF May 2002

Margaret A. Haywood

OF THE DISTRICT OF COLUMBIA

2-1546 wrd-382

Page #2 of 2

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

CRIMINAL DIVISION

THE _____27th_____ DAY OF _____August_____, 2 003

THE UNITED STATES OF AMERICA    :

    v.    :    CRIMINAL CASE NO. F-7825-02

_Derek D. Curtis_    :

    The Clerk of said Court will enter a dismissal in the above-caractioned case, and will order the release or discharge of the above named defendant upon this request by the United States Attorney in and for the District of Columbia.

                    ROSCOE C. HOWARD, JR.
                    United States Attorney in and
                    for the District of Columbia

          By:    _Ayna C. Holliday_
                Assistant United States Attorney

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
### SUPERIOR COURT CRIMINAL RULE 112

UNITED STATES/~~DISTRICT OF COLUMBIA~~

Vs.

Derek D Curtis

**Case Number:** F 7825·02

**Charge(s):** Theft (1)

The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this ___7th___ day of ___Dec___, 20_02_.

| Attorney: Barney T Hamlin | | Unified Bar Number: 387624 |
|---|---|---|
| Address: P.O.Box 30207 DC 20030 | ☐ Retained  ☑ CJA  ☐ Appointed | Telephone Number: 202 584-1433 |

Form CD-1074/Apr. 00

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING
CONDITIONS OF RELEASE

LOCKUP NO. 013                                    DECEMBER 07, 2002

    UNITED STATES OF AMERICA VS DEREK DIONE CURTIS

    CHARGES: THEFT I                    DATE OF BIRTH: 06-02-1957

ADDRESS:

        CURRENT ADDRESS:   3376 CURTIS DRIVE
                     TEMPLE HILLS, MD 20747
        LIVES WITH: CHILD/CHILDREN
        LENGTH OF RESIDENCE: 5.5 YEARS
        UNVERIFIED   SEE REMARKS

EMPLOYMENT/SCHOOL/SUPPORT:

        PRESENT STATUS: EMPLOYED
        WHERE: HEALTH CARE ANDMINISTRATION
        HOW LONG: 12 YEARS
        TYPE OF WORK:   OPERATIONS DIRECTOR
        UNVERIFIED   SEE REMARKS

COMMUNITY TIES/EDUCATION:

        DC AREA RESIDENT FOR: LIFE        STEADILY
        YEARS EDUCATION: 018
        MARITAL STATUS: DIVORCED
        NUMBER CHILDREN: 08
        LIVES WITH CHILDREN: YES
        OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
                BROTHER
                SISTER
        UNVERIFIED   SEE REMARKS

HEALTH HISTORY:

        NO APPARENT HEALTH PROBLEMS

SELF-REPORTED SUBSTANCE ABUSE:

        DEFENDANT INDICATES HAVING NEVER USED ILLEGAL DRUGS.

TEST RESULTS:

        FROM: 12-07-02
         NO INFORMATION AVAILABLE
        NO DRUG USE INDICATED.

PENDING CASES:


PRETRIAL SERVICES CASE NO.: 02341956   BAID: 02341992    TIME: 12:36 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 013 (CONTINUED)                          DECEMBER 07, 2002
DEREK DIONE CURTIS                                           PAGE: 02


     NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

     DISPOSITION DATE: 04-21-94
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          BANK FRAUD/46 MOS IN JAIL, 5 YRS SUPERVISION
     COMPLIANCE REMARK:
          ACCORDING TO MARYLAND MICROFICHE THE DEFENDANT IS NOT
          CURRENTLY UNDER SUPERVISION.

     DISPOSITION DATE: 07-07-92
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          TECH P VIOLATION/REMANDED FOR REMAINDER OF SENTENCE
     COMPLIANCE REMARK:
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

     ARREST(S) WITH UNKNOWN DISPOSITION(S)
     DOCKET NUMBER:
     PLACE: VIRGINIA
     CHARGES/SENTENCE:

     COMPLIANCE REMARK:
          08-05-83 / ALEXANDRIA, VA / FAIL TO RETURN RENTAL VEHICLE

          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

     DISPOSITION DATE: 03-07-90
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          FALSE IMPERSONATION OF AN OFFICER/33 MONTHS & 2YRS SUPV
     COMPLIANCE REMARK:
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

     ARREST(S) WITH UNKNOWN DISPOSITION(S)
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:

     COMPLIANCE REMARK:
          01-19-89 / BALTIMORE, MD / GRAND THEFT
          09-12-89 / BALTIMORE, MD / CREDIT CARD OFF-5CTS
          08-05-92 / UPPER MARLBORO, MD / FORGERY

PRETRIAL SERVICES CASE NO.: 02341956   BAID: 02341992   TIME: 12:36 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 013 (CONTINUED)                              DECEMBER 07, 2002
DEREK DIONE CURTIS                                                PAGE: 03

          09-10-92 / PIKESVILLE, MD / UTTERING FALSE DOCUMENT
          07-28-95 / UPPER MARLBORO, MD / BAD CHECK OVER $300
          06-30-99 / UPPER MARLBORO, MD / THEFT 300
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS WITHOUT
          DISPOSITION.

     DISPOSITION DATE: 08-22-85
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          UTTERING 2 CS/3Y EA CS
     COMPLIANCE REMARK:
          FORGERY/8 YRS CS
          UTTERING/8YRS CC
          FORGERY/6YRS CS
          FORGERY/6YRS CC
          AGGRAVATED THEFT/7YRS CS
          TOTAL SENTENCE 24 YEARS
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

          ACCORDING TO MARYLAND MICROFICHE THE DEFENDANT IS NOT
          CURRETLY UNDER SUPERVISION.

     DISPOSITION DATE: 03-16-84
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          BAD CHECK, THEFT/$1,000 FINE EACH CHARGE
     COMPLIANCE REMARK:
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

     DISPOSITION DATE: 06-03-77
     DOCKET NUMBER:
     PLACE: MARYLAND
     CHARGES/SENTENCE:
          FAIL TO APPEAR IN COURT CGR/$50.00 FINE
     COMPLIANCE REMARK:
          THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

 PRETRIAL SERVICES RECOMMENDATION:

  APPEARANCE RECOMMENDATIONS

     BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
     THE AGENCY RECOMMENDS:

     THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
     THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL

PRETRIAL SERVICES CASE NO.: 02341956   BAID: 02341992   TIME: 12:36 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 013 (CONTINUED)                          DECEMBER 07, 2002
DEREK DIONE CURTIS                                          PAGE: 04

FAILURE TO APPEAR:
    THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
    WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
    MAIL NOTIFICATION CAN BE RECEIVED.

SAFETY RECOMMENDATIONS

    BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
    THE AGENCY RECOMMENDS:

    NO CONDITIONS IN THE SAFETY CATEGORY.

REMARKS:
    PSA WAS UNABLE TO REACH THE DEFENDANT'S REFERENCE FOR
    COMPLIANCE INFORMATION.


PRETRIAL SERVICES REPRESENTATIVE

VALERIE D HAMBRICK

_____


PRETRIAL SERVICES CASE NO.: 02341956    BAID: 02341992    TIME: 12:36 PM

**CURTIS, DEREK DIONE**

Lockup Nbr: 17

PDID: 0545812

DOB: 06/02/57

CCR: 189435

| No Papers Count(s) _____ | **Court File Date** | LOCK UP | PDID _____ |
| | 5-23-03 | **L-17** | DOB _____ |
| | | | CCR _____ |

Charges Filed _____

Felony _____

Misdemeanor _____

Traffic _____

D.C. _____

☐ CITATION    ☐ BOND    ☐ Collateral $ _____    Page _____

| | Defense Counsel ☐ PRO SE | CODE | S | C | A | R | DATE WITHDRAWN |
| A | 1: | | | ☒ | ☐ | ☐ | |
| B | 2: | | | ☐ | ☐ | ☐ | |

**PROSECUTOR**    CODE    **ASSIGNED TO JUDGE**

1. _____

2. _____

Cal. Number _____

| C | |
| D | ☐ Defendant informed of rights to pursuant to Superior Court Rule 5 (b) including the right to counsel. | ☐ LINEUP ORDER FILED |
| E | | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | Count(s) _____ PLEA: ☐ Not Guilty ☐ Guilty, JUDGMENT Guilty | ☐ Made ☐ Waived |
| G | **CONTINUED DATE** | **BOND CONDITIONS** |
| H | PREL. HEARING | BOND AMOUNT $ |
| | STATUS HEARING | ☐ CASH _____ % ☐ SURETY |
| | JURY TRIAL | ☐ PERSONAL RECOGNIZANCE |
| **PROBATION** ☐ DOMESTIC VIOL. ☐ 163 FILED | NON-JURY | ☐ Third Party Custodian |
| | | ☐ Collateral Remains |

Sentence Date

Report Due Date

Date Jacket Ready For Probation

Date Received in Probation

By

Date Jacket Returned to Crim. Div.

☐ Defendant Advised of Penalties for Failure to Appear.

Count(s) _____    **Nolle Prosequi** Prosecutor _____

COURT REPORTER    TAPE ☒ CLERK    JUDGE/COMM.

☐ NEW COMMITMENT    ☐ BACK TO JAIL O.C.    ☐ RELEASE EXECUTED    ☐ NOT IN CUSTODY

**Diversion**

Date Admitted

**DISPOSED**    **PENDING**

| CLOSED | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

**FELONY**

**CRIMINAL DIVISION**

DATE: 9-5-03    **FINAL DISPOSITION ONLY**

Dismissed

A TRUE COPY
TEST: 1-23-07

Clerk Superior Court of the
District of Columbia
By: _____
Clerk

**EXHIBIT**

B

Count(s) _____    **Nolle Prosequi** Prosecutor _____

COURT REPORTER    TAPE ☒ CLERK    JUDGE/COMM.

318    Wesley

| DATE: 5/30/03 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 6/25/03 | Continued for: FSC | In Courtroom No. 318 |
|---|---|---|---|---|---|---|
| COURT REPORTED | TAPE ☑ 201 | COUNT(S) | Bench Warrant Ordered and issued Forthwith Bench Warrant Bond $ | COUNT(S) A | Preliminary Hearing ☑ Held   ☑ Held for G.J. Action ☐ Waived   ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☑ IS PRESENT ☐ IS NOT PRESENT | BOND $ | ☐ CASH _____ % ☐ SURETY | ☑ P.R. REMAINS | ☐ Changed to P.R. |

NCF. HAOS. Case is set for Felony status on the above
date. Defendant's Bond is now P.R. w/ conditions
imposed.
   (Cert to cal I /cale 105 w/ F 7825-02)

| Count(s) _____ | Nolle Prosequi Prosecutor: _____ | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|

| ☐ NEW COMMITMENT EXECUTED | ☑ BACK TO JAIL O.C. | ☒ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
|---|---|---|---|
| **DISPOSED** | | **PENDING** | CLERK   JUDGE/COMM. |

| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By | DMK   Kim |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE: 6/25/03 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 9/5/03 | Continued for: FSC | In Courtroom No. 318. |
|---|---|---|---|---|---|---|
| COURT REPORTED | TAPE ☑ 3/8 | COUNT(S) | Bench Warrant Ordered and issued Forthwith Bench Warrant Bond $ | COUNT(S) A | Preliminary Hearing ☐ Held   ☐ Held for G.J. Action ☐ Waived   ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☑ IS PRESENT ☐ IS NOT PRESENT | BOND $ | ☐ CASH _____ % ☐ SURETY | ☑ P.R. REMAINS | ☐ Changed to P.R. |

Case cont'd for a Felony Status Conference Hearing on the above date.

* A signed Notice in case F 7825-02 *

| Count(s) _____ | Nolle Prosequi Prosecutor: _____ | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|

| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
|---|---|---|---|
| **DISPOSED** | | **PENDING** | CLERK   JUDGE/COMM. |

| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others   Nev | Updated By   AR | Weisberg. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE: 9/5/03 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE | Continued for: | In Courtroom No. |
|---|---|---|---|---|---|---|
| COURT REPORTED | TAPE ☑ 3/8 | COUNT(S) | Bench Warrant Ordered and issued Forthwith Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held   ☐ Held for G.J. Action ☐ Waived   ☐ No Probable Cause | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | Defendant: | ☑ IS PRESENT ☐ IS NOT PRESENT | BOND $ | ☐ CASH _____ % ☐ SURETY | ☐ P.R. REMAINS | ☐ Changed to P.R. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Count(s) _____ | Nolle Prosequi Prosecutor: _____ | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|

| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
|---|---|---|---|
| **DISPOSED** | | **PENDING** | CLERK   JUDGE/COMM. |

| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By | |
|---|---|---|---|---|---|---|---|---|---|---|---|

CDF-52

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

vs.

Derek Curtis

Case No. _F2987-03_

PDID/~~DCDC~~ No. ~~545812~~

→ 545812

## RELEASE ORDER

TO: ☒ Superintendent, D.C. Jail

☐ Superintendent, St. Elizabeths Hospital

☐ Other _____

Disposition having been entered this _30_ day of _May_ , 20 _03_

in the above-entitled case, it is HEREBY ORDERED that the defendant be

☐ Transferred to _____

_____.

☒ Released from custody.  (In this Case Only)

☐ Released into the custody of _____

_____.

~~M William Keit~~
DEPUTY CLERK

JUDGE/~~COMMISSIONER~~ King

Date _5/30/03_

11:51 AM

Form CD-1053/Apr 00

**COURT COPY**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

Cal. # F2-X
Case No. F2987-03

United States of America

Derrick Curtis    3376 Cindi Dr    301 702 0573
Defendant's name    Defendant's address    Defendant's phone no.

Camp Springs MD 20746

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL**
**THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| ☒ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| ☐ $ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone ▸ 585-7077 <br> _____ Custodian's name <br> _____ Custodian's address <br> SIGNATURE OF CUSTODIAN _____ Custodian's phone no. |
| ☒ | **YOU ARE TO STAY** | ☒ shall not enter the district of columbia <br> ☐ away from the complaining witness. _____ name <br> *Except for Court related matters, consult w/ Defense counsel before closing Business* within the D.C. area |
| ☒ | **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no <br> ☒ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. Sun 2/before close Bus. <br> ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. |
| ☐ | **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: <br> ☐ Evaluation and if positive ☐ Program placement by PSA <br> ☐ Placement in court ordered surveillance _____ <br> ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other <br> Refrain from illegal drug use. |
| ☒ | **YOU ARE TO REPORT TO** | ☒ D.C. Pretrial Services Agency ☒ Weekly ☐ Other _____ ☐ By Phone ☒ In Person <br> ☐ Probation Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person <br> ☐ Parole Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person |
| ☒ | **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☒ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☒ | **OTHER** | *Only allowed in the District of Columbia for court matters only shall not conduct any business in the district of Columbia* |
| ☐ **MONEY BOND** — OF — $ | | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %. <br> ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. |

**NEXT DUE BACK** on 6/25/03 in Courtroom 318 at 9 A.M. If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** Barney Hemline
_____ address _____ phone no.

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**DEFENDANT'S SIGNATURE** ▸ _____

**WITNESSED BY** _____ (title or agency) COURTROOMS

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 5/30/03

**SO ORDERED**
_____ Signature of Judge King

WHITE - COURT JACKET       YELLOW - DEFENSE ATTORNEY
GREEN - D.C. PRETRIAL SERVICES AGENCY    GOLD - CUSTODIAN
BLUE - DEFENDANT       PINK - U.S. ATTORNEY

FORM CD-1293/JUN. 00

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

CITY OF WASHINGTON }
DISTRICT OF COLUMBIA } ss.     *USL #17*

Case No. *F2987-03*
Replaces No. _____
PDID No. *545812*
DOB *6-2-57*

### COMMITMENT PENDING DISPOSITION

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL

Receive in to your custody *Derek Curtis*,
charged with *Fraud I*

- ☐ Pending Sentence
- ☐ Juvenile     ☐ Suicidal     ☐ Drug Addiction   ( ) Treatment Ordered
- ☐ Protective Custody Ordered     ☐ Separated From: _____
- ☐ Work Release   ( ) ORDERED     ( ) RECOMMENDED
- ☐ Medical Treatment for: _____
- ☐ Medication as prescribed by: _____
- ☐ Other Remarks: _____
  _____

BOND SET     *NO BOND*

Safely keep said defendant in your custody until discharged by due course of law; and for so doing, this shall be your sufficient order.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this *23* day of *May*, 20*03*.

_____
Judge/Commissioner

Clerk, Superior Court of the
District of Columbia

By _____
Deputy Clerk

White - Court Jacket     Canary - Institution

Form CD-1308/Apr. 00

#17
545-812

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

Cal. # *2-3*

United States of America

*3376 Curtis Dr*  Case No. *F 2987-03*

*Dorek Curtis*
v.

*Suitland, MD 20746*  *301-702-0575*

Defendant's name          Defendant's address          Defendant's phone no.

*03143973*

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL**
**THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| ☐ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| ☐ $ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077. ▶ _____ SIGNATURE OF CUSTODIAN _____ Custodian's name / Custodian's address / Custodian's phone no. |
| ☐ | **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name      ☐ within the D.C. area. |
| ☐ | **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. |
| ☐ | **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: ☐ Evaluation and if positive ☐ Program placement by PSA ☐ Placement in court ordered surveillance _____ ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other _____ Refrain from illegal drug use. |
| ☐ | **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person / ☐ Probation Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person / ☐ Parole Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person |
| ☐ | **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☐ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☒ | **OTHER** | *1322 a/k*          *1329 Notice Given F 7825-02* |
| ☐ | **MONEY BOND** $ *two* OF | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to *be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %. ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. |

**NEXT DUE BACK** on *5/30/03* in Courtroom *201* at *9:00* ☐A.M. ☐P.M. If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** _____
_____ address _____ phone no.

**DEFENDANT'S SIGNATURE** ▶

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** *KAB* (title or agency) *DC PSA*

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date *5/23/03* ▶          **SO ORDERED** *Macaluso* Signature of Judge

WHITE - COURT JACKET
GREEN - D.C. PRETRIAL SERVICES AGENCY
BLUE - DEFENDANT

YELLOW - DEFENSE ATTORNEY
GOLD - CUSTODIAN
PINK - U.S. ATTORNEY

FORM CD-1293/JUN. 00

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

## COMPLAINT

No. __1945-02__

U S W

**District of Columbia ss:**

**Defendant's Name:** Derek Dione Curtis                       545812

(First)          (MI)      (Last)                (PDID)         (CCNO)

**Address: 3376 CURTIS DR., SUITLAND MD**

Commencing on or about MAY 15TH, 2002, and continuing thereafter to on or about DECEMBER 6TH, 2002, within the District of Columbia, DEREK DIONE CURTIS engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of OFFICE DEPOT by means of a false or fraudulent pretense, representation, and promise and thereby obtained property of a value of $250 or more belonging to OFFICE DEPOT, consisting of MERCHANDISE. **(Fraud I, in violation of 22 D.C. Code, Section 3221(a), 3222(a)(1) (2001 ed.))**

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this ___27___ day of _____ December, 2002 _____

_____
(Judge)  (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for                       **Derek Dione Curtis**
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued ___12-27-02_____

_____
Judge
Superior Court of the District of Columbia

| Sex: Male | DOB: 06/02/1957 | CCN: | PDID: 545812 |
|-----------|-----------------|------|--------------|
| Papering Officer: Tucci | | | Badge No.: D2-222 |

### OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|-----------------|--------------|
| | 5-22-03  1400 |

| AUSA Signature: | | Fel. I | AFTC | Domestic |
|-----------------|--|--------|------|----------|
| W016612.0 | | ☐ | ☐ | ☐ |

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 1945-02

| DEFENDANT'S NAME: | | | | | CCR: | | PDID: |
|---|---|---|---|---|---|---|---|
| **CURTIS, DEREK DIONE** | | | | | | | 545-812 |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| **MALE** | **BLACK** | **6/2/57** | **506** | **150** | **BROWN** | **BLACK** | **MEDIUM** |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| **3376 CURTIS DR SUITLAND, MARYLAND** | **(202) 550-7460** |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| | |

| COMPLAINANT'S NAME: |
|---|
| **OFFICE DEPOT** |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| **733 15TH ST NW 7TH FLOOR** | **5/15/02** | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On 5/15/02 a subject contacted Witness 1, a Representative for Federal Services Inc, the owner of the office space located at 1815 Pennsylvania Ave NW #220, who identified himself as Doctor Derek Curtis, and made arrangements to rent office space for a period of 6 months at $500.00 a month.

According to Witness 1, Derek Curtis identified himself as a medical doctor with George Washington University Hospital and stated that he was working on a special project with the National Institute of Health and that the rent would be paid by the Federal Government. The DEFENDANT, Derek Curtis, told Witness 1 that he was expecting a check from the General Services Administration in the amount of $3,000.00 payable to Federal Service Inc. Payment to Federal Services Inc. has not been made as of this date.

In late September 2002 the DEFENDANT identified himself to Witness 2, an employee of Office Depot, as Steve Warren or Steve Warman and that he was as employee of the Health Care Administration, a Federal Government Agency, working with the National Institute of Health and that merchandise purchased from Office Depot would be paid for when his company received the funds from the General Services Administration. The items were delivered to the address at 1815 Pennsylvania Ave NW #220.

In early/Mid October The DEFENDANT approached Witnesses 3 and 4 stating that he was part of a Federal Agency and wanted to rent some office space. The DEFENDANT identified himself to Witnesses 3 and 4, employees of 15th Street Executive Suites Inc. as Dr. Derek Curtis and stated that he was doing research for the National Institute for Health and that the rent would come grom the General Services Administration. The DEFENDANT made these representations at the time he began to lease the offices.

None of the Complainants have received any payment for any of the property or rent in this case. Detective George Rada stated that he confirmed that Defendant 1 is not a licensed Doctor.

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: |
|---|---|
| PLEASE ISSUE A WARRANT FOR: | X _____ |
| Derek D. Curtis | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| CHARGED WITH: First Degree Fraud | DAY OF _____ |
| _____ ASSISTANT UNITED STATES ATTORNEY | (JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |
| 12/24/02 NCIC Arr. | |

Automated Epray, MPD-7D, 9/99

2-1546 wd-382

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: 1945-02 |
|---|---|

| DEFENDANT'S NAME: | CCR: | PDID: |
|---|---|---|

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: |
|---|

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

ON 12/11/02 AT APPROXIMATELY 08:20 HOURS THE UNDERSIGNED DETECTIVE, VIA TELEPHONE, INTERVIEWED WITNESS 2 THE SALES REPRESENTATIVE FROM OFFICE DEPOT. WITNESS 2 STATED THAT IT MET STEVE WARREN IN WASHINGTON, DC SHORTLY AFTER THE WORLD BANK/ IMF MEETINGS AROUND SEPTEMBER 2002 AT THE 1815 PENNSYLVANIA AVE NW #220.

WITNESS 2 STATED THE DEFENDANT HAD TOLD IT THAT HIS ORGANIZATION, HEALTH CARE ADMINISTRATION, WAS WORKING WITH THE CENTER FOR DISEASE CONTROL IN ATLANTA AND WAS RESPONSIBLE FOR STARTING THE OFFICE IS WASHINGTON, DC. WITNESS 2 SAID THAT IT DID NOT OBSERVE ANYONE ONE ELSE IN THE OFFICE DURING IT'S VISITS AND THAT THE DEFENDANT ALWAYS HAD AN EXPLANATION AS TO WHY THERE WERE NO EMPLOYEES IN THE OFFICE.

ON 12/11/02 AT APPROXIMATELY 15:50 HOURS DETECTIVE VINCENT TUCCI AND SPECIAL AGENT JAMES HITCHCOCK OF THE UNITED STATES SECRET SERVICE RESPONDED TO 733 15TH ST NW, 7TH FLOOR AND INTERVIEWED WITNESS 3, A REPRESENTATIVE OF 15TH STREET EXECUTIVE SUITE SERVICES, IN REFERENCE TO THE DEFENDANT, DEREK CURTIS. THIS WITNESS WAS SHOWN A PHOTO ARRAY OF 6 PICTURES.

WITNESS 3 STATED DURING THE INTERVIEW THAT THERE WERE NUMEROUS COMPUTERS, OFFICE SUPPLIES AND FURNITURE LOCATED IN ONE OF THE SUITES OCCUPIED BY THE DEFENDANT, DEREK CURTIS. WHEN WITNESS 3 OPENED THE DOOR TO THE SUITE IT WAS TOLD , BY DETECTIVE TUCCI, THAT THEY COULD NOT GO IN OR SEARCH THE LOCATION. DETECTIVE TUCCI OBSERVED BEFORE THE DOOR WAS CLOSED COMPUTER BOXES, WHAT APPEARED TO BE A NEW DESK AND VARIOUS OFFICE SUPPLIES.

WITNESS 3 IDENTIFIED THE DEFENDANT BY PROVIDING A COPY OF HIS VIRGINIA DRIVER'S LICENSE. WITNESS 3 ALSO SHOWED DETECTIVE TUCCI A COPY OF THE DEFENDANT'S MARYLAND IDENTIFICATION WITH HIS PICTURE. AFTER

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: X |
|---|---|
| PLEASE ISSUE A WARRANT FOR: | |
| _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| CHARGED WITH: _____ | _____ DAY OF _____ |
| _____ | _____ |
| ASSISTANT UNITED STATES ATTORNEY | (JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

Automated Agency, MPD-7D, 9/99

2-1546 wd-382

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| | |
|---|---|
| | USW NO.: _1945-02_ |

| DEFENDANT'S NAME: **CURTIS, DEREK DIONE** | CCR: | PDID: **545-812** |
|---|---|---|

| SEX: **MALE** | RACE: **BLACK** | D.O.B.: **6/2/57** | HEIGHT: **506** | WEIGHT: **150** | EYES: **BROWN** | HAIR: **BLACK** | COMPLEXION: **MEDIUM** |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: **3376 CURTIS DR SUITLAND, MARYLAND** | TELEPHONE NUMBER: **(202) 550-7460** |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: **OFFICE DEPOT** | | |
|---|---|---|

| LOCATION OF OFFENSE: **733 15TH ST NW 7TH FLOOR** | DATE OF OFFENSE: **9/24/02** | TIME OF OFFENSE: |
|---|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Looking at photo array and tentatively picking phot number 5, the DEFENDANT, Witness 3 compared the copy the driver's license to the array and solidified IT'S choice of photo number 5.

On the same date, 12/11/02, at 16:12 hours Detective Vincent Tucci and Special Agent James Hitchcock interviewed WITNESS 4, and showed IT the same 6 picture spread and IT, Witness 4, identified picture #5. By saying "That's him". When asked who the "him" was IT stated Dr. Derek Curtis. This array was conducted separate and apart from Witness 3.

On 12/12/02 at approximately 1300 hours at the offices of the Financial Crimes and Fraud Unit Detective Tucci showed Witness 2 a photo array containing a picture of the DEFENDANT, Derek D. Curtis. Witness 2 identified the DEFENDANT known to IT as Steven Warren. The DEFENDANT'S true identity is Derek Dione Curtis, date of birth 6/2/57, Police Identification Number 545-812.

During the course of this investigation the DEFENDANT has been identifed by three different Witnesses as both, Doctor Derek D. Curtis and Steve Warren the head of the Health Care Administration and CEI Healthcare Administration. It has become apparent through this investigation that the DEFENDANT has deliberately missrepresentated himself as a Doctor, entering in to these transactions on behalf of the National Institute of Health, a Federal Government agency to Office Depot/Solutions 4 Sure, Federal Services Inc. and 15th Street Executive Suites Inc .

A check of the DEFENDANT'S arrest record revealed that he has been arrested on 23 occasions for numerous offenses which include but are not limited to the False Impersonation of an US officer, Fraud, Forgery, Theft and Uttering dating back to 1977 and as recently as December of 2002.

A check of databases with the National Institutes of Health and the American Medical Association revealed no association between Derek Curtis or the ~~companies he is a part of are associated with NIH~~ and he is not listed with the AMA.

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: |
|---|---|
| PLEASE ISSUE A WARRANT FOR: | X |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| CHARGED WITH: | DAY OF |
| ASSISTANT UNITED STATES ATTORNEY | (JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

Automated Egray, MPD-7D, 9-99                                    2-1546 wd-382

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: | 1945-02 |
|---|---|---|

| DEFENDANT'S NAME: | CCR: | PDID: |
|---|---|---|

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: |
|---|

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

TO DATE, THE AGGREGATE AMOUNT OF THE LOSSES SUFFERED BY THE COMPLAINANTS IS APPROXIMATLEY $50,000.00, as of this date no payments have been recieved (PP)

THEREFORE BASED UPON THE FACTS AND CIRCUMSTANCES IT IS RESPECTFULLY REQUESTED THAT AN ARREST WARRANT BE ISSUED FOR THE DEFENDANT, DEREK DIONE CURTIS, DATE OF BIRTH 6/2/57, POLICE DEPARTMENT IDENTIFICATION NUMBER 545-812.

**TO: WARRANT CLERK**

**PLEASE ISSUE A WARRANT FOR:**

_____

**CHARGED WITH:** _____

_____

**ASSISTANT UNITED STATES ATTORNEY**

**AFFIANT'S SIGNATURE:**

X _____

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

27 **DAY OF** December

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

2-1546 wd-382

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING
CONDITIONS OF RELEASE.

LOCKUP NO. 017                                    MAY 23, 2003

UNITED STATES OF AMERICA VS DEREK DIONE CURTIS

CHARGES: FRAUD                     DATE OF BIRTH: 06-02-1957

ADDRESS:

    CURRENT ADDRESS:   3376 CURTIS DRIVE
             SUITLAND, MD 20746
    LIVES WITH: CHILD/CHILDREN
    LENGTH OF RESIDENCE: 5.5 YEARS
    UNVERIFIED  SEE REMARKS

EMPLOYMENT/SCHOOL/SUPPORT:

    PRESENT STATUS: EMPLOYED
    WHERE: HEALTH CARE SYSTEMS
    HOW LONG: 6 YEARS
    TYPE OF WORK:  SYSTEM ANALYST
    UNVERIFIED  SEE REMARKS

    PRESENT STATUS: STUDENT
    WHERE: JOHN HOPKINS
    HOW LONG: 2 YEARS
    UNVERIFIED  SEE REMARKS

COMMUNITY TIES/EDUCATION:

    DC AREA RESIDENT FOR: LIFE         STEADILY
    YEARS EDUCATION: 018
    MARITAL STATUS: DIVORCED
    NUMBER CHILDREN: 08
    LIVES WITH CHILDREN: YES
    OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
         MOTHER
         FATHER
         SISTERS
         BROTHERS
    UNVERIFIED  SEE REMARKS

HEALTH HISTORY:

    NO APPARENT HEALTH PROBLEMS

SELF-REPORTED SUBSTANCE ABUSE:

    DEFENDANT INDICATES HAVING NEVER USED ILLEGAL DRUGS.

TEST RESULTS:


PRETRIAL SERVICES CASE NO.: 03143973   BAID: 02341992   TIME: 10:12 AM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 017 (CONTINUED)                         MAY 23, 2003
DEREK DIONE CURTIS                                      PAGE: 02


FROM: 05-23-03
          * NO INFORMATION AVAILABLE *

PENDING CASES:

FILE DATE: 12-07-02
DOCKET NUMBER: SF07825-02
RELEASE DATE: 12-07-02  TYPE: PERSONAL RECOGNIZANCE WITH CONDITIONS
APPEARANCE RELEASE CONDITIONS:
    VERIFY ADDRESS WITHIN 24 HOURS
    REPORT TO P.S.A. FOR DRUG EVALUATION IF POS PROGRAM PLACEMENT
SUMMARY OF RELEASE CONDITION COMPLIANCE FOR THIS CASE AS OF 05-23-03:
    THE DEFENDANT IS CURRENTLY IN COMPLIANCE WITH HIS RELEASE
    CONDITIONS. ON 12/12/02, THE DEFENDANT VERIFIED HIS ADDRESS
    AS REQUIRED AND ON 12/07/02, THE DEFENDANT WAS NOT REQUIRED
    TO TEST DUE TO AN INTIAL NEGATIVE DRUG TEST RESULT.
OPEN CHARGES:
    SF07825-02   A    THEFT 1ST DEGREE
PENDING APPEARANCE:
    PENDING GRAND JURY ACTION

PRIOR CONVICTIONS:

DISPOSITION DATE: 04-21-94
DOCKET NUMBER:
PLACE: MARYLAND
CHARGES/SENTENCE:
    BANK FRAUD/46 MOS IN JAIL, 5 YRS SUPERVISION
COMPLIANCE REMARK:
    ACCORDING TO MARYLAND MICROFICHE THE DEFENDANT IS NOT
    CURRENTLY UNDER SUPERVISION.

ARREST(S) WITH UNKNOWN DISPOSITION(S)
DOCKET NUMBER:
PLACE: VIRGINIA
CHARGES/SENTENCE:

COMPLIANCE REMARK:
    08-05-83 / ALEXANDRIA, VA / FAIL TO RETURN RENTAL VEHICLE

    THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

DISPOSITION DATE: 03-07-90
DOCKET NUMBER:
PLACE: MARYLAND
CHARGES/SENTENCE:
    FALSE IMPERSONATION OF AN OFFICER/33 MONTHS & 2YRS SUPV
COMPLIANCE REMARK:
    THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

PRETRIAL SERVICES CASE NO.: 03143973   BAID: 02341992   TIME: 10:12 AM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 017 (CONTINUED)                              MAY 23, 2003
DEREK DIONE CURTIS                                        PAGE: 03


        ARREST(S) WITH UNKNOWN DISPOSITION(S)
        DOCKET NUMBER:
        PLACE: MARYLAND
        CHARGES/SENTENCE:

        COMPLIANCE REMARK:
              01-19-89 / BALTIMORE, MD / GRAND THEFT
              09-12-89 / BALTIMORE, MD / CREDIT CARD OFF-5CTS
              08-05-92 / UPPER MARLBORO, MD / FORGERY
              09-10-92 / PIKESVILLE, MD / UTTERING FALSE DOCUMENT
              07-28-95 / UPPER MARLBORO, MD / BAD CHECK OVER $300
              06-30-99 / UPPER MARLBORO, MD / THEFT 300
              THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS WITHOUT
              DISPOSITION.

        DISPOSITION DATE: 08-22-85
        DOCKET NUMBER:
        PLACE: MARYLAND
        CHARGES/SENTENCE:
              UTTERING 2 CS/3Y EA CS
        COMPLIANCE REMARK:
              FORGERY/8 YRS CS
              UTTERING/8YRS CC
              FORGERY/6YRS CS
              FORGERY/6YRS CC
              AGGRAVATED THEFT/7YRS CS
              TOTAL SENTENCE 24 YEARS
              THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

              ACCORDING TO MARYLAND MICROFICHE THE DEFENDANT IS NOT
              CURRETLY UNDER SUPERVISION.

        DISPOSITION DATE: 03-16-84
        DOCKET NUMBER:
        PLACE: MARYLAND
        CHARGES/SENTENCE:
              BAD CHECK, THEFT/$1,000 FINE EACH CHARGE
        COMPLIANCE REMARK:
              THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.

        DISPOSITION DATE: 06-03-77
        DOCKET NUMBER:
        PLACE: MARYLAND
        CHARGES/SENTENCE:
              FAIL TO APPEAR IN COURT CGR/$50.00 FINE
        COMPLIANCE REMARK:
              THE ABOVE INFORMATION WAS OBTAINED FROM FBI RECORDS.


PRETRIAL SERVICES CASE NO.: 03143973   BAID: 02341992   TIME: 10:12 AM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 017 (CONTINUED)                          MAY 23, 2003
DEREK DIONE CURTIS                                     PAGE: 04


PRETRIAL SERVICES RECOMMENDATION:

DETENTION ELIGIBILITY:
   ACCORDING TO INFORMATION AVAILABLE TO PRETRIAL SERVICES, THE DEFENDANT
   QUALIFIES TO BE DETAINED UNDER THE FOLLOWING PROVISION(S):

   THE DEFENDANT MAY BE HELD UNDER 23-1322(A)(1)(A) FOR NOT MORE THAN 5
   BUSINESS DAYS TO RECONSIDER RELEASE IN THE PENDING CASE(S).
   A HEARING UNDER 23-1329(B)(1)(A) TO DETERMINE IF THERE IS PROBABLE
   CAUSE THE DEFENDANT HAS COMMITTED A NEW CRIME WHILE ON RELEASE.

   IF THE DEFENDANT IS NOT TO BE HELD UNDER THE ABOVE PROVISION(S),
   THE AGENCY RECOMMENDS:

 APPEARANCE RECOMMENDATIONS

   THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
   THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
   FAILURE TO APPEAR:
      THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY FOR
      DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.
      THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
      WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
      MAIL NOTIFICATION CAN BE RECEIVED.
      THAT THE DEFENDANT REPORT ONCE A WEEK IN PERSON TO THE
      PRETRIAL SERVICES AGENCY.


 SAFETY RECOMMENDATIONS

   NO CONDITIONS IN THE SAFETY CATEGORY.


   REMARKS:
      PSA WAS UNBLE TO VERIFY THE INFORMATION PROVIDED BY THE
      DEFENDANT DURING TODAY'S INTERVIEW.


                 PRETRIAL SERVICES REPRESENTATIVE

                 JULIAN T DOYLE


         _____


PRETRIAL SERVICES CASE NO.: 03143973   BAID: 02341992   TIME: 10:12 AM

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

## SUPERIOR COURT CRIMINAL RULE 112

L-17

UNITED STATES/~~DISTRICT OF COLUMBIA~~

Vs.

Derek Curtis

| | Case Number |
|---|---|
| Charge(s) | |
| | |

The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this ___23rd___ day of ___May___, 20__03__.

| Attorney: Barney T. Hamlin | ☐ Retained | Unified Bar Number: 387624 |
|---|---|---|
| Address: P.O Box 3007  DC 20030 | ☑ CJA | Telephone Number: 2- 584-1433 |
| | ☐ Appointed | |

Form CD-1074/Apr. 00

CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: Derek Dione Curtis    NO. OF DEPENDENTS: 8

LOCK-UP NO. _17_    DATE: 05-23-03    CHARGE: Fraud-I

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | 0 | (Y) | STD. 5 AMOUNT | $ 5412— |
| OTHER ASSETS (1/4 EQUITY) | + $ 0 | | STD. 4 AMOUNT | + $ 1500— |
| **GROSS MONTHLY INCOME** | + $ 4,000— | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ 4,000— | | MISD. = | 750 |
| | 0 | | OTHER= | 400 |
| LESS: MONTHLY EXTRAORDINARY | 0 | | Total 6,912— | |
| MEDICAL OR OTHER EXPENSES – $ | 0 | | | |
| NET AVAILABLE MONTHLY (X) | 4,000— | MINIMUM MONTHLY NEED (Z) $ | | |

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ ELIGIBLE   ✱ 4 children in College.

IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE   ✱ 4 Are home.

IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | | |
|---|---|---|
| **GROSS MONTHLY FAMILY INCOME** | $ | |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | – | |
| SUBTOTAL | $ | |
| LESS: STANDARD 5 AMOUNT (Y) | – | |
| SUBTOTAL | $ | |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | – | |
| SUBTOTAL | $ | |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ | |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X | |
| TOTAL | $ | |
| ADD: LIQUID ASSETS | + | |
| OTHER ASSETS (1/4 EQUITY) | + | |
| CONTRIBUTION CAPABILITY | (CC) $ | STD 4 AMOUNT $ |

NOTES AND CALCULATIONS

Separated F/wife.
Mr. Curtis
System Analyst.
48,000 YR.
7 yrs on the Job
Cash—0
Bank—0
Credit Union—0

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]    $

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $        PER WEEK FOR        WEEKS.

**WARNING:**
**YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.**

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _____    INTERVIEWER Leonard Strachan

NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT); BLUE COPY (CJA OFFICE)

My Commission Expires
April 14, 2006

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEREK CURTIS | |
| Plaintiff | |
| v. | Case No: 1:06-cv-02029 |
| OFFICE DEPOT, ET AL. | |
| Defendants | |

## <u>ORDER</u>

UPON CONSIDERATION of Defendant Office Depot, Inc.'s Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment, its Memorandum of Points and Authorities in Support of its Motion, its Statement of Undisputed Facts, any opposition thereto and the record herein, it is by this Court this _____ day of _____ 2007

ORDERED that Defendant Office Depot, Inc.'s Motion to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment hereby is GRANTED,  and it is further

ORDERED that Judgment is hereby entered in favor of Defendant Office Depot, Inc. as to all counts included in plaintiff's Complaint.


_____
Gladys K. Kessler
United States District Judge

Copies to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743

Toni Michelle Jackson, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001

Michael J. Carlson, Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201

Robert H. Bouse, Jr., Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201

Anthony Dwyer, Esq.
6011 University Boulevard
Suite 480
Ellicott City, MD  21043

Kevin A. Kernan, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC  20036

Ofc. Renee Fenner
415 4th Street, N.W.
Washington, DC  20024
.
*196591*