```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                  )
**Derek Curtis**,                 )
                                  )
    **Plaintiff**,          )
                                  )
    v.                      )   Civil Action No. 06-2029 (GK)
                                  )
**Chief Charles Ramsey**, <u>et</u> <u>al.</u> )
                                  )
    **Defendants**.         )
_____)

## MEMORANDUM ORDER

This matter comes before the Court on six Motions to Dismiss and/or Motions for Summary Judgment filed between December 21, 2006 and January 31, 2007 [#4] [#5] [#6] [#13] [#14] [#15]. Plaintiff is proceeding <u>pro</u> <u>se</u> in this matter.

In an Order dated February 16, 2007, following <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>Neal v. Kelly</u>, 963 F.2d 453 (D.C. Cir. 1992), the Court advised Plaintiff that failure to respond to Defendants' dispositive motions might result in dismissal of his case. Plaintiff's Opposition was due March 14, 2007, and he has yet to respond to Defendants' Motions. Accordingly, it is hereby

**ORDERED** that Defendants' Motions [#4] [#5] [#6] [#13] [#14] [#15] are **granted**; and it is further

**ORDERED** that judgment is **granted** in favor of Defendants; and it is further

  **ORDERED** that Plaintiff's claims are **dismissed;** and it is further

  **ORDERED** that Plaintiff's Motion to Review the Full File [#7] is **denied** as moot.

  This is a final order under Rule 4 of the Federal Rules of Appellate Procedure.


March 15, 2007            /s/
                   Gladys Kessler
                   U.S. District Judge


**Copies to**:  attorneys of record via ECF, and

**DEREK CURTIS**
**310 Elmleaf Avenue**
**Capital Heights, MD 20743**