IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.:  1:06-cv-02029 |
| **CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, et al.** | * * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C., by their attorneys, Anthony D. Dwyer and the Law Offices of Austin W. Brizendine, Jr., respectfully replies to the Opposition to Motion for Summary Judgment and states as follows:

1. With respect to these Defendants, Plaintiff appears to address these Defendants in paragraph 19 of the Opposition where it says "S. John Gerstenfeld and SJG Property will be served by a processer on or before March 14, 2007." Thus, Plaintiff admits that these Defendants have not been served. Rule 4(m) of the Federal Rules provides that service must be done within 120 days after the filing of the Complaint. We are more than 180 days past the time that the Complaint was filed. Thus, the claim should be dismissed as to Samuel J. Gerstenfeld and SJG Properties, L.L.C.

2. Additionally, Plaintiff has not provided any reasons why the claim should not be time barred under D.C. Code, Section 12-301. Lastly, Plaintiff has not provided any information as to why there is a valid cause of action against Samuel J. Gerstenfeld and SJG Properties,

L.L.C.  Plaintiff has not refuted the Affidavit of Samuel J. Gerstenfeld in which he states that he did not have any contact with Plaintiff Derek Curtis.

WHEREFORE, for all of the foregoing reasons, it is respectfully requested that summary judgment be entered in favor of Defendants Samuel J. Gerstenfeld and SJG Properties, L.L.C.

        Respectfully submitted,

        /s/  Anthony D. Dwyer_____
        Anthony D. Dwyer, Bar #07397
        Law Offices of Austin W. Brizendine, Jr.
        6011 University Boulevard
        Suite 480
        Ellicott City, MD  21043
        (410) 720-4672
        *Attorney for Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2007, a copy of the foregoing

**Reply to Opposition to Motion for Summary Judgment** was mailed, postage prepaid, to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743
*Pro Se Plaintiff*

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001
*Attorney for Defendants, Chief Charles Ramsey,*
*Detective Vincent Tucci and Detective George Rada*

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Defendants Fifteenth Street*
*Executive Suites and Roger Gerstenfeld*

Office Depot
2200 Old Georgetown Road
Delray Beach, FL  33455
*Defendant*

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024
*Defendant*

/s/  Anthony D. Dwyer_____
Anthony D. Dwyer, Bar #07397

Case 1:06-cv-02029-GK    Document 22    Filed 03/26/2007    Page 4 of 4