IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.:  1:06-cv-02029 |
| **CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, et al.** | * * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO MOTION TO AMEND COMPLAINT

Defendants, Samuel J. Gerstenfeld and SJG Properties, L.L.C., by their attorneys, Anthony D. Dwyer and the Law Offices of Austin W. Brizendine, Jr., respectfully oppose Plaintiff's Motion for Leave to Amend the Complaint and for grounds therefore states as follows:

1. Rule 15 only permits amendment by leave of Court when an answer is filed.

2. In this case, virtually all Defendants have now filed dispositive Motions on the ground of statute of limitations.

3. It would make no sense to allow amendment of this Complaint.  Summary judgment Motions are pending on the issue of statute of limitations and other grounds.

4. Even a quick review of the Amended Complaint reveals that it is not substantially different than the original Complaint.

WHEREFORE, Defendants Samuel J. Gerstenfeld and SJG Properties, L.L.C. respectfully oppose Plaintiff's Motion for Leave to Amend the Complaint.

        Respectfully submitted,

        /s/  Anthony D. Dwyer
        Anthony D. Dwyer, Bar #07397
        Law Offices of Austin W. Brizendine, Jr.
        6011 University Boulevard
        Suite 480
        Ellicott City, MD  21043
        (410) 720-4672
        *Attorney for Defendants, Samuel J.*
        *Gerstenfeld and SJG Properties, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2007, a copy of the foregoing **Opposition to Motion to Amend Complaint and proposed Order** was mailed, postage prepaid, to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743
*Pro Se Plaintiff*

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001
*Attorney for Defendants, Chief Charles Ramsey,*
*Detective Vincent Tucci and Detective George Rada*

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Defendants Fifteenth Street*
*Executive Suites and Roger Gerstenfeld*

Kevin A. Kernan, Esquire
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
*Attorney for Defendant Office Depot*

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C. 20024
*Defendant*


                                                   /s/ Anthony D. Dwyer_____
                                                 Anthony D. Dwyer, Bar #07397

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEREK CURTIS** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.:  1:06-cv-02029 |
| **CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, et al.** | * * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend the Complaint, it is this

_____ day of _____, 2007, by the United States District Court for the District of

Columbia, hereby

ORDERED, that the Motion is hereby DENIED.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to be mailed to:

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD  20743

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W.
Suite 6S052
Washington, D.C.  20001

Michael J. Carlson, Esquire
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, MD  21202

Kevin A. Kernan, Esquire
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5405

Renee Fenner, Badge # Unknown
Metropolitan Police Department
415 4th Street, S.W.
Washington, D.C.  20024

Anthony D. Dwyer, Esquire
Law Offices of Austin W. Brizendine, Jr.
6011 University Boulevard, Suite 480
Ellicott City, MD  21043