UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK CURTIS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, *et al,*<br><br>　　Defendants. | Civil Action No. 06-02029 (GKK) |

### NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson, as attorney for defendants Charles Ramsey, George Rada and Vincent Tucci, and enter the appearance of Assistant Attorney General Alex Karpinski as attorney for defendants Charles Ramsey, George Rada and Vincent Tucci.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　　　Interim Attorney General
　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　_____/s/ Nicole Lynch____
　　　　　　　　　　　　　　　　　　NICOLE LYNCH [471953]
　　　　　　　　　　　　　　　　　　Section Chief
　　　　　　　　　　　　　　　　　　General Litigation Section II

        /s/ Alex Karpinski_
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | | |
|---|---|---|
| Robert H. Bouse | Kevin Kernan | Anthony Dwyer |
| Michael J. Carlson | Whitford, Taylor & Preston | 6011 University |
| Anderson, Coe & King | 1025 Connecticut Ave., N.W. | Suite 480 |
| 201 N. Charles Street | Suite 400 | Ellicott City, |
| Suite 2000 | Washington, D.C. 20036 | MD |
| Baltimore, MD 21202 | | 21403 |

        /s/Alex Karpinski_____
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.