```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

|                                              |   |                              |
|----------------------------------------------|---|------------------------------|
| DEREK CURTIS,                                | ) |                              |
|                                              | ) |                              |
|     Plaintiff,                               | ) |                              |
|                                              | ) |                              |
|     v.                                       | ) | Civil Action No. 06-2029 (GK) |
|                                              | ) |                              |
| Cathy L. Lanier,[1]                          | ) |                              |
| Chief of Police, Metropolitan                | ) |                              |
| Police Department, et al.,                   | ) |                              |
|                                              | ) |                              |
|     Defendants.                              | ) |                              |

## ORDER

Plaintiff Derek Curtis brings this action pro se alleging slander, defamation, false imprisonment, malicious prosecution, conversion, conspiracy, deprivation of civil rights, conspiracy to interfere with civil rights, and racial discrimination in violation of 42 U.S.C. §§ 1983, 1984 and 1986.

Plaintiff brings these claims against Cathy L. Lanier, Chief of Police of the Metropolitan Police Department; against three law enforcement officers: Detective Vincent Tucci, Detective Renee Fenner, and Detective George Rada; against Office Depot and Fifteenth Street Executive Suites; and against the following individuals: Roger Gerstenfeld, Michael Gerstenfeld, and Samuel J. Gerstenfeld. This matter is before the Court on the Motion to Dismiss or in the Alternative, for Summary Judgment of Chief

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Chief Cathy L. Lanier is automatically substituted as defendant for former Chief Charles Ramsey.

Lanier, Detective Tucci, and Detective Rada [**Dkt. No. 5**]; the Motion to Dismiss, or in the Alternative, for Summary Judgment of Office Depot [**Dkt. No. 15**]; the Motion for Summary Judgment of Roger Gerstenfeld and Fifteenth Street Executive Suites [**Dkt. No. 6**]; and the Motion for Summary Judgement of Samuel Gerstenfeld and SJG Properties, L.L.C. [**Dkt. No. 13**]. Upon consideration of the Motions, Opposition, Response to the Motions, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Chief Lanier, Detective Tucci and Detective Rada's Motion for Summary Judgment [**Dkt. No. 5**] is **granted**; it is further

**ORDERED** that Office Depot's Motion for Summary Judgment [**Dkt. No. 15**] is **granted**; it is further

**ORDERED** that Roger Gerstenfeld and Fifteenth Street Executive Suites' Motion for Summary Judgment [**Dkt. No. 6**] is **granted**; and it is further

**ORDERED** that Samuel Gerstenfeld and SJG Properties, L.L.C.'s Motion for Summary Judgement [**Dkt. No. 13**] is **granted.**

February 28, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF and**

**Derek Curtis**
**310 Elmleaf Avenue**
**Capitol Heights, MD 20743**