UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                            )
**DEREK CURTIS**,               )
                            )
       **Plaintiff**,          )
                            )
   v.                      )  **Civil Action No. 06-2029 (GK)**
                            )
**Cathy L. Lanier**,            )
**Chief of Police, Metropolitan** )
**Police Department, et al.**,  )
                            )
       **Defendants.**         )
_____)

## ORDER TO SHOW CAUSE

On September 5, 2006, Plaintiff filed his Complaint against Renee Fenner. An Affidavit of Service shows that she was served on November 2, 2006. To date, Fenner has failed to file a responsive pleading or take any action in the above-captioned case. When as here "a party against whom a judgment for affirmative relief is sought has failed to plead or to otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a).

Accordingly, it is hereby

**ORDERED** that Defendant show cause no later than **March 15, 2008,** why the Clerk should not enter a default against Defendant for failure to file a responsive pleading.

|  |  |
|---|---|
| February 28, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF and**

**Derek Curtis**
**310 Elmleaf Avenue**
**Capitol Heights, MD 20743**