**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| DEREK CURTIS, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-02029 (GKK) |
| CHARLES RAMSEY, CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT, *et al*, | : |
| Defendants. | : |

---

**NON-PARTY DISTRICT OF COLUMBIA'S**
**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

On Februrary 28, 2008, the Court entered an Order to Show Cause against defendant "Renee Fenner" as to why the Clerk should not enter a default against defendant Fenner for failure to file a responsive pleading. Although an Affidavit of Service on file attests to service upon an unidentified person of approximately 30 years of age at 415 4th St., N.W. in Washington, D.C., counsel for former defendant District of Columbia has confirmed that there has never been a "Renee Fenner" that worked for the Metropolitan Police Department. As there is no "Renee Fenner," that ever worked for the Metropolitan Police Department, former defendant District of Columbia respectfully submits that no default should be entered against defendant "Renee Fenner."

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Nicole Lynch___
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II


_____/s/ Alex Karpinski_
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of March, 2008, I caused the foregoing RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | | |
|---|---|---|
| Robert H. Bouse | Kevin Kernan | Anthony Dwyer |
| Michael J. Carlson | Whitford, Taylor & Preston | 6011 University |
| Anderson, Coe & King | 1025 Connecticut Ave., N.W. | Suite 480 |
| 201 N. Charles Street | Suite 400 | Ellicott City, |
| Suite 2000 | Washington, D.C. 20036 | MD |
| Baltimore, MD 21202 | | 21403 |

          /s/Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.