UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                           )
**DEREK CURTIS,**              )
                           )
       **Plaintiff,**          )
                           )
  v.                       )     Civil Action No. 06-2029 (GK)
                           )
**Cathy L. Lanier,**           )
**Chief of Police, Metropolitan** )
**Police Department, et al.,**  )
                           )
       **Defendants.**         )
_____)

## ORDER TO SHOW CAUSE

On September 5, 2006, Plaintiff filed his Complaint against Renee Fenner of the Metropolitan Police Department. An Affidavit of Service indicates that she was served on November 2, 2006. However, the District of Columbia, in its response to the Court's Show Cause Order of February 28, 2008, states that the Metropolitan Police Department has never employed someone named "Renee Fenner."

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **March 30, 2008,** why this case should not be dismissed.

 

March 20, 2008                         /s/_____
                                           Gladys Kessler
                                           United States District Judge

**Copies to: Attorneys of record via ECF and**

Derek Curtis
310 Elmleaf Avenue
Capitol Heights, MD 20743