```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**DEREK CURTIS,**             )
                              )
      **Plaintiff,**     )
                              )
   v.                         )   Civil Action No. 06-2029 (GK)
                              )
**Cathy L. Lanier,**          )
**Chief of Police, Metropolitan** )
**Police Department, et al.,** )
                              )
      **Defendants.**    )
_____)

## ORDER

On March 20, 2008, the Court issued an Order to Show Cause by March 30, 2008 why this case should not be dismissed. Plaintiff has failed to submit a response. Accordingly, it is hereby

**ORDERED** that this case is dismissed for failure to respond to the Court's Order to Show Cause. Dismissing reviewed

This is a final appealable Order. <u>See</u> Fed. R. App. P. 4(a).


April 8, 2008
                                          /s/
                                          Gladys Kessler
                                          United States District Judge


**Copies to: Attorneys of record via ECF and**

**Derek Curtis**
**310 Elmleaf Avenue**
**Capitol Heights, MD 20743**